UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>THE ISLAMIC REPUBLIC OF IRAN, et al., )<br><br>Defendants ) | Civil Action No. 1:18-cv-2248-CRC |

**[PROPOSED] ORDER ON
PLAINTIFFS' MOTION TO SUPPLEMENT AND AMEND MOTION
TO APPOINT SPECIAL MASTERS & IMPLEMENT ADMINISTRATIVE PLAN
FOR NON-BELLWETHER LIABILITY DETERMINATIONS**

Upon consideration of Plaintiffs' Motion to Supplement and Amend their motion to Appoint Special Masters and Implement Administrative Plan for Non-Bellwether Liability Determinations, and the entire record herein, it is hereby

**ORDERED** that the Hon. David R. Herndon (Ret.).; Matthew E. D. Besser, Esq.; Michael J. Borden, Esq.; the Hon. Ronald V. Swanson (Ret.), the Hon. John P. Kuder (Ret.); and Captain J. Daniel McCarthy, Esq. (Ret.) are **APPOINTED** as Special Masters for the purpose of assisting this Court with the determination of liability for claims related to the non-bellwether attacks in this case.

This appointment is contingent upon each Special Master submitting within thirty (30) days after entry of this Order a signed declaration disclosing any ground for disqualification under 28 U.S.C. § 455 and agreeing to abide by the Administrative Plan approved by the Court.

Plaintiffs shall submit for the Court's approval a plan identifying which Special Masters shall be responsible for which non-bellwether attack. Plaintiffs' proposed plan should assign the

1

attacks so as to ensure that each Special Master will complete their work as efficiently as possible. Plaintiffs shall submit the proposed assignments for the non-bellwether attacks not later than thirty days after the Court enters its findings regarding liability on to the Bellwether Attacks.

**SO ORDERED**.

Dated: _____

_____
CHRISTOPHER R. COOPER
UNITED STATES DISTRICT JUDGE