# Exhibit A

## JOHN P. KUDER

Sellers Skievaski Kuder & Smith, LLC
331 E. Romana Street
Pensacola, FL 32502
Mobile: 850-572-7122
Email: kuder.j@pensacolalawgroup.com

---

### PROFESSIONAL SUMMARY:

**Senior level attorney** with combined 32 years of practice in the areas of civil, criminal, commercial, real property, probate and family law.

**Member of the Florida judiciary**, having served for 20 years as both a circuit and county court judge.

**Commissioned Officer** with the **United States Army Adjutant General Corps** for 6 years (active and reserve duty).

### JUDICIAL SERVICE:

**Chief Judge, First Judicial Circuit of Florida** (1993-2004).

> The Chief Judge of the First Judicial Circuit is a two-year, peer-elected position. The Chief Judge's primary responsibilities are: implementation of all directives of the Florida Supreme Court; enacting local rules of procedure; administration of and responsibility for all judicial personnel and judicial matters occurring within the circuit; and, oversight of the judiciary and special masters. The Chief Judge is accountable solely to the Chief Justice of the Florida Supreme Court.

**District Court of Appeal** (1998) selected to sit as a visiting judge by invitation of the Chief Judge, First District Court of Appeal.

**Circuit Court Judge** (1987-2006).

> Appointed by Governor Robert Martinez in 1987 and retained in office without opposition until retirement in 2006. In addition to my responsibilities as Chief Judge, I also carried a full judicial docket.

**County Court Judge, Escambia County, Florida** (1986-1988).

> Initially appointed to the county court bench by Governor Robert "Bob" Graham in 1986

and was retained in office as a county court judge following an election on September 4, 1986.

**Member and Co-Chair, Judicial Qualification Commission** (2000-2004).

Peer selected by vote of the membership of the Florida Conference of Circuit Judges.

**Drug Court Presiding Judge, Escambia County** (1990-1991).

This specialty court emphasized therapeutic remediation of drug addiction for non-violent offenders, with incarceration being imposed only upon failure to successfully complete the program of intervention.

**Senior Faculty Member, Florida New Judges College** (1988-1996).

**Senior Faculty Member, Florida College of Advanced Judicial Studies** (1990-1996).

**Chairperson of Judicial Administration Section** as well as **Member of the Executive Committee, Florida Conference of Circuit Judges** (1994-1996).

## JUDICIAL AWARDS, HONORS & RECOGNITION:

Recipient of the "2000 President's Award for Outstanding Achievement" presented on July 27, 2000 by Escambia-Santa Rosa Bar Association for "dedication to the quality of Professionalism in the legal community."

Recipient of the "1995 Outstanding Jurist Award" presented by the Escambia-Santa Rosa Bar Association.

Recipient of the "1994 Jurist of the Year Award" presented by the American Legion.
Recipient of the 1997 "Judge John P. Kuder Family Values Award" given by the Scottish Rite

Honored by Florida Department of Children and Families in 1990 for "demonstrated concern for children and exemplary leadership in delinquency prevention."

Honored by the editors of the "*Climate Magazine*" (Jan/Feb. 2000 edition) as an "integral part of the community having the spirit, tenacity, and clear vision to make Northwest Florida great."

## LEGAL PRACTICE:

Partner with Sellers Skievaski Kuder & Smith, LLC  (11/1/15 to the present)
Partner with McDonald Fleming & Moorehead (2010-2015)

Mediator (2006-2010), including, work with LeRoy Collins Institute, Tallahassee, FL.

Equity Partner, Carlton Fields Emmanuel Smith & Ward (Pensacola office) (1979-1986)

Senior Partner, Kuder, Staples & Holt (1974-1979)

Special Counsel to Governmental Center Authority and Florida Department of Transportation (1975-1976)

Assistant Director of Law, City of Pensacola (1974-1976)

Assistant State Attorney, First Judicial Circuit (1972-1974)

Associate attorney, Emmanuel Sheppard & Condon (1971-1974)

## SERVICE TO COUNTRY:

**Commissioned Officer in the Adjutant General Corps, United States Army (1970-1976)**

After I became a member of The Florida Bar, I served on active and reserve duty as an officer in the Adjutant General Corps, United States Army.

