# Exhibit B

## J. DANIEL MCCARTHY

1505 O'Connell Lane, Tallahassee, Florida  32317.
Cell 904-651-9919; Home 850-878-5911; jdmccarthy77@gmail.com

**CAREER HISTORY -**
Forty years of experience as naval officer, judge advocate, civil attorney, public official, college lecturer, Chief Prosecutor, Director of Veteran Nonprofit Organization, and judicial process and management expert.  Significant achievement at highest levels of the Department of Defense, federal, state and local government.

Dynamic communicator, litigator, fundraiser, lecturer, author of dozens of papers & OP/Ed columns on law, leader and problem solver with strengths in multiple areas of law, smart justice, legislative process, local government, military affairs, veteran and disabled services, and nonprofit operations.

**EDUCATION -**
- LL.M., International Law with Highest Honors, George Washington Law School, 1991
- J.D. cum laude, Duke University Law School (W/Honors)1983
- B.S., U.S. Naval Academy, 1977
- Florida Bar admission: Florida 1983

**EXPERIENCE -**
**Marshal, 1st District Court of Appeals, June 2014 - Sept. 2018:**
Responsible for all court functions, judicial liaison and staff of 107 Court employees. Develop, implement and manage security function for largest Appeals court in Florida. Appointed member of Florida Courts Case Management Committee under supervision of Chief Justice, Florida Supreme Court. Educate students and public on judicial process in Florida.

**Director, Center for Smart Justice, Florida TaxWatch, Sept. 2013 - May 2014**:
Researcher, writer and speaker on criminal justice issues in Florida.  Conducted evidence-based research on criminal justice issues in Florida to determine best practices to enhance public safety through prudent use of public resources.  Research utilized by elected officials in drafting legislation.  Authored numerous publications and opinion editorials published throughout state, a sample of which are listed herein.

**Director, Special Projects, Wounded Warrior Project, Oct 2011 - Mar 2013**:
Coordinated national fundraising campaign(s), strategic partnerships through event coordination and conducted public speaking.  Handled "Tough Mudder" events across country ($6M account); college sports experiences for Warriors; Habitat for Humanity home build program for Wounded Warriors, and designated national speaker on Veteran issues. Attended and received graduate certificate from Indiana University course on Principles of Fundraising.

**Chief Assistant State Attorney 4th Judicial Circuit, Jan 2009 - Sep 2011:**
Supervised work force of 330 including 110 prosecutors. Managed $25M budget. Oversaw resolution of 10,000 felony cases per year. Direct liaison with Governor, State Legislators, Mayor, City Council, U.S. Attorney for Middle District of Florida, State Judiciary, Law Enforcement Officials and Defense Bar. Assisted State Attorney in obtaining dramatic improvements in conviction rate, jury trial rate, filing rate and length of prison sentences. Crime rate throughout 4th Circuit dropped precipitously, and murder rate declined by fifty percent.

Led lawyer recruitment effort, resolved labor issues, personally supervised DUI and medical intervention cases. Participated in Grand Jury proceedings, and decisions involving death penalty cases, violent crimes, violent sexual predator offenses, juvenile justice matters, family law matters, and police involved shootings.  Regular guest lecturer at UNF on criminal justice topics. Created and mentored college intern program for Duval, Nassau and St John's Counties. Received UNF Community Mentor of Year Award.

**Director of Military Affairs, Veteran and Disabled Services, May 2003 - Jan 2009**:
Appointed by Mayor Peyton to spearhead issues involving the military and disabled community in Jacksonville. Directed Jacksonville's highly successful effort to save military bases during BRAC 2005. United the military community in Jacksonville through events, tributes and public speaking opportunities. Daily liaison with Governor's Office, congressional leaders, city council, JAX chamber, Enterprise Florida, and all levels of the Department of Defense. Significant role in enhancing economic value of military presence in JAX estimated at $10B+. Supervised 15 City employees and managed operational budget of $1M with federal and state grants exceeding $2M.  Created annual Homeless Veteran Stand-down outreach event.

**Senior Counsel, Holland & Knight LLP, 2002 - May 2003**:  Specialized in governmental relations, criminal law, maritime issues and civil litigation. Member of public law team headed by the late Congresswoman Tillie Fowler representing the City of Jacksonville and many private companies. Assisted on amicus brief for U.S. Supreme Court on international human rights issue. Pro Bono work included volunteering as a 5th grade teacher at John E. Ford Elementary School.

