## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| | ) Civil Action No. 1:18-cv-02248-CRC |
| v. | ) ) |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) ) |
| Defendants | ) ) ) |

### JULY 17, 2023, STATUS REPORT

Pursuant to the Court's Minute Order entered on May 17, 2023, Plaintiffs, through undersigned counsel, hereby file this Status Report.

### UPDATE FROM DOD

Counsel for third party the Department of Defense ("DOD") provided the following information by email dated July 11, 2023:

> "By June 9, 2023, CENCTOM had processed more than 1,500 pages since the Parties' agreement last November, which exceeds the agreed-upon pace of 500 pages every 60 days.

> Specifically, since the Parties' May 15, 2023, status report, CENTCOM finished processing MDR 23-0154 (the documents referred by DTRA to CENTCOM last year), which totaled 48 documents and 290 pages. CENTCOM then turned, as predicted, to the queue of Ops Reports and associated files from CIDNE/WebTAS. CENTCOM has processed at least 59 such documents (216 pages), which were produced on June 7, 2023, as CENTCOM_00000411-627 (and identified, for tracking purposes, as MDR 23-0226).

> CENTCOM expects that it will have processed another 500 pages of such documents by August 9, 2023."

### Plaintiffs' Position

Plaintiffs again want to point out that CENTCOM has only *produced* 463 pages of documents since the May 15, 2023 Status Report—for a total of 918 pages being produced in this

litigation (with the requirement being 1,500 pages by June 9, 2023 and 2,000 pages by August 8,

2023).

Dated: July 17, 2023.                    Respectfully submitted,

                                         By: */s/ Dustin B. Herman*
                                         DUSTIN B. HERMAN (*Pro Hac Vice*)
                                         Ohio Bar No. 0093163
                                         **SPANGENBERG SHIBLEY & LIBER LLP**
                                         1001 Lakeside Ave., East, Suite 1700
                                         Cleveland, Ohio 44114
                                         Telephone: (216) 696-3232
                                         Facsimile: (216) 696-3924
                                         Email: dherman@spanglaw.com

                                         */s/ Howard L. Nations*
                                         Howard L. Nations
                                         DC Bar No. TX143
                                         **THE NATIONS LAW FIRM**
                                         9703 Richmond Avenue, Suite 200
                                         Houston, TX 77042
                                         Telephone: (713) 807-8400
                                         Facsimile: (713) 807-8423
                                         Email: howard@howardnations.com

                                         *Counsel for Plaintiffs*