UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:18-cv-2248-CRC <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFFS' NOTICE OF FILING EXHIBIT PX1400**

Plaintiffs hereby file exhibit PX1400, which is attached hereto. PX1400 was discussed and presented to the Court during the bellwether hearing on September 12, 2022. *See* ECF Doc. 106, pp.179-180. In addition, the exhibit was cited in Plaintiffs' proposed Bellwether Liability Order. See ECF Doc. 115-1, para. 352. The exhibit was, however, inadvertently not filed on the docket.

Dated: August 7, 2023                    Respectfully submitted,

By: */s/ Jeremy A. Tor*
Jeremy A. Tor (*Pro Hac Vice*)
Ohio Bar No. 0091151
**SPANGENBERG, SHIBLEY & LIBER LLP**
1001 Lakeside Ave., East., Suite 1700
Cleveland, Ohio 44114
Telephone: 216-696-3232
Facsimile: 216-696-3924
Email: jtor@spanglaw.com

*Counsel for Plaintiffs*