# PX1400

# Ops Report



Declassified by MG Patrick D. Frank
USCENTCOM Chief of Staff
Declassified on: 29 Apr 2022
Privacy Act Protective Order applies

Wednesday, 23 February 2022

## Ops Report

| | |
|---|---|
| Date Occurred(L) | Apr 16 2005 20:40:00 |
| is Closed | TRUE |
| Summary | AT 2040D, 2 BCT REPORTS 4 ROUNDS IDF ATTK ON CAMP RAMADI. ATTK WAS A DIRECT HIT ON A 2-17 FA ( 1.4(g) ) (3) CF KIA, (7) CF WIA ((3) URGENT, (2) PRIORITY, (2) ROUTINE). 1.4(g) 1.4(g) AT 2053D (IN SEPARATE REPORTING) 1/5 MAR REPORTED SEEING A MORTAR TEAM FIRING AND THEN DISPLACING INTO THE AL HAA MOSQUE. 1/5 MAR CORDONED THE MOSQUE AND INTENDS TO UTILIZE ISF TO ENTER THE MOSQUE. ISF (IIF) RESPONDED TO THE SCENE AND WAS UNABLE TO LOCATE THE SUSPECT. |
| Suicide Count | 0 |
| is Effective Explosive Hazard | FALSE |
| Blown In Place | FALSE |
| Year Occurred | 2005 |
| Month Occurred | April |
| Day Occurred | 16 |
| Event Type | Enemy Action |
| Event Category | Indirect Fire |
| Event MOA | Indirect Fire |
| Primary Country | IRAQ |
| Primary RC | MNF-W |
| Primary AO | 1/82 ABN |
| Primary District | Ar Ramad |
| Primary Province | Al Anbar |
| was Suicide | FALSE |
| Tracking Number | MEF LNO-48852094 |
| Attack On | None Selected |
| Unit Activity | NONE SELECTED |
| Title | IDF ATTK ON 2 BCT IN RAMADI: 3 CF KIA, 7 CF WIA/ 1.4(g) |
| Association Count | 1 |
| BDA Friendly KIA | 3 |
| BDA Friendly WIA | 7 |
| BDA Friendly Casualties | 10 |

Page 1 of 4

USCENTCOM MDR 22-0054
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies

FISHBECK
CENTCOM_00000034

PX1400

## Ops Report

| | |
|---|---|
| BDA Friendly ABD | 0 |
| BDA Civilian KIA | 0 |
| BDA Civilian WIA | 0 |
| BDA Civilian Casualties | 0 |
| BDA Civilian ABD | 0 |
| BDA Host Nation KIA | 0 |
| BDA Host Nation WIA | 0 |
| BDA Host Nation Casualties | 0 |
| BDA Host Nation ABD | 0 |
| BDA Enemy KIA | 0 |
| BDA Enemy WIA | 0 |
| BDA Enemy Casualties | 0 |
| BDA Enemy Detained | 0 |
| City | Ramadi |
| Classification | ~~SECRET~~ |
| Classification Releasability Mark | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ |
| CIDNE Folder | 3.5c    iteReportView.cfm?module=operations&reporttype=sigact&reportkey=EEE78BEE-309B-4C07-91B3-99B6A024E272&entity=report |
| Date Occurred Excel UK | 16/04/2005 |
| Date Occurred Excel US | 04/16/2005 |
| Date Posted(Z) | Apr 17 2005 00:25:01 |
| Date Updated(Z) | Apr 17 2005 02:43:19 |
| FOB | Blue Diamond |
| Latitude | 33.4416073005 |
| Longitude | 43.259341915 |
| MGRS | 38SLC382016 |
| MOA Count | 1 |
| Originating System | Not Provided |
| Originator Group | UNKNOWN |
| Originator Name | UNKNOWN |
| Originator Unit | ADMIN |
| Precedence | ROUTINE |
| Report Key | EEE78BEE-309B-4C07-91B3-99B6A024E272 |

USCENTCOM MDR 22-0054
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies

FISHBECK
CENTCOM_00000035

PX1400

## Ops Report

| | |
|---|---|
| Reporting Unit | Not Provided |
| Route | UNKNOWN |
| Type Of Unit | None Selected |
| Unit Name | Not provided |
| Updated By Group | UNKNOWN |
| Updated By Name | UNKNOWN |
| Updated By Unit | ADMIN |
| Vehicle Convoy Count | 0 |
| Vehicle Convoy Speed | 0 |
| Vehicle Convoy Speed Measure | MPH |
| Vehicle Distance Between | 0 |
| Vehicle Nearest ECM To IED | 0 |
| Vehicle Nearest ECM To Vehicle Struck | 0 |
| Vehicle Other Counter Measures | N/A |
| Vehicle Summary | Not Provided |
| was Complex Attack | FALSE |
| was Coordinated Attack | FALSE |
| was Counter Attack | FALSE |
| was ABP Involved | FALSE |
| was ANA Involved | FALSE |
| was ANP Involved | FALSE |
| was ANSF Involved | FALSE |
| was ISAF Involved | FALSE |
| was INS Involved | FALSE |
| was Medevac Requested | FALSE |

### SIGACT Location

| AO | City | Classification | Releasability | Coordinate | Country | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| 1/82 ABN | Ramadi | ~~SECRET~~ | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ | | IRAQ | (More not shown) |

Page 3 of 4

USCENTCOM MDR 22-0054
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies

FISHBECK
CENTCOM_00000036

PX1400

## Ops Report

### MOA

| Mode Of Attack | Mode Of Attack Key | Event Type | Event Category |
|---|---|---|---|
| Indirect Fire | A9F58BDC-D369-470C-9F35-4D4AF7F30875 | Enemy Action | Indirect Fire |

### Events1

| Event Category | Event Key | Event Type | Intended Outcome | Hit Or Miss | |
|---|---|---|---|---|---|
| | | | Suicide | | (More not shown) |
| | | | | | (More not shown) |
| | | | | | (More not shown) |
| Indirect Fire | D2B141E3-CBB1-446A-A4A1-35636305091A | Enemy Action | | | (More not shown) |

### Association

| CIDNE Folder | is Published | Confidence | Classification | Classification Releasability Mark | DTG Posted | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~REL TO USA, FVEY~~ | Dec 05 2014 17:57:08 | (More not shown) |

12 Empty Attributes

Battlespace Lead, Call Sign, Date Occurred(Z), ISAF Tracking Number, Incident Reported By, Originating Nation, Originating Network, Originating Site, Primary AOR, Primary Region, Reintegratees Count, Reported By

18 Empty Tables

Associated Org, CCIR, CIDNE Media, Casualty, Chemicals Found, Drugs Found, Equipment Found, Events Subordinate, IDF Details, Ops Capture, SIGACT Item, SIGACT Method Found, SIGACT Remark, SIGACT Requirements, Suspect, Target, Units, Vehicle

## Relationships

(None)

## Attachments

(None)

USCENTCOM MDR 22-0054
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies
FISHBECK
CENTCOM_00000037
PX1400