UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendants | )<br>)<br>)<br>)<br>)  Civil Action No. 1:18-cv-2248-CRC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' NOTICE OF FILING EXHIBITS PX392**

Plaintiffs hereby file exhibit PX392, which is attached hereto. The exhibit was discussed and presented to the Court during the bellwether hearing on September 13, 2022. *See* ECF Doc. 107, pp. 383-384. The exhibit was cited in Plaintiffs' proposed Bellwether Liability Order. *See* ECF Doc. 115-1, para. 463.

Dated: August 8, 2023

Respectfully submitted,

By: */s/ Jeremy A. Tor*
Jeremy A. Tor (*Pro Hac Vice*)
Ohio Bar No. 0091151
**SPANGENBERG, SHIBLEY & LIBER LLP**
1001 Lakeside Ave., East., Suite 1700
Cleveland, Ohio 44114
Telephone: 216-696-3232
Facsimile: 216-696-3924
Email: jtor@spanglaw.com

*Counsel for Plaintiffs*

1