UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE ISLAMIC REPUBLIC OF IRAN, et al., )<br>)<br>Defendants )<br>) | Civil Action No. 1:18-cv-2248-CRC |

## NOTICE REGARDING REDACTIONS TO SEALED OPINION AND ORDER

Pursuant to the Court's Sealed Memorandum Opinion and Order of August 18, 2023 (ECF No. 137), Counsel for Plaintiffs submit this notice that they have no proposed redactions to the Opinion, and it can be placed on the public docket in full.

Plaintiffs request that all other documents submitted in connection to the September 12-14, 2022, hearing that are currently under seal remain so.

Dated: August 25, 2023

Respectfully submitted,

*By: /s/ Matthew W. Langenberg*
Matthew W. Langenberg DC Bar No. CO00119
**BURG SIMPSON ELDREDGE HERSH JARDINE PC**
40 Inverness Drive E
Englewood, CO 80112
Telephone:  300-792-5595
Facsimile:  303-708-0527
Email:  mlangenberg@burgsimpson.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served by electronic filing with

theClerk via the CM/ECF system, which electronically notifies all registered participants.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 25, 2023                    Respectfully submitted,

                                          /s/ Matthew W. Langenberg