UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF CHRISTOPHER BROOK FISHBECK, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**THE ISLAMIC REPUBLIC OF IRAN, et al.,** )<br>)<br>**Defendants** )<br>_____ ) | Civil Action No. 1:18-cv-2248-CRC |

**[PROPOSED] ORDER**

Upon notice from Plaintiffs that they have no proposed redactions to the August 18, 2023 Memorandum Opinion and Order (ECF No. 137):

**ORDERED** that the Memorandum Opinion and Order (ECF No. 137) of this Court shall be unsealed and placed on the public docket. The Court further orders that all exhibits previously produced under seal in connection with the evidentiary hearing held on September 12-14, 2022, shall remain under seal.

So ordered this _____ day of _____, 2023.

_____
Honorable Christopher R. Cooper