UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF CHRISTOPHER BROOK FISHBECK**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **THE ISLAMIC REPUBLIC OF IRAN**, et al., <br><br> Defendants. | Case No. 18-cv-2248 (CRC) |

## ORDER

Plaintiffs have moved the Court to adopt their proposed administrative plan and to appoint Special Masters to determine defendants' liability for the non-bellwether attacks. Mot. to Appoint Special Masters & Implement Administrative Plan, ECF No. 117; Suppl. Mot. to Appoint Special Masters, ECF No. 131. Upon review of plaintiffs' submissions, the Court adopts the proposed administrative plan. A signed copy of the plan will be filed as a separate order.

As for the appointment of Special Masters, plaintiffs have nominated seven candidates, although one candidate was withdrawn for health reasons. Suppl. Mot. to Appoint Special Masters, ECF No. 131. The Court notes that the candidates proposed are highly qualified and therefore appoints plaintiffs' six remaining recommendations. Plaintiffs may also seek to add additional Special Masters as necessitated by the demands of the case and should submit such recommendations to the Court.

Accordingly, it is hereby

**ORDERED** that plaintiffs' [117] Motion to Appoint Special Masters and Implement Administrative Plan and [131] Supplemental Motion to Appoint Special Masters and Implement Administrative Plan are GRANTED. The Court adopts plaintiffs' proposed administrative plan

and will file a signed version as a separate order. The Hon. David R. Herndon (Ret.); Matthew E. D. Besser, Esq.; Michael J. Borden, Esq.; the Hon. Ronald V. Swanson (Ret.); the Hon. John P. Kuder (Ret.); and Captain J. Daniel McCarthy, Esq. (Ret.) are hereby **APPOINTED** as Special Masters under Federal Rule of Civil Procedure 53 for the purpose of assisting this Court with the determination of liability for claims related to the non-bellwether attacks in this case.

**SO ORDERED.**

                                                         CHRISTOPHER R. COOPER
                                                        United States District Judge

Date: August 30, 2023