UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF CHRISTOPHER BROOK FISHBECK, et al.,** )<br>)<br>) | |
| **Plaintiffs,** )<br>) | |
| ) | Civil Action No. 1:18-cv-2248-CRC |
| v. )<br>) | |
| **THE ISLAMIC REPUBLIC OF IRAN, et al.,** )<br>) | |
| **Defendants** )<br>) | |

**[Proposed] ORDER**

Considering the Plaintiffs' Supplemental Brief Regarding Mental Distress Injuries Within the Meaning of the Foreign Sovereign Immunities Act:

**ORDERED** that the Court finds that the Foreign Sovereign Immunities Act allows claims for personal injuries caused as a result of participating in the recovery efforts or viewing the aftermath of an attack. As such, Robert McCormick has stated a valid claim for relief for the injuries he suffered as a result of the November 14, 2006 attack.

**SO ORDERED**.

Dated: _____                    _____
                                          CHRISTOPHER R. COOPER
                                          UNITED STATES DISTRICT JUDGE