# EXHIBIT A

# ANGELA D. GUPTA

**ASSOCIATES IN DISPUTE RESOLUTION, LLC**
1600 Genessee, Suite 838, Kansas City, MO 64102
angela@adrmediate.com
913-558-6963 (d)

## LEGAL EXPERIENCE

**SPECIAL MASTER DAVID R. COHEN**, Cleveland, Ohio
*Legal Counsel, 2019 to present*
Provide legal counsel and assistance to Special Master David R. Cohen in MDL 2804 - In re National Opiate Litigation pending before the Honorable Dan A. Polster in the Northern District of Ohio; drafted over 40 significant rulings involving complex legal analysis of multifaceted factual and legal claims regarding discovery disputes, motions to dismiss, motions for summary judgment, post-trial motions, Daubert and other evidentiary matters.

**ASSOCIATES IN DISPUTE RESOLUTION, LLC**, Kansas City, Missouri
*Neutral, 2019 to present*
Practice exclusively in the neutral role as mediator, arbitrator, fact-finder, and hearing officer; mediated hundreds of disputes involving a wide variety of legal issues including employment discrimination, personal injury, breach of contract, insurance coverage, consumer protection, civil rights, wage and hour collective actions, fraud, and misrepresentation; arbitrated dozens of business and employment cases both ad hoc and for the American Arbitration Association (AAA) and Financial Industry Regulation Authority (FINRA); conducted independent investigations regarding complaints of employment discrimination and other workplace policy or ethical violations; appointed as due process hearing officer for the State of Kansas in special education matters.

**UNITED STATES DISTRICT COURT, DISTRICT OF KANSAS**, Kansas City, Kansas
*Law Clerk to the Honorable Kathryn H. Vratil, 1993-1996; 2000-2019*
Provided direct assistance and legal counsel to federal district judge regarding all aspects of civil and criminal cases involving federal and state law including court hearings, bench and jury trials, judicial opinions, and docket management; experience included constitutional claims, negligence, breach of contract, employment, insurance coverage, medical malpractice, products liability, landlord/tenant, consumer protection, possession and distribution of controlled substances, embezzlement, and criminal and civil conspiracy; emphasis in class action and multi-district litigation (MDL), including serving for over seven years as the primary law clerk in MDL 1840 - In re: Motor Fuel Temperature Sales Practices Litigation.

**UNITED STATES ATTORNEY'S OFFICE, DISTRICT OF KANSAS**, Kansas City, Kansas
*Assistant United States Attorney, 1999-2000*
Represented United States, federal agencies, and federal employees as lead attorney in federal and state cases involving employment, civil rights, labor, personal injury, debt collection, tax, bankruptcy, and foreclosure matters; handled all aspects of case strategy, discovery, pleadings, motions practice, court hearings, trials, and settlement negotiations.

**SPENCER FANE BRITT & BROWNE LLP**, Kansas City, Missouri
*Associate Attorney, 1996-1998*
Represented corporations and individuals in commercial, employment, and bankruptcy litigation; experience included first and second chair trial work, all aspects of discovery including depositions and expert witnesses, pleadings, motions practice, mediation, and settlement negotiations.

**LATHROP & NORQUIST** (now Lathrop GPM), Kansas City, Missouri
*Associate Attorney, 1991-1992*
    Represented corporations and individuals in business and bankruptcy litigation; responsibilities included second chair trial work, court hearings, all aspects of discovery including depositions, pleadings, and motions practice.

## EDUCATION

**UNIVERSITY OF PENNSYLVANIA**, Philadelphia, Pennsylvania
*J.D., May 1991*

**UNIVERSITY OF KANSAS**, Lawrence, Kansas
*B.S., Business Administration, With Distinction, May 1988*

## PROFESSIONAL ACTIVITIES AND AWARDS

**2023 ROBERT L. GERNON AWARD**, Kansas CLE Commission
    Recognized for demonstrated excellence and commitment to providing quality continuing education to attorneys in Kansas.

**ADVANCED MASS TORT MDL CERTIFICATE**, Bolch Judicial Institute, Duke Law School (2022).

**MEDIATING THE LITIGATED CASE**, Pepperdine Caruso School of Law (2019).

**APPROVED MEDIATOR**, Kansas Supreme Court Office of Judicial Administration (2013-present) and District of Kansas and Western District of Missouri federal courts (2019-present).

**PRO BONO CERTIFICATE RECIPIENT**, awarded by Kansas Bar Association (October 2021).

**PRO BONO MEDIATOR**, Equal Employment Opportunity Commission ("EEOC") (2019-2021)
    Mediated 30 cases involving various employment discrimination and retaliation complaints.

