# EXHIBIT B





# Ellen L. Koblitz

SPECIAL COUNSEL

201.270.4949

ekoblitz@pashmanstein.com

### PRACTICE AREAS
Criminal Defense
Alternative Dispute Resolution
Appellate Advocacy
Family Law

### EDUCATION
B.A., The University of Chicago
J.D., Yale Law School

The Honorable Ellen L. Koblitz (Ret.) is special counsel in the Alternative Dispute Resolution practice, Appellate Advocacy practice, Criminal Defense practice, and Family Law practice at Pashman Stein Walder Hayden. She focuses her practice on mediation and arbitration of Family, Chancery and Civil matters. In addition, she advises attorneys and clients on criminal, civil, chancery, and family appellate matters, including reviewing appellate briefs and conducting moot court appellate arguments. Judge Koblitz is on the consumer panel of arbitrators of the American Arbitration Association and is a qualified NJ Ct. R. 1:40-12 mediator.

Judge Koblitz joined the firm in 2020 after serving as a judge in the Appellate Division of the New Jersey Superior Court for 10 years, including two years as Presiding Judge. In the Appellate Division, Judge Koblitz heard appeals from decisions of the trial courts, tax court, and state administrative agencies.

Judge Koblitz began her legal career in the New Jersey Office of the Public Defender and rose to the position of deputy public defender in charge of the Hudson and then the Bergen County regional office.

First appointed to the New Jersey Superior Court in 1993, Judge Koblitz served in the Special Civil Part and Criminal Part in Bergen County. She then served as Presiding Judge of the Family Part from 1998 to 2008, when she was tapped to serve as Presiding Judge of the Chancery Division in Bergen County.

www.pashmanstein.com



While on the bench, Judge Koblitz served on numerous New Jersey Supreme Court Committees, including serving as chair of the Supreme Court Judicial Education Committee, chair of the Conference of Family Division Presiding Judges, chair of the Children in Court Improvement Committee, and vice chair of the Supreme Court Family Practice Committee.

Judge Koblitz joins Pashman Stein's ADR practice team which includes the firm's special counsel, Justice Gary S. Stein (Ret.), who served for more than 17 years as an associate justice of the New Jersey Supreme Court; the Honorable Ronny Jo Siegal (Ret.), a partner and former judge who served for more than eight years with the New Jersey Superior Court, Chancery Division, Family Part; and Barry H. Evenchick, a partner and former chief of the appellate section of the Essex County Prosecutor's Office.

Judge Koblitz passes her legal knowledge on to others through service as an Adjunct Professor at Rutgers University School of Law and presenter of numerous continuing legal education courses, as well as by mentoring lawyers within the firm. In addition, she currently serves as President of The Barry Croland Family Law American Inn of Court.

## Honors & Awards

- New Jersey State Bar Association, Family Law Section, 2021 Eugene D. Serpentelli Award
- Hudson County Bar Association State Bar NIght 2016 Award for Leadership and Commitment to Justice

## Community & Professional Associations

- President, The Barry Croland Family Law American Inn of Court
- Vice President, NJ-AFCC (New Jersey Chapter of the Association of Family and Conciliation Courts), 2022
- Arbitrator, American Arbitration Association (Consumer Panel)
- Adjunct Professor, Rutgers University School of Law
- Member, Association of Criminal Defense Lawyers-New Jersey (ACDL-NJ)
- Member, Hudson County Bar Association
- Member, Bergen County Bar Association
- Member, Family Law Section, Member, New Jersey State Bar Association
- Member, Women Lawyers in Bergen County
- Member, The Barry Croland Family Law American Inn of Court



## Bar Admissions

New Jersey

## Court Admissions

U.S. District Court for the District of New Jersey