# EXHIBIT C

**JAIME L. DODGE**

Director, Institute for Complex Litigation and Mass Claims
Emory University School of Law
1301 Clifton Rd., Atlanta, Georgia 30322
(415) 515-7911   ·   JDodge@emory.edu

---

### EDUCATION

HARVARD LAW SCHOOL, *Juris Doctor, cum laude*, 2004
    *Harvard Law Review* - Supreme Court Chairwoman
    *Harvard Negotiation Law Review* - Articles Chairperson
    American Bankruptcy Institute Medal of Excellence

PEPPERDINE LAW SCHOOL, *Masters in Dispute Resolution*, 2004
    Straus Institute Fellow

DARTMOUTH COLLEGE, *Bachelor of Arts, magna cum laude*, 2000
    Psychology *with honors*; International Development *with high honors*
    Grant Recipient:  E.E. Just Grant (race studies), Cargill Grant (agriculture and environment), Rockefeller Grant (government), and Waterhouse Honors Grant

### CURRENT POSITION

EMORY LAW SCHOOL                                                                                           Atlanta, GA
    *Founding Director, Institute for Complex Litigation and Mass Claims*                  2016-present

Host judicial seminars, bar conferences, and other academic programs addressing the evolving challenges presented in resolving complex litigation and mass claims—from catastrophic single-event cases to common allegations across tens or hundreds of thousands of individual events or claims.  Lead discussions and working sessions amongst judicial advisory board members and other state and federal judges to identify new techniques and approaches to address these challenges.  Conduct research and develop programs designed to promote diversity within the mass torts bench and bar.

### PAST ACADEMIC APPOINTMENTS

UNIVERSITY OF GEORGIA LAW SCHOOL                                                                           Athens, GA
    *Assistant Professor of Law*                                                                2011-2015
    *Courses:* Complex Litigation; Bankruptcy; Interviewing, Counseling, and Negotiation; Dispute Resolution and Systems Design

PEKING UNIVERSITY SCHOOL OF TRANSNATIONAL LAW                                                         Shenzhen, China
    *Visiting Assistant Professor of Law*                                                       2011, 2012
    *Courses:* Transnational Financial Services Litigation, International Class Actions & Complex Litigation

HARVARD LAW SCHOOL                                                                                       Cambridge, MA
    *Climenko Fellow & Lecturer on Law*                                                          2009-2011
    *Courses:* Legal Research & Writing, Cross-Border Class Actions and Aggregate Dispute Resolution: Public and Private Process Design Seminar

### SELECTED FEDERAL NEUTRAL EXPERIENCE

- SPECIAL MASTER, *MDL 2924 - In Re: Zantac (Ranitidine) Products Liability Litigation (2020-2023)*
- NEUTRAL (assisting the court and parties in designing Initial Census and preliminary matters), *MDL 2913 - In Re: JUUL Labs, Inc., Marketing, Sales Practices, and Products Liability Litigation (2019)*

### REPRESENTATIVE DISPUTE RESOLUTION EXPERIENCE

*Provide dispute resolution systems design expertise for public and private organizations, as well as transitional governments. Served as a mediator, arbitrator, reg-neg facilitator, and dispute-resolution trainer for a variety of local and state government bodies, as well as domestic and international non-profit organizations.*

- Assisted committee drafting new model bankruptcy law and alternative dispute resolution protocols for a transitional government in the Middle East
- Provided training in international conflict management and grassroots dispute resolution through Roger Fisher's Conflict Management Group
- Developed environmental by-laws through modified regulatory negotiation proceeding
- Mediated racial and ethnic neighborhood conflicts for a California city; participated in founding mayor's peace-building task force
- Drafted approximately a dozen arbitration awards for the National Association of Securities Dealers
- Served as mediator-arbitrator for the Massachusetts Attorney General's Regulated Industries Division
- Directed community-based mediation center comprised of more than 70 trained mediators and neutrals
- Appeared before the US Olympic Committee, successfully arguing for changes in the interpretation of statutory due process rights for athletes

### SELECTED LEGAL EXPERIENCE

*Represented Fortune 50 corporations in a variety of consumer, employment, and civil rights complex litigation cases; oversaw administration of both domestic and international class action settlements; and participated in successful appeals of two of the largest employment-discrimination class actions ever certified.*

- GIBSON, DUNN & CRUTCHER LLP, *San Francisco, CA*                                     2007-2009
- PAUL, HASTINGS, JANOFSKY & WALKER LLP, *San Francisco, CA*                          2005-2007
- U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT, Law Clerk to John T. Noonan, Jr.    2004-2005

### BAR ADMISSIONS

- STATE OF CALIFORNIA (2005-PRESENT)
- COMMONWEALTH OF MASSACHUSETTS (2005-PRESENT)
- STATE OF NEW YORK (2005-PRESENT)

## PUBLICATIONS

*Reconceptualizing Non-Article III Tribunals,* 99 MINN. L. REV. 905 (2015)

*Bilateral Mass Settlement,* 90 NOTRE DAME L. REV. 335 (2014) (invited article)

*Mass-Claims Resolution Without Class Actions,* 63 EMORY L.J. 1253 (2014)
   Colloquy dedicated to this Article, with responses published beginning at 63 EMORY L.J. 1317, by Margaret Thomas, Dana Remus, and Adam Zimmerman

*The Limits of Procedural Private Ordering*, 97 VA. L. REV. 724 (2011)

