UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 1:18-cv-02248-CRC ) ) |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) ) |
| Defendants | ) ) ) |

### SEPTEMBER 18, 2023, STATUS REPORT

Pursuant to the Court's Minute Order entered on July 18, 2023, Plaintiffs, through undersigned counsel, hereby file this Status Report.

1. DOD is supposed to produce 500 pages every 60 days.

2. On August 21, 2023, DOD produced 500 pages of documents.

3. That puts DOD's total production at 1418 pages.

4. DOD should have produced 2000 pages by this date, so DOD is 582 pages behind schedule.

5. DOD's position is that CENTCOM has "processed" over 2000 pages, but other DOD agencies are still reviewing documents before they can be produced.

6. Plaintiffs and DOD continue to meet and confer, and are working together in good faith, to prioritize documents for review and production, including cases involving extrajudicial killings.

7. DOD's next production deadline is October 9, 2023.

Dated: September 18, 2023.                    Respectfully submitted,

By: /s/ Dustin B. Herman
DUSTIN B. HERMAN (*Pro Hac Vice*)
Ohio Bar No. 0093163
**SPANGENBERG SHIBLEY & LIBER LLP**

>1001 Lakeside Ave., East, Suite 1700
>Cleveland, Ohio 44114
>Telephone: (216) 696-3232
>Facsimile: (216) 696-3924
>Email: dherman@spanglaw.com
>
>*/s/ Howard L. Nations*
>Howard L. Nations
>DC Bar No. TX143
>**THE NATIONS LAW FIRM**
>9703 Richmond Avenue, Suite 200
>Houston, TX 77042
>Telephone: (713) 807-8400
>Facsimile: (713) 807-8423
>Email: howard@howardnations.com
>
>*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

     I hereby certify that on September 18, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

                                                    */s/Dustin B. Herman*
                                                    Dustin B. Herman