UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., | ) ) ) |
| Plaintiffs, | ) ) ) Civil Action No. 1:18-cv-02248-CRC |
| v. | ) ) |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) ) |
| Defendants | ) ) |

**PLAINTIFFS' NOTICE OF FILING
DECLARATIONS OF SPECIAL MASTERS**

Plaintiffs, hereby file Declarations for all Special Masters currently approved to assist the Court with the issues of liability and damages in this matter. Plaintiffs hereby file Declarations for the following Special Masters: The Hon. David R. Herndon (Ret.); Matthew E.D. Besser, Esq.,; Michael J. Borden, Esq.; the Hon Ronald V. Swanson (Ret.); the Hon. John P. Kuder (Ret.); Captain J. Daniel McCarthy, Esq. (Ret.); Angela Gupta, Esq.; the Honorable Ellen Koblitz (Ret.); and Jaime Dodge, Esq.

Dated: October 6, 2023

Respectfully submitted.

By: */s/ Jeremy A. Tor*
Jeremy A. Tor (Pro Hac Vice)
Ohio Bar No. 0091151
**SPANGENBERG, SHIBLEY & LIBER LLP**
1001 Lakeside Ave., East., Suite 1700
Cleveland, Ohio 44114
Telephone: (216) 696-3232
Facsimile: (216) 696-3924
Email: jtor@spanglaw.com

*Counsel for Plaintiffs*

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 6, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

                                                        /s/ Jeremy A. Tor
                                                        Jeremy A. Tor