# **EXHIBIT B**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., | ) ) ) |
| Plaintiffs, | ) ) ) Civil Action No. 1:18-cv-02248-CRC |
| v. | ) ) |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) ) ) |
| Defendants | ) ) |

## DECLARATION OF MATTHEW D. BESSER

I, Matthew D. Besser, being above 18 years of age and competent to make this declaration, hereby declare that:

1. I understand that Plaintiffs proposed and this Court appointed me to serve as a Special Master in the above-captioned case.

2. I am not related to any counsel or party in the above-captioned case, nor do I have any financial or other interest in this matter that would create a conflict of interest.

3. I further affirm that none of the grounds for disqualification set for in 28 U.S.C. § 455 apply to me.

4. I agree to abide by the Administrative Plan entered by the Court governing Special Masters (ECF Doc. 140) in performing my duties, including but not limited to preparing and submitting reports to the Court containing my proposed findings of fact and recommendations for the attacks and Plaintiffs assigned to me.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: October 5, 2023

_____
Matthew D. Besser