UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:18-cv-02248-CRC |

### NOVEMBER 17, 2023, STATUS REPORT

Pursuant to the Court's Minute Order entered on September 18, 2023, Plaintiffs, through undersigned counsel, hereby file this Status Report.

1. The damages briefs for the 12 bellwether attacks for which the Court found liability were submitted to the Special Masters on November 15, 2023. The Special Masters will provide Reports & Recommendations to the Court on or before January 15, 2024.

2. Plaintiffs are working with our experts and DOD to procure additional evidence for the three attacks for which the Court did not find liability.

3. DOD is supposed to produce 500 pages every 60 days.

4. On November 6, 2023, DOD produced 280 pages of documents.

5. That puts DOD's total production at 1698 pages.

6. DOD should have produced 2500 pages by this date, so DOD is 802 pages behind schedule.

7. DOD's position is that CENTCOM has "processed" over 2500 pages, but other DOD agencies are still reviewing documents before they can be produced.

8. Plaintiffs and DOD continue to meet and confer, and are working together in good faith, to prioritize documents for review and production, including cases involving extrajudicial killings.

9. DOD's next production deadline is December 8, 2023.

Dated: November 17, 2023.

Respectfully submitted,

By: */s/ Dustin B. Herman*
DUSTIN B. HERMAN (*Pro Hac Vice*)
Ohio Bar No. 0093163
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Ave., East, Suite 1700
Cleveland, Ohio 44114
Telephone: (216) 696-3232
Facsimile: (216) 696-3924
Email: dherman@spanglaw.com

*/s/ Howard L. Nations*
Howard L. Nations
DC Bar No. TX143
**THE NATIONS LAW FIRM**
9703 Richmond Avenue, Suite 200
Houston, TX 77042
Telephone: (713) 807-8400
Facsimile: (713) 807-8423
Email: howard@howardnations.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

/s/Dustin B. Herman
Dustin B. Herman