# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF CHRISTOPHER BROOK FISHBECK, et al.,** ) ) ) | |
| **Plaintiffs,** ) ) | |
| ) | **Civil Action No. 1:18-cv-2248-CRC** |
| v. ) ) | |
| **THE ISLAMIC REPUBLIC OF IRAN, et al.,** ) ) | |
| **Defendants** ) ) | |

## ORDER

Considering the Plaintiffs' Supplemental Brief Regarding Mental Distress Injuries Within the Meaning of the Foreign Sovereign Immunities Act, it is hereby

**ORDERED** that the Court finds that the Foreign Sovereign Immunities Act allows claims for certain direct personal injuries caused as a result of participating in the recovery efforts or viewing the aftermath of an attack. As such, Robert McCormick has stated a valid claim for relief for the injuries he allegedly suffered as a result of the November 14, 2006 attack.

**SO ORDERED**.

Dated: December 1, 2023

CHRISTOPHER R. COOPER
UNITED STATES DISTRICT JUDGE