**EXHIBIT A**

| Date | Prime Rate | | Year | Average yearly rate | Muliplier for 2003 Attacks | Multiplier for 2004 Attacks | Multiplier for 2005 Attacks | Multiplier for 2006 Attacks | Multiplier for 2007 Attacks | Multiplier for 2008 Attacks | Multiplier for 2009 Attacks | Multiplier for 2010 Attacks | Multiplier for 2011 Attacks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/27/2023 | 8.50% | | 2023 | 8.13% | **2.58** | **2.48** | **2.37** | **2.23** | **2.06** | **1.92** | **1.83** | **1.77** | **1.72** |
| 5/4/2023 | 8.25% | | 2022 | 5.50% | 2.3857 | 2.2940 | 2.1899 | 2.0587 | 1.9084 | 1.7753 | 1.6919 | 1.6386 | 1.5871 |
| 3/23/2023 | 8.00% | | 2021 | 3.25% | 2.2614 | 2.1744 | 2.0758 | 1.9514 | 1.8089 | 1.6827 | 1.6037 | 1.5532 | 1.5043 |
| 2/2/2023 | 7.75% | | 2020 | 3.75% | 2.1902 | 2.1059 | 2.0104 | 1.8900 | 1.7520 | 1.6298 | 1.5532 | 1.5043 | 1.4570 |
| 12/15/2022 | 7.50% | | 2019 | 5.00% | 2.1110 | 2.0298 | 1.9378 | 1.8216 | 1.6887 | 1.5708 | 1.4971 | 1.4499 | 1.4043 |
| 11/3/2022 | 7.00% | | 2018 | 5.13% | 2.0105 | 1.9332 | 1.8455 | 1.7349 | 1.6082 | 1.4960 | 1.4258 | 1.3809 | 1.3374 |
| 9/22/2022 | 6.25% | | 2017 | 4.25% | 1.9125 | 1.8389 | 1.7555 | 1.6503 | 1.5298 | 1.4231 | 1.3563 | 1.3136 | 1.2722 |
| 7/28/2022 | 5.50% | | 2016 | 3.75% | 1.8345 | 1.7639 | 1.6840 | 1.5830 | 1.4675 | 1.3651 | 1.3010 | 1.2600 | 1.2204 |
| 6/16/2022 | 4.75% | | 2015 | 3.50% | 1.7682 | 1.7002 | 1.6231 | 1.5258 | 1.4144 | 1.3158 | 1.2540 | 1.2145 | 1.1763 |
| 5/5/2022 | 4.00% | | 2014 | 3.25% | 1.7084 | 1.6427 | 1.5682 | 1.4742 | 1.3666 | 1.2713 | 1.2115 | 1.1734 | 1.1365 |
| 3/17/2022 | 3.50% | | 2013 | 3.25% | 1.6546 | 1.5910 | 1.5188 | 1.4278 | 1.3236 | 1.2312 | 1.1734 | 1.1365 | 1.1007 |
| 3/16/2020 | 3.25% | | 2012 | 3.25% | 1.6025 | 1.5409 | 1.4710 | 1.3829 | 1.2819 | 1.1925 | 1.1365 | 1.1007 | 1.0661 |
| 3/4/2020 | 4.25% | | 2011 | 3.25% | 1.5521 | 1.4924 | 1.4247 | 1.3393 | 1.2416 | 1.1550 | 1.1007 | 1.0661 | 1.0325 |
| 10/31/2019 | 4.75% | | 2010 | 3.25% | 1.5032 | 1.4454 | 1.3799 | 1.2972 | 1.2025 | 1.1186 | 1.0661 | 1.0325 | |
| 9/19/2019 | 5.00% | | 2009 | 3.25% | 1.4559 | 1.3999 | 1.3364 | 1.2564 | 1.1646 | 1.0834 | 1.0325 | | |
| 8/1/2019 | 5.25% | | 2008 | 4.93% | 1.4101 | 1.3559 | 1.2944 | 1.2168 | 1.1280 | 1.0493 | | | |
| 12/20/2018 | 5.50% | | 2007 | 7.50% | 1.3439 | 1.2922 | 1.2336 | 1.1597 | 1.0750 | | | | |
| 9/27/2018 | 5.25% | | 2006 | 7.88% | 1.2501 | 1.2020 | 1.1475 | 1.0788 | | | | | |
| 6/14/2018 | 5.00% | | 2005 | 6.38% | 1.1588 | 1.1143 | 1.0638 | | | | | | |
| 3/22/2018 | 4.75% | | 2004 | 4.75% | 1.0894 | 1.0475 | | | | | | | |
| 12/14/2017 | 4.50% | | 2003 | 4.00% | 1.0400 | | | | | | | | |
| 6/15/2017 | 4.25% | | | | | | | | | | | | |
| 3/16/2017 | 4.00% | | | | | | | | | | | | |
| 12/15/2016 | 3.75% | | | | | | | | | | | | |
| 12/17/2015 | 3.50% | | | | | | | | | | | | |
| 12/16/2008 | 3.25% | | | | | | | | | | | | |
| 10/29/2008 | 4.00% | | | | | | | | | | | | |
| 10/8/2008 | 4.50% | | | | | | | | | | | | |
| 4/30/2008 | 5.00% | | | | | | | | | | | | |
| 3/18/2008 | 5.25% | | | | | | | | | | | | |
| 1/30/2008 | 6.00% | | | | | | | | | | | | |
| 1/22/2008 | 6.50% | | | | | | | | | | | | |
| 12/11/2007 | 7.25% | | | | | | | | | | | | |
| 10/31/2007 | 7.50% | | | | | | | | | | | | |
| 9/18/2007 | 7.75% | | | | | | | | | | | | |
| 6/29/2006 | 8.25% | | | | | | | | | | | | |
| 5/10/2006 | 8.00% | | | | | | | | | | | | |
| 3/28/2006 | 7.75% | | | | | | | | | | | | |
| 1/31/2006 | 7.50% | | | | | | | | | | | | |

| Date | Rate |
|---|---|
| 12/13/2005 | 7.25% |
| 11/1/2005 | 7.00% |
| 9/20/2005 | 6.75% |
| 8/9/2005 | 6.50% |
| 6/30/2005 | 6.25% |
| 5/3/2005 | 6.00% |
| 3/22/2005 | 5.75% |
| 2/2/2005 | 5.50% |
| 12/14/2004 | 5.25% |
| 11/10/2004 | 5.00% |
| 9/21/2004 | 4.75% |
| 8/10/2004 | 4.50% |
| 6/30/2004 | 4.25% |
| 6/27/2003 | 4.00% |

Source for Prime Rates: https://fred.stlouisfed.org/series/PRIME