UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendants | )<br>)<br>)<br>)<br>) Civil Action No. 1:18-cv-2248-CRC<br>)<br>)<br>)<br>)<br>)<br>) |

## STATUS REPORT REGARDING REPORTS & RECOMMENDATIONS FOR BELLWETHER PLAINTIFF DAMAGES

As the Court is likely aware, seven of the twelve Bellwether damages Reports & Recommendations were filed yesterday. The Reports & Recommendations were filed under seal pursuant to the November 21, 2022 Minute Order from this Court granting Plaintiffs' Motion to File Certain Documents Under Seal, as they contain the private medical information of Plaintiffs (ECF No. 116). On the remaining five reports, the Special Masters have requested additional evidence from the Plaintiffs, pursuant to Section VI of the Administrative Plan (ECF No. 140). Counsel for Plaintiffs are working diligently to provide said evidence to the Special Masters and anticipate the remaining Reports & Recommendations will be filed soon.

Dated: January 17, 2024          Respectfully submitted,

*By: /s/ Matthew W. Langenberg*
Matthew W. Langenberg DC Bar No. CO00119
**BURG SIMPSON**
**ELDREDGE HERSH JARDINE PC**
40 Inverness Drive E
Englewood, CO 80112
Telephone:  303-792-5595
Facsimile:  303-708-0527

Email: mlangenberg@burgsimpson.com
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served by electronic filing with theClerk via the CM/ECF system, which electronically notifies all registered participants.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 17, 2024              Respectfully submitted,

*/s/ Matthew W. Langenberg*