# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE ISLAMIC REPUBLIC OF IRAN, et al., )<br>)<br>Defendants )<br>_____) | Civil Action No. 1:18-cv-2248-CRC<br><br>Special Master David R. Herndon |

**SPECIAL MASTER'S VOUCHER FOR TIME SPENT ON JANUARY 16, 2024
REPORT AND RECOMMENDATION REGARDING
DAMAGES FOR BELLWETHER ATTACK NO. 7**

| Date | Task | Time Spent | Compensation |
|---|---|---|---|
| 11/19/2023 | Read and review supporting documents | 1.25 Hours | $ 558.75 |
| 11/26/2023 | Review and review supporting documents | 0.50 Hours | $ 223.50 |
| 11/27/2023 | Work on draft R&R; review docs as needed | 4.50 Hours | $2,011.50 |
| 11/28/2023 | Work on draft R&R; review docs as needed | 1.50 Hours | $ 670.50 |
| 11/29/2023 | Zoom to discuss process for the two cases I am assigned; time split | 0.50 Hours | $ 223.50 |
| 11/30/2023 | Work on draft R&R; review docs as needed | 3.50 Hours | $1,564.50 |
| 12/01/2023 | Work on draft R&R; review docs as needed | 0.75 Hours | $ 335.25 |
| 12/02/2023 | Work on draft R&R; review docs as needed | 1.75 Hours | $ 782.25 |
| 12/14/2023 | Work on draft R&R; review docs as needed | 1.50 Hours | $ 670.50 |
| 12/18/2023 | Work on draft R&R; review docs as needed | 1.00 Hours | $ 447.00 |
| 12/19/2023 | Work on draft R&R; review docs as needed | 2.25 Hours | $1,005.75 |
| 12/21/2023 | Zoom to discuss process for the two cases I am assigned; time split | 0.25 Hours | $ 111.75 |
| 01/07/2024 | Work on draft R&R; review docs as needed | 0.50 Hours | $ 223.50 |
| 01/12/2024 | Work on draft R&R; review docs as needed | 1.25 Hours | $ 558.75 |
| Total Payment Requested | | | $9,387.00 |

Respectfully submitted,
/s/ David R. Herndon