# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 1:18-cv-2248-CRC ) ) Special Master David R. Herndon |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) ) |
| Defendants | ) ) ) |

**SPECIAL MASTER'S VOUCHER FOR TIME SPENT ON JANUARY 16, 2024
REPORT AND RECOMMENDATION REGARDING
DAMAGES FOR BELLWETHER ATTACK NO. 10**

| Date | Task | Time Spent | Compensation |
|---|---|---|---|
| 11/19/2023 | Read and review supporting documents | 1.00 Hours | $ 447.00 |
| 11/24/2023 | Read and review supporting documents | 2.00 Hours | $ 894.00 |
| 11/25/2023 | Work on draft R&R; review docs as needed | 4.00 Hours | $1,788.00 |
| 11/26/2023 | Work on draft R&R; review docs as needed | 1.00 Hours | $ 447.00 |
| 11/29/2023 | Zoom to discuss process for the two cases I am assigned; time split | 0.50 Hours | $ 223.50 |
| 12/11/2023 | Work on draft R&R; review docs as needed | 0.75 Hours | $ 335.25 |
| 12/19/2023 | Work on draft R&R; review docs as needed | 3.50 Hours | $1,564.50 |
| 12/20/2023 | Work on draft R&R; review docs as needed | 1.00 Hours | $ 447.00 |
| 12/21/2023 | Zoom to discuss process for the two cases I am assigned; time split | 0.25 Hours | $ 111.75 |
| 01/12/2024 | Work on draft R&R; review docs as needed | 1.00 Hours | $ 447.00 |
| 01/13/2024 | Work on draft R&R; review docs as needed | 5.00 Hours | $2,235.00 |

Total Payment Requested  $8,940.00

Respectfully submitted,
/s/ David R. Herndon