# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) ) ) |
| Defendants | ) ) ) |

Civil Action No. 1:18-cv-02248-CRC

### SPECIAL MASTER'S VOUCHER FOR TIME SPENT ON JANUARY 23, 2024 REPORT AND RECOMMENDATION

| Date | Task | Time Spent | Compensation |
|---|---|---|---|
| 11/27/203 | Initial review of documents submitted | 0.5 Hours | $223.50 |
| 11/27/2023 | Review Corporal Jonathan Bowling file to include all exhibits and reports | 4.0 Hours | $1788.00 |
| 11/27/2023 | Review solatium claim files of Darrell Bowling | 0.5 Hours | $223.50 |
| 11/28/2023 | Review solatium claim files of Jonathan Bowling's mother and two sisters | 1.0 Hours | $447.00 |
| 11/28/2023 | Review case law on solatium claims | 1.0 Hours | $447.00 |
| 11/28/2023 | Review HN3 Juan Rubio File to include all exhibits, documents, and plaintiff's submissions | 2.0 Hours | $894.00 |
| 11/28/2023 | Review HN3 Andrew Rothman File to include all exhibits, documents, and plaintiff's submissions | 1.0 Hours | $447.00 |
| 11/28/2023 | Second review of Plaintiffs' files | 2.0 Hours | $894.00 |
| 11/29/2023 | Special Masters Zoom regarding global brief | 1.0 Hour | $447.00 |
| 11/29/2023 | Review case law related to compensatory, punitive, economic, and solatium claims. Examine law of estate claims in FSIA cases. | 3.0 Hours | $1341.00 |
| 11/30/2023 | Draft report and recommendation outline for Jonathan Bowling and family | 1.0 Hour | $447.00 |
| 11/30/2023 | Final review and analysis of evidence | 1.0 Hour | $447.00 |

| | | | |
|---|---|---|---|
| 11/30/2023 | Begin drafting report and recommendation related to Jonathan Bowling and family | 4.0 Hours | $1788.00 |
| 12/1/2023 | Complete first draft of report and recommendation related to Jonathan Bowling and family | 0.5 Hours | $223.50 |
| 12/1/2023 | Draft report and recommendation outline for HN3 Rubio and HN Rothman | 0.5 Hours | $223.50 |
| 12/1/2023 | First draft report and recommendation for HN3 Rubio and HN Rothman | 5.0 Hours | $2235.00 |
| 12/17/2023 | Revisions to draft report and recommendation | 3.0 Hours | $1341.00 |
| 12/28/2023 | Final legal research. Identify December 27th *Karcher* opinion and circulated opinion. Revise draft report and recommendation to include reference to December 27th *Karcher* opinion. | 2.0 Hours | $894.00 |
| 1/11/2024 | Complete report and recommendation | 2.0 Hours | $894.00 |

**Total Payment Requested:**     $15,645.00

Respectfully submitted,

*/s/Ronald Swanson*_____
Hon. Ronald Swanson (Ret.)