# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., | ) ) | |
| | ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:18-cv-02248-CRC |
| v. | ) ) | |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) ) | |
| Defendants | ) ) | |
| | ) | |

**SPECIAL MASTER'S VOUCHER FOR TIME SPENT ON JANUARY 16, 2024**
**REPORT AND RECOMMENDATION**

| Date | Task | Time Spent | Compensation |
|------|------|-----------|-------------|
| 11/16/203 | Initial review of documents submitted | 0.5 Hours | $223.50 |
| 11/16/2023 | Begin review of all available documents related to SFC Cabral submission. | 2.5 Hours | $1117.50 |
| 11/17/2023 | Complete file review to include medical reports, witness declarations, photographs. | 1.0 Hours | $447.00 |
| 11/17/2023 | Draft report outline for SFC Cabral | 1.0 Hours | $447.00 |
| 11/20/2023 | Draft/edit report for SFC Cabral only. | 5.0 Hours | $2235.00 |
| 11/24/2023 | Complete draft report, SFC Cabral only. | 3.0 Hours | $1341.00 |
| 1/4/2024 | Given notice of Court 1 Dec order allowing Maj McCormick claim to go forward with this R&R | 0.5 Hours | $223.50 |
| 1/8/2024 | Receive file for Maj McCormick. Begin file review. | 4.0 Hours | $1788.00 |
| 1/8/2024 | Legal research case law/briefs related to indirect injuries from terror attacks. | 3.0 Hour | $1341.00 |
| 1/9/2024 | Begin review of Maj McCormick family solatium claims: Father & Mother | 1.0 Hours | $447.00 |
| 1/9/2024 | Continue review of Maj McCormick family solatium claims: 2 daughters and 1 son | 1.0 Hour | $447.00 |
| 1/9/2024 | Complete review of family solatium claims. 2 brothers. | 1.0 Hour | $447.00 |
| 1/9/2024 | Review case law, briefs on solatium claim amounts awarded. | 2.5 Hours | $1117.50 |

| 1/9/2024 | Draft outline to incorporate Maj McCormick and solatiums into report and recommendation draft | 1.0 Hour | $447.00 |
|---|---|---|---|
| 1/10/2024 | Revise report to include Maj McCormick claim to include solatium claims | 6.0 Hours | $2682.00 |
| 1/10/2024 | Finalize and edit report and recommendation | 2.0 Hours | $894.00 |
| 1/14/2024 | Edit final report and recommendation | 1.0 Hour | $447.00 |
| 1/16/2024 | Final edits to draft report and recommendation and provide report and recommendation for submission. | 1.0 Hour | $447.00 |

**Total Payment Requested:**     **$16,539.00**


Respectfully submitted,

*/s/Ronald Swanson*_____
Hon. Ronald Swanson (Ret.)