UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE ISLAMIC REPUBLIC OF IRAN, et al., )<br>)<br>Defendants )<br>_____ ) | Civil Action No. 1:18-cv-02248-CRC |

**PLAINTIFFS' MOTION AND MEMORANDUM IN SUPPORT OF AUTHORIZATION AND COORDINATION OF PAYMENT TO SPECIAL MASTER JOHN KUDER FOR TIME SPENT ON JANUARY 23RD REPORT AND RECOMMENDATION**

Plaintiffs, through undersigned counsel, pursuant to 28 U.S.C. § 1605A(e), respectfully move for entry of an Order authorizing, and directing coordination of, payment to Special Master John Kuder in the amount of $27,401.10.

Plaintiffs brought this case under 28 U.S.C. § 1605A's terrorism exception to the Foreign Sovereign Immunities Act ("FSIA"), which authorizes courts to "appoint special masters to hear damage claims brought under this section." 28 U.S.C. § 1605A(e)(1). Those special masters shall be paid "from funds available for the program under section 1404C of the Victims of Crime Act of 1984." 28 U.S.C. § 1605A(e)(2). This provision ensures that special masters who have worked on cases brought under § 1605A will be compensated for their assistance. *See In re Islamic Republic of Iran Terrorism Litig.*, 659 F. Supp. 2d 31, 61 (D.D.C. 2009). The FSIA directs that payment for special masters shall be transferred "to the Administrator of the United States district court" in which the particular case is pending. 28 U.S.C. § 1605A(e)(2).

This Court issued an Order authorizing John Kuder to serve as a Special Master in this case on September 28, 2023. (ECF No. 145). The Order provided that the Special Master shall be paid

"at a rate that is the equivalent of 50% of what their ordinary hourly rate would be under the Laffey Matrix." (Id., p. 3). Thus, Special Master Kuder shall be compensated at an hourly rate of $447.00 per hour. (Id.) The Order further directed the Special Master, within thirty (30) days after the Special Master files a damages report, to provide Plaintiffs' counsel with a statement itemizing the amount of time worked and the nature of the work done in relation to that report. (Id.) Within two weeks of receiving any such statement, Plaintiffs are to file a motion with the Court seeking an Order to direct the Clerk to coordinate payment with the Office for Victims of Crime. (Id.)

Special Master Kuder submitted his report and recommendation for Bellwether Attack No. 4, a sixty-nine (69) page document discussing a complex attack involving seventeen (17) claimants, on January 23, 2024. (ECF No. 158). Special Master Kuder provided Plaintiffs with his statement on January 28, 2024, attesting to the time he expended reviewing documents and preparing the above report and recommendation. (*See* Exhibit A, Special Master Kuder Bellwether Attack No. 4 Voucher). This voucher contains a detailed record of the time the Special Master devoted to the tasks described therein and no expenses were incurred. (*See id.*) The total due to Special Master Kuder is $27,401.10, as documented by the voucher.

WHEREFORE, Plaintiffs respectfully request that the Court grant this motion and enter the proposed Order authorizing payment of $27,401.10 to Special Master John Kuder and directing the Clerk of the Court to coordinate payment with the U.S. Department of Justice Office for Victims of Crime.

Dated: January 31, 2024                                   Respectfully submitted,

*/s/ Christopher G. Paulos*
Christopher G. Paulos
DC Bar No. 1615782
Florida Bar No. 0091579
Alyson M. Petrick
DC Bar No. 90015455

    Missouri Bar No. 68323
    **LEVIN, PAPANTONIO, RAFFERTY,**
    **PROCTOR, BUCHANAN, O'BRIEN,**
    **BARR, AND MOUGEY, P.A.**
    316 South Baylen Street, Suite 600
    Pensacola, Florida 32502
    Telephone: (850) 435-7067
    Facsimile: (850) 436-6067
    cpaulos@levinlaw.com
    apetrick@levinlaw.com