# EXHIBIT A

# VOUCHER

**Date:** 1/25/2024

### John P. Kuder, Special Master

331 East Romana Street
Pensacola, Florida 32502
850-434-3111

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| | **FISHBECK V. IRAN-BELLWETHER ATTACK NO. 4** | | | |
| 11/16/2023 | Initial inventory and preliminary review of all materials relating to all claimants provided by Plaintiffs' counsel | Rate $447.00 | 3.2 | 1,430.40 |
| 11/17/2023 | Begin detailed reading of all declarations, provided by Plaintiffs' counsel relating to direct action victim Briggs. | Rate $447.00 | 3.2 | 1,430.40 |
| | Detailed reading of declarations of Unit commander, direct action victims and witnesses to the attack-Briggs. | | | |
| | Detailed reading of post attack medical evaluations, immediate medical treatment, and invasive medical interventions at medical facility of long term care-Briggs | | | |
| 11/21/2023 | Reading of OPPS Reports. Begin detailed reading of; VA evaluations of psychological impact on family members, and reading of all declarations of solatium claimants of Briggs family. | Rate $447.00 | 2.5 | 1,117.50 |
| | Begin analysis and application of pain and suffering damage framework to all solatium claimants of Briggs family. | | | |
| | Begin analysis and application of damages framework to pain and suffering damages of direct action victim Briggs.( Economic damages evidence not yet available.) | | | |

**Date:** 1/25/2024

**John P. Kuder, Special Master**

331 East Romana Street
Pensacola, Florida 32502
850-434-3111

| **Fishbeck v. Iran-Bellwether Attack No. 4** |
|---|---|---|---|---|
| **Date** | **Description** | **Rate** | **Hours** | **Amount** |
| 11/27/2023 | Continue detailed reading of declarations of direct action victims,and witnesses re: circumstances of the attack, victim injuries or death and types of munitions employed to inflict damages-Briggs.<br><br>Continue detailed reading of; post attack medical evaluations, immediate care, and care during transport and invasive medical intervention,and stabilization at facility of final treatment-Briggs | Rate $447.00 | 4.2 | 1,877.40 |
| 11/28/2023 | Finish reading declarations of direct action victims,and witnesses to the attack re: circumstances, victim injuries and types of munitions employed to inflict damages-Briggs | Rate $447.00 | 2.1 | 938.70 |
| 12/4/2023 | Finish reading post attack medical evaluations, immediate care, and during transport and invasive medical intervention,and stabilization at facility of final treatment-Briggs<br>Begin analysis and application of pain and suffering damage frameworks to all solatium claimants of Briggs family. | Rate $447.00 | 4.5 | 2,011.50 |
| 12/7/2023 | Begin analysis and application of damage frameworks to pain and suffering damages of direct action victim Briggs.( Economic damages evidence not yet available.)<br>Review and apply information requested from plaintiffs' counsel regarding formatting, structure of charts and other mechanics in preparation of Report and Recommendations. | Rate $447.00 | 2.5 | 1,117.50 |

**Date:** 1/25/2024

## John P. Kuder, Special Master

331 East Romana Street
Pensacola, Florida 32502
850-434-3111

| | Fishbeck v. Iran-Bellwether Attack No. 4 | | | |
|---|---|---|---|---|
| **Date** | **Description** | **Rate** | **Hours** | **Amount** |
| 12/11/2023 | Detailed reading of post attack declarations, medical evaluations, immediate medical treatment, and invasive medical interventions at medical facility of long term care of Jose Jauregui, Jr. (Surviving Direct Attack Victim) | Rate $447.00 | 4.5 | 2,011.50 |
| 12/13/2023 | Detailed reading of declarations of 5 solatium claimants of direct adtion victim - Jauregui,<br><br>Research and analyze legal issue of whether a foreign national who is a solatium claimant may recover solatium damages. | Rate $447.00 | 6.5 | 2,905.50 |
| 12/15/2023 | Application of pain and suffering damage framework to Jose Jauregui and 5 solatium claimants of Jauregui family.<br><br>Read and analyze all declarations and other evidence regarding the death of Randy Lee Stephens(Deceased Direct Attack Victim) and 4 solatium claimants.<br><br>Analyze evidence of non-instantaneous death of Stevens.<br><br>Apply pain and suffering framework as to both direct attack victim and 4 solatium claimants.- | Rate $447.00 | 5.5 | 2,458.50 |

**John P. Kuder, Special Master**
331 East Romana Street
Pensacola, Florida 32502
850-434-3111

**Date:** 1/25/2024

| Fishbeck v. Iran-Bellwether Attack No. 4 | | **Due Upon Receipt** | | |
|---|---|---|---|---|

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 12/18/2023 | Read and analyze all Declarations and other evidence regarding the death of Tromaine K. Toy, Sr. (Deceased Direct Attack Victim) and one solatium claimant. | Rate $447.00 | 2.5 | 1,117.50 |
| 12/21/2023 | Analyze evidence of -instantaneous death of Toy. Apply pain and suffering framework as to both direct attack victim and 1 solatium claimants. Begin first draft of 69 page Report and Recommendations of attack #4 without the( soon forthcoming) benefit of economic damages evidence and expert opinions on the issues of both economic loss and future medical care. | Rate $447.00 | 5.5 | 2,458.50 |
| 12/27/2023 | Continue first draft of Report and Recommendations together with preparation of damages charts. Completion of first draft of Report and Recommendations (absent economic evidence or expert opinions). | Rate $447.00 | 5.5 | 2,458.50 |
| 1/9/2024 | Receipt and analysis of economic evidence and opinions of two experts re: issues of economic loss of both the single living victim and estates of 1 deceased victims,. | Rate $447.00 | 2.5 | 1,117.50 |
| 1/14/2024 | Analysis and determination of cost of life care plan for the single living victim, Jose Jauregui, Jr.. Analysis and determination of multiple complex issues of economic loss, including reduction to present value of certain elements of economic loss. | Rate $447.00 | 3.5 | 1,564.50 |

**Date:** 1/25/2024

| Date | Description | Rate | Hours | Amount |
|------|-------------|------|-------|--------|
| over title | Fishbeck v. Iran-Bellwether Attack No. 4 | | | |
| 1/17/2024 | Prepare Report and Recommendation in final form to include all modifications and inclusions for economic loss reduced to present value. Final work product furnished to Plaintiffs' counsel for filing. | Rate $447.00 | 3.1 | 1,385.70 |

**TOTAL**    **61.3**    **$27,401.10**