# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>        Defendants | Civil Action No. 1:18-cv-02248-CRC |

### SPECIAL MASTER'S VOUCHER FOR TIME SPENT ON 1/16/2024 REPORT AND RECOMMENDATION(S)

| Date | Task | Time Spent | Compensation |
|---|---|---|---|
| 11/15/2023 | Zoom conference with attys and SMs | 1.40 hours | $625.80 |
| 12/11-12/16 | Worked on Heekin report, reviewing all evidence, researching pre-judgment interest on punitive damages, adding chart of damages - sought more info and reviewed | 10.50 | $4,693.50 |
| 12/26-1/06/24 | Worked on Heekin report other than economic damages | 9.6 | $4,291.20 |
| 1/09 | Zoom conference with attys and SMs | 1.4 | $625.80 |
| 1/12 | Reviewed R&R general report | 1 | $447 |
| 1/14 | Finalized Hager report with Excel sheet and global R&R and reviewed economic damages report | 3 | $1,341 |
| 1/15 | Made all final edits and completed new Excel sheet | 3 | $1,341 |

**Total Payment Requested:**     $13,365.30

Respectfully submitted,

*Ellen L. Koblitz* (signature)

Ellen L. Koblitz

Page 1 of 1