# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE ISLAMIC REPUBLIC OF IRAN, et al., )<br>)<br>Defendants )<br>) | Civil Action No. 1:18-cv-02248-CRC |

**SPECIAL MASTER VOUCHER FOR TIME SPENT ON BELLWETHER ATTACK #5 REPORT AND RECOMMENDATION**

| Date | Task | Time Spent | Compensation |
|---|---|---|---|
| 11/27/23 | Initial review of Bellwether #5 File involving death of TSgt Capra on April 9, 2008 to include exhibits PX1501 - PX1541. | 4.0 | $1,788.00 |
| 11/27/23 | Analytical review of TSgt Capra military record, training, duty stations, prior combat tours, history of assignments, 10 military awards/decorations, DD214, casualty report, autopsy, photographs. | 1.0 | $447.00 |
| 11/28/23 | Review federal statutes and legal precedents on compensatory damages, future economic loss, pain and suffering, solatium claims, punitive, prejudgment interest, post judgment interest in FSIA terrorist cases. | 3.0 | $1341.00 |
| 11/28/23 | Review solatium claim of Angie Capra, spouse of TSGT Capra. Draft recommendation for damages award. | 2.0 | $894.00 |
| 11/29//23 | Review solatium claim of Jared Capra, son of TSgt Capra. Draft damages award recommendation including justification for upward departure from standard amount. | 2.0 | $894.00 |
| 11/29/23 | Review solatium claim of Mark Capra, son of TSgt Capra. Draft damages award recommendation. | 2.0 | $894.00 |
| 11/30/23 | Review solatium claim of Shawn Capra, son of TSgt Capra. Draft damages award recommendation. | 2.0 | $894.00 |

| | | | |
|---|---|---|---|
| 11/30/23 | Review solatium claim of Victoria Capra, daughter of TSgt Capra. Draft damages award recommendation. | 2.0 | $894.00 |
| 11/29/23 | Review solatium claim of A. C. (minor daughter) of TSgt Capra. Draft damages award recommendation. | 2.0 | $894.00 |
| 11/29/23 | Review solatium claim of Anthony Capra, Sr, father of TSgt Capra. Draft damages recommendation to include upward departure justification. | 2.0 | $894.00 |
| 11/30/23 | Review solatium claim of Sharon Capra, mother of TSgt Capra. Draft damages recommendation to include upward departure justification. | 2.0 | $894.00 |
| 11/30/23 | Review solatium claim of Danielle Capra, sister of TSgt Capra. Draft damages award recommendation. | 2.0 | $894.00 |
| 11/30/23 | Review solatium claim of Emily Capra, sister of TSgt Capra. Draft damages award recommendation. | 2.0 | $894.00 |
| 12/1/23 | Review solatium claim of Jacob Capra, brother of TSgt Capra. Draft damages award recommendation to include justification for upward departure. | 2.0 | $894.00 |
| 12/1/23 | Review solatium claim of Joanna Capra, sister of TSgt Capra. Draft damages award recommendation | 2.0 | $894.00 |
| 12/1/23 | Review solatium claim of Joseph Capra, brother of TSgt Capra. Draft damages award recommendation to include justification for upward departure. | 2.0 | $894.00 |
| 12/17/23 | Review solatium claim of Julia-Anne Capra, sister of TSgt Capra. Draft damages award recommendation. | 2.0 | $894.00 |
| 12/28/23 | Review solatium claim of Rachel Capra, sister of TSgt Capra. Draft recommendation for damages award to include justification for upward departure. | 2.0 | $894.00 |
| 1/11/24 | Review solatium claim for Sarah Capra, sister of TSgt Capra. Draft damages award justification for include justification for upward departure. | 2.0 | $894.00 |

| | | | |
|---|---|---|---|
| 11/30/23 | Review solatium claim of Victoria Capra, daughter of TSgt Capra. Draft damages award recommendation to include justification for upward departure recommendation | 2.5 | $1117.50 |
| 11/29/23 | Review solatium claim of A. C. (minor daughter) of TSgt Capra. Draft damages award recommendation. | 2.0 | $894.00 |
| 11/29/23 | Review solatium claim of Anthony Capra, Sr, father of TSgt Capra. Draft damages recommendation to include upward departure justification. | 2.5 | $1117.50 |
| 11/30/23 | Review solatium claim of Sharon Capra, mother of TSgt Capra. Draft damages recommendation to include upward departure justification. | 2.5 | $1117.5.00 |
| 11/30/23 | Review solatium claim of Danielle Capra, sister of TSgt Capra. Draft damages award recommendation. | 2.0 | $894.00 |
| 11/30/23 | Review solatium claim of Emily Capra, sister of TSgt Capra. Draft damages award recommendation. | 2.0 | $894.00 |
| 12/01/23 | Review solatium claim of Jacob Capra, brother of TSgt Capra. Draft damages award recommendation to include justification for upward departure. | 2.5 | $1117.50 |
| 12/01/23 | Review solatium claim of Joanna Capra, sister of TSgt Capra. Draft damages award recommendation | 2.0 | $894.00 |
| 12/02/23 | Review solatium claim of Joseph Capra, brother of TSgt Capra. Draft damages award recommendation to include justification for upward departure. | 2.5 | $1117.50 |
| 12/02/23 | Review solatium claim of Julia-Anne Capra, sister of TSgt Capra. Draft damages award recommendation. | 2.0 | $894.00 |
| 12/03/23 | Review solatium claim of Rachel Capra, sister of TSgt Capra. Draft recommendation for damages award to include justification for upward departure. | 2.5 | $1117.50 |

| 12/04/23 | Review solatium claim for Sarah Capra, sister of TSgt Capra. Draft damages award justification for include justification for upward departure. | 2.5 | $1117.50 |
|---|---|---|---|
| 11/29/23 12/15/23 12/28/23 | Participate in four group zoom calls and collective email submissions among Special Masters. | 5.0 | $1788.00 |
| 12/06/23 | Review relevant law and draft punitive damages, prejudgment interest, post judgment sections of Report and Recommendation | 3.0 | $1341.00 |
| 12/06/23 01/12/24 | Review TSgt Capra Estate claim for future economic damages. Analyze submission by Ctr for Econ Studies (CFES) which develops two damages models using lifetime/career longevity assumption coupled with computations for present day value. Draft damages award recommendation. | 4.0 | $1788.00 |
| 01/11/24 | Review global R + R jointly submitted to Court by all SMs regarding legal analysis background + framework. | 2.5 | $1117.50 |
| 12/12/23 | Prepare, complete and review Damages Table for insertion into R + R report | 2.0 | $894.00 |
| 12/13/23 12/15/23 12/18/23 01/10-14/24 | Prepare rough draft of Report and Recommendation, edit, file. Additional legal research. Proof read and submit. | 8.0 | $3176.00 |
| **TOTAL** | **17 claims (avg – 4.06 hours/per claim)** | **69.0 Hours** | **$30,843.00** |

**Total Payment Requested:**     $30,843.00

Respectfully submitted,

*/s/ J. Daniel McCarthy*
J. Daniel McCarthy