# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) Civil Action No. 1:18-cv-02248-CRC |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) ) ) |
| Defendants | ) ) ) |

**SPECIAL MASTER'S VOUCHER FOR TIME SPENT ON JANUARY 25, 2024 REPORT AND RECOMMENDATION REGARDING BELLWETHER ATTACK NO. 6 (DOC. NO. 161)**

| Date | Task | Time Spent | Compensation |
|---|---|---|---|
| 11/25/2023 | preliminary review of documents submitted re: damages requests for BW Attack #6 | 0.5 | $223.50 |
| 1/4/2024 | review evidence and draft factual findings regarding 1LT Adam Malson, Ben Malson, Debra Malson, Amy Malson Fly, and David Malson | 3.5 | $1,564.50 |
| 1/10/2024 | review evidence re: injuries to Joshua Coy; begin drafting findings re: same | 1.5 | $670.50 |
| 1/11/2024 | continue drafting factual findings re: Joshua Coy | 2.5 | $1,117.50 |
| 1/12/2024 | review evidence re: economic loss to Adam Malson and details of BW Attack #6; draft factual findings re: details of BW Attack #6 | 5.5 | $2,458.50 |
| 1/13/2024 | draft R&R re: economic loss to Adam Malson; legal analysis and review re: requested damages for Malson and his family members | 6.5 | $2,905.50 |
| 1/14/2024 | continue drafting R&R re: recommendations for compensatory and punitive damages to Adam Malson and his family members | 7.5 | $3,352.50 |
| 1/15/2024 | review economic expert report re: Joshua Coy; draft R&R re: findings and legal analysis re: same and Coy's economic loss damages | 2.0 | $894.00 |

| | | | |
|---|---|---|---|
| 1/16/2024 | final edits and revisions to R&R re: damages with request to plaintiffs' counsel for additional information re: economic expert report re: Joshua Coy | 1.5 | $670.50 |
| 1/24/2024 | review revised economic expert report re: Josuha Coy; revise and finalize draft R&R re: same; forward finalized R&R to plaintiffs' counsel for filing | 1.5 | $670.50 |
| **Total** | | **32.5** | **$14,527.50** |

Dated: January 30, 2024               Respectfully submitted,

*/s/ Angela D. Gupta*
Angela D. Gupta
Special Master