# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | Civil Action No. 1:18-cv-02248-CRC ) ) |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) ) |
| Defendants | ) ) ) |

**SPECIAL MASTER'S VOUCHER FOR TIME SPENT ON JANUARY 16, 2024 REPORT AND RECOMMENDATION REGARDING BELLWETHER ATTACK NO. 9 (DOC. NO. 150)**

| Date | Task | Time Spent | Compensation |
|---|---|---|---|
| 11/25/2023 | preliminary review of documents submitted re: damages requests for BW Attack #9 | 0.5 | $223.50 |
| 1/1/2024 | draft introductory standards for R&R re: BW Attack #9; review evidence and draft factual findings regarding Spc. Philip Ryan Trimble, Andrew Trimble, and Charlotte Rae Teetsel | 4.5 | $2,011.50 |
| 1/3/2024 | review evidence and draft factual findings regarding Janet Schoonover, John Trimble, Kayeleen Luloff, Ladonna Lanstraat, and Richard Trimble | 3.8 | $1,698.60 |
| 1/14/2024 | begin drafting legal analysis and findings re: compensatory and punitive damage awards for BW Attack #9 | 2.2 | $983.40 |
| 1/15/2024 | continue drafting legal analysis and findings re: compensatory and punitive damage awards for BW Attack #9 | 7.3 | $3,263.10 |
| 1/16/2024 | final edits and revisions to R&R re: damages for BW Attack #9 | 2.0 | $894.00 |
| **Total** | | **20.3** | **$9,074.10** |

Dated: January 30, 2024            Respectfully submitted,

<p style="margin-left: 50%;"><u><em>/s/ Angela D. Gupta</em></u><br>
Angela D. Gupta<br>
Special Master</p>