# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 1:18-cv-02248-CRC ) ) |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) ) |
| Defendants | ) ) ) |

**SPECIAL MASTER'S VOUCHER FOR TIME SPENT ON JANUARY 12, 2024**
**REPORT AND RECOMMENDATION REGARDING LEGAL STANDARDS AND**
**DAMAGES FRAMEWORKS (DOC. NO. 149)**

| Date | Task | Time Spent | Compensation |
|---|---|---|---|
| 11/29/2023 | Zoom call w/ special masters and plaintiffs' counsel re: damages R&Rs; tcw M. Borden re drafting Global R&R re: legal standards and frameworks for compensatory and punitive damages | 1.0 | $447.00 |
| 12/28/2023 | legal research and analysis re: legal standards and frameworks for compensatory and punitive damages | 7.8 | $3,486.60 |
| 12/29/2023 | legal research and analysis re legal standards for punitive damages; begin drafting Global R&R re: same | 8.0 | $3,576.00 |
| 12/30/2023 | legal research and analysis re: legal standards re punitive damages; continue drafting Global R&R re: same | 4.0 | $1,788.00 |
| 12/31/2023 | continue drafting Global R&R re: legal standards and analysis re: punitive damages; continued legal research and analysis re: same | 5.8 | $2,592.60 |
| 1/2/2024 | continue drafting Global R&R rea; legal standards and analysis re: punitive damages; review and revise MB's draft re: compensatory damages | 5.5 | $2,458.50 |

| | | | |
|---|---|---|---|
| 1/9/2024 | review suggested revisions by plaintiffs' counsel to Global R&R re: legal standards for punitive damages and awarding prejudgment interest on nonpecuniary compensatory damages; read cases re: same; revise Global R&R re: legal standards for damages re: recommending prejudgment interest award only on compensatory damages for economic loss | 4.5 | $2,011.50 |
| 1/10/2024 | revise Global R&R re: legal standards and analysis re: prejudgment interest and other modifications to incorporate Judge Cooper's prior rulings re: prejudgment interest and punitive damages | 5.2 | $2,324.40 |
| 1/11/2024 | final revisions to Global R&R re: legal standards, frameworks, and analysis re: compensatory damages, punitive damages, and prejudgment interest | 4.0 | $1,788.00 |
| **Total** | | **45.8** | **$20,472.60** |

Dated: January 30, 2024                    Respectfully submitted,

*/s/ Angela D. Gupta*
Angela D. Gupta
Special Master