UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE ISLAMIC REPUBLIC OF IRAN, et al., )<br>)<br>Defendants )<br>_____ ) | Civil Action No. 1:18-cv-02248-CRC |

**PLAINTIFFS' MOTION AND MEMORANDUM IN SUPPORT OF AUTHORIZATION AND COORDINATION OF PAYMENT TO SPECIAL MASTER MICHAEL BORDEN FOR TIME SPENT ON JANUARY 12TH AND FEBRUARY 9TH REPORT AND RECOMMENDATIONS**

Plaintiffs, through undersigned counsel, pursuant to 28 U.S.C. § 1605A(e), respectfully move for entry of an Order authorizing, and directing coordination of, payment to Special Master Michael Borden in the amount of $58,825.20.

Plaintiffs brought this case under 28 U.S.C. § 1605A's terrorism exception to the Foreign Sovereign Immunities Act ("FSIA"), which authorizes courts to "appoint special masters to hear damage claims brought under this section." 28 U.S.C. § 1605A(e)(1). Those special masters shall be paid "from funds available for the program under section 1404C of the Victims of Crime Act of 1984." 28 U.S.C. § 1605A(e)(2). This provision ensures that special masters who have worked on cases brought under § 1605A will be compensated for their assistance. *See In re Islamic Republic of Iran Terrorism Litig.*, 659 F. Supp. 2d 31, 61 (D.D.C. 2009). The FSIA directs that payment for special masters shall be transferred "to the Administrator of the United States district court" in which the particular case is pending. 28 U.S.C. § 1605A(e)(2).

This Court issued an Order authorizing Michael Borden to serve as a Special Master in this case on September 28, 2023. (ECF No. 145). The Order provided that the Special Master shall be

paid "at a rate that is the equivalent of 50% of what their ordinary hourly rate would be under the Laffey Matrix." (Id., p. 3). Thus, Special Master Borden shall be compensated at an hourly rate of $447.00 per hour. (Id.) The Order further directed the Special Master, within thirty (30) days after the Special Master files a damages report, to provide Plaintiffs' counsel with a statement itemizing the amount of time worked and the nature of the work done in relation to that report. (Id.) Within two weeks of receiving any such statement, Plaintiffs are to file a motion with the Court seeking an Order to direct the Clerk to coordinate payment with the Office for Victims of Crime. (Id.)

Special Master Borden submitted his report and recommendation regarding legal standards and damages frameworks on January 12, 2024 on behalf of all Special Masters appointed in this matter. (ECF No. 149). He then submitted his report and recommendation for Bellwether Attack No. 2 on February 9, 2024. (ECF No. 169). Special Master Borden provided Plaintiffs with his statements on February 3, 2024 and February 7, 2024, attesting to the time he expended reviewing documents and preparing the above report and recommendations. (*See* Exhibit A, Special Master Michael Borden Legal Standards and Damages Framework Voucher; *see also* Exhibit B, Special Master Michael Borden Bellwether Attack No. 2 Voucher). These vouchers contain a detailed record of the time the Special Master devoted to the tasks described therein and no expenses were incurred. (*See id.*) The total due to Special Master Borden is $58,825.20, as documented by the vouchers.

WHEREFORE, Plaintiffs respectfully request that the Court grant this motion and enter the proposed Order authorizing payment of $58,825.20 to Special Master Michael Borden and directing the Clerk of the Court to coordinate payment with the U.S. Department of Justice Office for Victims of Crime.

Dated: February 9, 2024

Respectfully submitted,

*/s/ Christopher G. Paulos*
Christopher G. Paulos
DC Bar No. 1615782
Florida Bar No. 0091579
Alyson M. Petrick
DC Bar No. 90015455
Missouri Bar No. 68323
**LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR, AND MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
Telephone: (850) 435-7067
Facsimile: (850) 436-6067
cpaulos@levinlaw.com
apetrick@levinlaw.com