# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF CHRISTOPHER BROOK FISHBECK, et al.,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **THE ISLAMIC REPUBLIC OF IRAN, et al.,** ) <br> ) <br> **Defendants** ) <br> ) | Civil Action No. 1:18-cv-02248-CRC |

## SPECIAL MASTER'S VOUCHER FOR TIME SPENT ON JANUARY 12, 2024 REPORT AND RECOMMENDATION REGARDING LEGAL STANDARDS AND DAMAGES FRAMEWORKS (DOC. NO. 149)

| Date | Task | Time Spent | Compensation |
|---|---|---|---|
| 11/29/23 | Zoom call with Special Masters and Counsel regarding damages R&Rs; call with SM Gupta regarding work project for Global R&R on legal standards and damages frameworks. | 1.0 | $447.00 |
| 12/27/23 | Legal research and analysis re legal standards for compensatory damages for Global R&R | 5.3 | $2,369.10 |
| 12/28/23 | Legal research and analysis re legal standards for compensatory damages for Global R&R | 6.2 | $2,771.40 |
| 12/29/23 | Legal Research/analysis/drafting re legal standards for compensatory damages for Global R&R | 7.9 | $3,531.30 |
| 12/30/23 | Drafted Compensatory damages section of Global R&R | 6.8 | $3,039.60 |
| 12/31/23 | Drafted/revised compensatory damages section of Global R&R; reviewed/revised sections on punitive damages; corresponded with counsel re evidence on punitive damages | 6.0 | $2,682.00 |
| 1/1/24 | Drafted/revised compensatory damages section of Global R&R; reviewed/revised sections on punitive damages | 6.7 | $2,994.90 |
| 1/2/24 | Revised Global R&R | 3.4 | $1,519.80 |
| 1/9/24 | Legal research re Judge Cooper's jurisprudence on prejudgment interest and punitive damages; zoom call with | 5.8 | $2,592.60 |

| | | | |
|---|---|---|---|
| | Special Masters and Counsel; revised Global R&R | | |
| 1/10/24 | Revised Global R&R | 4.3 | $1,922.10 |
| 1/11/24 | Final revisions to Global R&R | 2.0 | $894.00 |
| | **TOTALS** | **55.4** | **$24,763.80** |

**Total Payment Requested**:        $24,763.80


Dated February 3, 2024                    Respectfully submitted,

                                          */s/ Michael J. Borden*
                                          Michael J. Borden
                                          Special Master