While on active duty, I was assigned to the general staff of four-star General William B. Rosson, Commander of the United States Army, Pacific Theatre, Fort Shafter, Hawaii. The entirety of my active duty was served in this assignment. My service under that command included duty across the entire Pacific Theatre of operations with primary responsibilities in the major sub-commands of Hawaii, Vietnam, Thailand, South- Korea, Okinawa, and Japan.

My primary duty responsibilities included the following:

> Preparing analyses of war crimes alleged to have been perpetrated by American Army combatants in Vietnam. From findings based on command "after action reports" and factual investigations and testimony taken of participating combatants and civilian witnesses, I advised the Commanding General whether, in my opinion, a war crime had likely occurred or whether the incident was instead an unavoidable or accidental collateral consequence considering the nature of the mission and the intensity of combat.

> Developing statistical evaluations, programs and incentives for the retention of enlisted personnel throughout the Pacific Command and designing their methods of implementation.

> Traveling on a quarterly basis to each subcommand and conducting briefings of the chief of staff for personnel and commanding general regarding the impact of the "re-up" programs implemented in their respective commands.

> Briefing the Army Deputy Chief of Staff for Personnel (Pentagon, Washington D.C.) regarding the retention of enlisted personnel within the Army Pacific Command.
>
> Accomplishing any additional duties assigned by the Adjutant General of the Army Pacific command or the commanding general.

During my service in the Pacific theatre, I was nominated by the Command Adjutant General for selection as Aide de Camp to Commanding General Rosson. Although not selected, I consider the nomination itself to be one of the greatest and most cherished honors of my military service.

**United States POW-MIA Mission (1995)**

In 1995, I had the opportunity to participate in locating a POW camp on the Cambodian/Vietnamese border which was said to have housed 100-300 prisoners. The informants with whom I spoke believed the prisoners to be American. The informants provided the location with sufficient precision to interest the POW Mission representatives at the Pentagon to take the sworn statements of the informants. As a result, a team of active-duty military members were sent to the identified location in Cambodia. The compound was found but was uninhabited.

## SERVICE TO COMMUNITY:

> **Chief Judge's Children's Council (1993-1998).** This counsel consisted of community leaders in virtually every discipline touching on the health, protection and education of children within the First Circuit. The counsel worked with the school boards and individual schools of each county to assist in providing available community resources to enhance the delivery of services to those most in need.
>
> **Chief Judge's Youth Gang Task Force (1995-1998).** This task force was constructed to provide educational resources to members of the community living in areas of high youth gang activity. Each law enforcement agency within the circuit made seminars available to the public on the formation of neighborhood watch programs and assistance in expedited response time by law enforcement.
>
> **Chief Judge's Task Force on Minority Issues (1995-1997).** This task force focused on the various obstacles confronted by minority members of the community in accessing court related activities and information. Its members worked closely with the offices of the Clerks of Court throughout the circuit to provide more accessible and understandable tools to assist in providing a much more understandable and user friendly environment.

**Adjunct Professor,** at the University of West Florida, in the areas of constitutional law, criminal law and consumer fraud. (1995-2006).

**Founding Member**, Sertoma International (Five Flags), Pensacola chapter.

**Member**, Rotary International (Five Flags) (1988-1993).

**Member of Executive Board**, Boy Scouts of America (Gulf Coast Council) (1998-2000).

**President and Member of the Board**, Creative Learning Center (1988-1992).

**Founder** (along with wife, Susan Bleiler, and Indian and American partners) of an orphanage and school for abandoned and orphaned children in Andhra Pradesh, India (2005-2015). The school and orphanage are presently self-sustaining and the campus consists of 10,000 sq. feet of building space.

## EDUCATION:

Bachelor of Science degree from Spring Hill College, Mobile, AL, May 1966.

Juris doctorate degree from University of Florida Levin College of Law (formerly University of Florida College of Law) (June 1969)
Editorial Board of Law Review
Crandall Memorial Scholarship (for 2nd and 3rd years of law school) – awarded for for academic excellence.

## PERSONAL:

Born January 12, 1944 in Akron, Ohio.
Married to Susan Bleiler with two adult children, Timothy Patrick Kuder and Brian Stimson Kuder.
Resident of northwest Florida from 1954 to the present.

Respectfully submitted,

John P. Kuder

5