**Commanding Officer, Trial Service Office Southeast, 1998 - 2002:**  Ranked #1 of 14 Commanding Officers in JAG Corps for three consecutive years. Responsible for supervision, training and mentoring of 50 attorneys and staff at three Florida locations with busiest docket covering Southeast and Caribbean; advise operational and shore commanders on legal and ethical issues; $2M operational budget; member of Family Services committee; and oversee juvenile justice issues. Highest productivity and retention of personnel in the Navy Legal Community. Supervised prosecution of over 1000 trials including 300 major felonies. Guest instructor at Federal Law Enforcement Training Facility, Naval Justice School and U.S. Naval Academy. Head interviewer for judge advocate selection programs. Member of Anti-Terrorist task Force for North Florida. Nominated to serve as Chief Prosecutor for Tribunals involving Al-Qaeda detainees in Guantanamo Bay, Cuba. Awarded Legion of Merit. Retired in 2002 as Captain.

**Special Assistant for Legal Matters to Secretary of the Navy, 1993-1998**. Legal counsel to The Honorable John Dalton for his 7-year tenure as Secretary of the Navy. Personal advisor on all legal and ethics matters confronting Navy and Marine Corps. Directly responsible for promotion system integrity, and overall statutory compliance by Department of Navy. Played key role in resolution of major Navy Incidents (Tailhook), Naval Academy cheating scandal, senior officer misconduct, and major operational problems. Contributed to equal opportunity and sexual harassment guidelines implemented throughout the Department of Defense. Briefed cabinet-level officials, members of Congress, senior leaders at Department of Justice and The White House on legal matters of interest. Awarded Legion of Merit.

**Executive Assistant to Judge Advocate General of the Navy, 1991-1993:** Supervised resolution of all legal issues for the senior lawyer in the Navy responsible for 1000 judge advocates located worldwide. Broad legal scope including resolution of criminal matters, admiralty, environmental issues, ethics, labor law, federal tort claims, supervision of medico-legal issues, investigation of major mishaps, disciplining of doctor and lawyers, and personnel policies and management. Experienced speech writer. Ranked #1 of 192 officers in the JAGC.

**Staff Judge Advocate, U.S. Forces Philippines, 1986 - 1990:** Resolved wide array of operational and shore establishment issues for 25,000 U.S personnel serving in the Republic of the Philippines. U.S. representative at international negotiations concerning bilateral treaties impacting national security issues. Advised Special Forces on Rules of Engagement during coup attempts and assassinations of U.S. personnel, and terrorist activity. Conducted and published comprehensive investigation of failure of Navy warship to rescue Vietnamese Boat People Adrift in South China Sea in Jun 1988. This led to court-martial conviction of Commanding Officer, a 60 Minutes segment, and a documentary movie. Supervised all investigations, claims, and personnel issues at Naval Hospital Philippines.

**Trial Attorney and Command Services Department Head, Naval Legal Service Office Jacksonville, 1983-1986**: Prosecuted numerous military criminal offenses and served as advisor to area commands. Principal legal advisor to Naval Criminal Investigative Service and Naval Hospital Jacksonville. Performed dozens of investigations into standard and quality of care, credentialing issues, bioethics, risk management, disciplining of medical personnel, and family advocacy problems. Represented the Navy in peer review hearings, and made settlement recommendations in multi-million dollar lawsuits. Received ABA Military Outstanding Attorney Award.

**Communications Officer, USS DALE (CG 19), 1977-1980**: Qualified Surface Warfare Officer on missile cruiser homeported in Mayport. Deployment to Mediterranean, Caribbean, North Atlantic and Black Sea. One of five officers selected by Navy for funded legal scholarship.

**AWARDS:** Numerous military Awards to include 3 Department of Defense Legion of Merit Medals, 3 Navy Meritorious Service Medals, Florida Commendation Medal, University of North

Florida Award as Outstanding Community Mentor, City of Jacksonville Military Service Award, JAX Chamber Leadership Award.

**PUBLICATIONS:**  Amicus Curiae Brief to U.S. Supreme Court regarding Human Rights violations in El Salvador; Treatise on USS VINCENNES Shootdown of Iran Air Flight #655 July 1991; Study of Comparison Salaries for State Attorneys March 2014; Study of Florida's Aging Prisoner Population Sep 2014; Proposal for Adult Civil Citation Program in Florida Jan 2014; and Analysis of Non-Violent 3rd Degree Felonies in Florida Apr 2014.