**PRO BONO MEDIATOR**, Johnson County District Court, Small Claims Division (2014-2020)
    Mediate cases involving various disputes including landlord-tenant issues, unpaid childcare expenses, home association dues, and wrongful death of pet.

**MODERATOR,** "Navigating Mediation in D. Kan. And W.D. Mo.," KCMBA, June 27, 2023.

**PRESENTER,** "Expedited Arbitration 101," KCMBA, June 20, 2023.

**PRESENTER,** "Ethics in Mediation and Negotiation," AWL Women's Trial Institute, April 7, 2023.

**MODERATOR**, "Pre-Mediation and Pre-Evaluative Communications," Western District of Missouri Federal Court, Mediation and Assessment Program (MAP) 2022 Training, October 13, 2022.

**PRESENTER**, "The Ethics and Essence of Interruptions and/or Interjections and Considerations involving Righteously Indignant ADR Pre Participants," Western District of Missouri Federal Court, Mediation and Assessment Program (MAP) 2022 Training, October 13, 2022.

**MODERATOR**, "Ethics in Mediation," KCMBA CLE by the Hour, June 28, 2022.

**MODERATOR**, "Ethics in Mediation," KCMBA Annual Business Litigation Seminar, June 15, 2022.

**PANELIST**, "Cultural Competency & Inclusivity in the Mediation Process," The Missouri Bar Solo and Small Firm Conference, June 9, 2022.

**MODERATOR**, "The Rise and Rise of Mediations," Johnson County Bench-Bar Conf., April 6, 2022.

**PRESENTER**, "Cognitive Biases and Their Effect on Negotiations and Decision-Making," KBA Alternative Dispute Resolution CLE/CME, March 12, 2021.

**PRESENTER**, "Hidden Bias and Its Impact on Negotiations & Decision-Making," *Dispute Resolution Through a 2020 Lens*, Associates in Dispute Resolution LLC CLE/CME, October 9, 2020.

**MODERATOR**, "Judicial Perspectives on Mediation," *Updates and Outliers in Dispute Resolution,* KBA Alternative Dispute Resolution CLE/CME, November 8, 2019.

**PRESENTER**, "Navigating Mediation in the District of Kansas," *Hot Topics in Dispute Resolution*, 13th Annual Fall CLE Seminar, Associates in Dispute Resolution LLC CLE/CME, September 20, 2019.

**PANELIST**, "Nuts and Bolts of Summary Judgment Practice," KCMBA Federal Courts Advocates CLE, Kansas City, Kansas, June 14, 2017.

**PRESENTER**, "What's Trending in D. Kan.: Tips from the Federal Bench," KCMBA Federal Courts Advocates CLE, Kansas City, Kansas, April 15, 2016.

**MODERATOR**, "What It Takes to be Local in D. Kan.," KCMBA Federal Courts Advocates CLE, Kansas City, Kansas, April 29, 2015.

## BAR LEADERSHIP

### U.S. DISTRICT COURT, DISTRICT OF KANSAS
*Bench-Bar Committee (2022-present); Magistrate Judge Merit Selection Panel (2022)*

### JOHNSON COUNTY BAR ASSOCIATION
*President (2022); President-Elect (2021); Vice President (2020); Secretary/Treasurer (2019)*; Board Member (2018) Alternative Dispute Resolution Committee, Vice President (2017-2018)*

### THE EARL E. O'CONNOR AMERICAN INN OF COURT
*Treasurer (2020-2023); Secretary; (2017-2020, 2023); Ethics CLE Co-Chair (2015-2017)*; Achieving Excellence Committee (2013-2014)*; Programs Committee (2010-2011)*

### FEDERAL COURTS ADVOCATES SECTION, KANSAS CITY METROPOLITAN BAR ASSOCIATION
*President (2023); President-Elect (2022); Secretary/Treasurer (2021); Senior At-Large Board Member (2019-20); Junior At-Large Board Member (2017-2018); Kansas CLE Co-Chair (2014-2016)*

### KANSAS BAR ASSOCIATION
*Employment Section, President (2023) President-Elect (2022); ADR Section, Secretary-Treasurer (2018-2021); Access to Justice Committee (2013-2020); Bench Bar Committee (2013-2020)*

### ASIAN AMERICAN BAR ASSOCIATION OF KANSAS CITY
*Membership Co-Chair (2014-2015)*

## CIVIC AND COMMUNITY INVOLVEMENT

### KANSAS LEGAL SERVICES, INC.
*Board of Directors, 2018-present (President, 2022; Vice-President, 2021)*
   Oversee and establish policies regarding funding, compliance, services, personnel, and budget for statewide nonprofit corporation providing legal services to low-income Kansans.

### CITY OF LAKE QUIVIRA, KANSAS
*Council Member (2022 - present)*