SYMPOSIUM ARTICLES & OTHER WORKS

*Facilitative Judging: Organizational Design in Multi-District Litigation,* 64 EMORY L.J. 329 (2015) (Randolph W. Thrower Symposium)

*Standards and Best Practices for Large and Mass-Tort MDLs,* DUKE LAW CENTER FOR JUDICIAL STUDIES (2014) (editor-in-chief) (150-page report)

*Collective Adjudication of Financial Services and Other Cross-Border Mass Injury Cases*, 1 EUR. J. CONSUMER L. 141 (2010) (with David Rosenberg) (symposium; peer-reviewed)

*Note, Jurisdiction in Bankruptcy Proceedings: A Test Case for Implied Repeal of the Federal Arbitration Act,* 117 HARV. L. REV. 2296 (2004)

*Addressing the Pro Se Litigation Crisis:  A Process Analysis*, BELLOW-SACHS FOUND. (2004)

ESSAYS & COMMENTS

*Federal Employers' Liability Act*, 117 HARV. L. REV. 420 (2003)

*Arbitration:  Fifth Circuit Holds Magnuson-Moss Warranty Act Claims Arbitrable Despite Contrary Agency Interpretation* – Walton v. Rose Mobile Homes, 116 HARV. L. REV. 1201 (2003)

*Arbitration, Consent & Contractual Theory:  The Implications of* EEOC v. Waffle House, 8 HARV. NEGOT. L. REV. 289 (2003) (with Elizabeth Pollman)

*Revisiting the Standard for Arbitral Review:*  Major League Baseball Players Ass'n v. Garvey, 7 HARV. NEGOT. L. REV. 389 (2002) (with Allison Berkowitz Prout)

OTHER PUBLICATIONS

*Navigating Changing Currents: New Trend or Outlier?*, GEORGIA BAR ASSOCIATION (2013)

*Dispute Resolution in Bankruptcy*, SOUTHEASTERN BUSINESS LAW INSTITUTE (2013)

*Government Claims in Bankruptcy*, SOUTHEASTERN BUSINESS LAW INSTITUTE (2013)

*Arbitration & Liquidation:  Attacking and Defending Arbitration Provisions in Bankruptcy Proceedings*, 1 BUS. LAW NEWS 1 (2007) (two-part cover article)

*The Role of Courts in Arbitration*, NAT'L CONF. OF BANKR. JUDGES PROC. (2006)

*Settlement Law and Strategies*, NTL. EMPL. LAW INST. (2007)

*Arbitration & Other Alternative Dispute Resolution Processes*, Ntl. Empl. Law Inst. (2006)

*Developments in Employment Law*, ARIZONA BAR ASS'N (2006)

*Annual Developments in Public Sector Law*, NTL. EMPL. LAW INST. (2006)

*Annual Developments in Equal Employment Opportunity Law*, NAT'L EMPL. LAW INST. (2005, 2006, 2007)

## **SELECTED PRESENTATIONS**

PRESENTATIONS TO THE JUDICIARY

*Complex Litigation Settlements*
Emory Institute Conference co-sponsored by the Federal Judicial Center & Judicial Panel on Multidistrict Litigation) – December 2016

*Multidistrict Litigation Settlement*
Presentation to the Multidistrict Litigation Conference, Duke Law School, October 2015

*Multidistrict Litigation Best Practices*
Written presentation to the Duke Law Conference, Bench-Bar-Academy Distinguished Lawyers' Series, September 2014

*Procedure as Instrumentality of Judicial Legitimacy: The Necessity, Role & Contours of The Federal Rules of Civil Procedure Post-Mensalao*
Presentation to the International Judicial Training Program - Brazil, December 2013
Presentation to the International Judicial Training Program - Brazil, December 2012

*Exemptions, 707(b) Dismissals & Absolute Priority: Navigating Through Conflicting Precedent*
Annual Bankruptcy Seminar, Middle District of Georgia, September 2013

*Governmental Parties in Bankruptcy: Pitfalls & Strategies*
Southeastern Bankruptcy Law Institute, Atlanta, GA, March 2013

*Alternative Dispute Resolution Strategy & Techniques in Bankruptcy Litigation*
Southeastern Bankruptcy Law Institute, Atlanta, GA, March 2013

*Cross-Border Insolvencies: Tools for Coordination and Avenues for Relief*
Panelist, American Bar Association Subcommittee on International Bankruptcy, San Diego, CA October 2012

*Enforcement of Arbitration Provisions in Bankruptcy Cases*
Panelist, National Conference of Bankruptcy Judges, San Francisco, CA, November 2006

ACADEMIC PRESENTATIONS

*The Tyranny of Settlement*
Southeastern Law Junior/ Senior Faculty Workshop, Florida State University School of Law, October 2014

*Shadow Judges*
Article selected for presentation through blind process by nationally recognized federal courts scholars; Junior Federal Courts Workshop, Georgia, October 2014

*Reconceptualizing Non-Article III Tribunals*
Article selected for presentation through blind process by nationally recognized federal courts scholars; Junior Federal Courts Workshop, New York, NY, October 2013
Presentation at the University of Notre Dame Law School, January 2014

*Bilateral Mass Settlements and the Rise of Disaggregate Litigation*
Article selected for presentation through blind, peer-review process by Harvard/Stanford/Yale faculty; Stanford/ Harvard/ Yale Junior Faculty Forum, Yale Law School, June 2013

*The Future of Public Tribunals in a Constitutional System*
Presentation at the Peking University School of Transnational Law, Shenzhen, China, June 2011