# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 1:18-cv-02248-CRC ) ) |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) ) |
| Defendants | ) ) ) |

**SPECIAL MASTER'S VOUCHER FOR TIME SPENT ON FEBRUARY 9, 2024 REPORT AND RECOMMENDATION REGARDING BELLWETHER ATTACK NO. 2 (DOC. NO. 169)**

| Date | Task | Time Spent | Compensation |
|---|---|---|---|
| 11/15/23 | Zoom Meeting with Special Masters and Counsel re damages evidentiary submissions | 1.0 | $447.00 |
| 12/15/23 | First review/initial inventory Bellwether Attack #2 (BW2) damages evidentiary submission | 2.3 | $1,028.10 |
| 1/4/24 | Review/analysis BW2 Damages submissions re Berger | 4.3 | $1,922.10 |
| 1/5/24 | Review/analysis/drafting description of attack | 2.0 | $894.00 |
| 1/6/24 | Review/analysis/drafting re Berger | 8.3 | $3,710.10 |
| 1/7/24 | Review/analysis/drafting re Housmans, | 6.8 | $3,039.60 |
| 1/8/24 | Review/analysis/drafting re Housmans, Williams | 8.5 | $3,799.50 |
| 1/11/24 | Review/analysis/drafting re Williams, Mighaccio | 8.7 | $3,888.90 |
| 1/12/24 | Review/analysis/drafting re Mighaccio | 5.0 | $2,235.00 |
| 1/13/24 | Review/analysis/drafting re Mighaccio, Sanchez | 6.9 | $3,084.30 |
| 1/14/24 | Review/analysis/drafting re Sanchez; begin revising draft R&R; correspondence with counsel requesting more evidence re Berger, Mighaccio, Housmans | 4.5 | $2,011.50 |
| 1/15/24 | Revisions; correspondence with counsel re more evidence | 5.0 | $2,235.00 |
| 1/16/24 | Revisions | 5.2 | $2,324.40 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 2/1/24 | Reviewed supplemental evidence re Mighaccio, Berger, Housmans; drafted and revised sections on those claimants | 5.3 | $2,369.10 |
| 2/2/24 | Final revisions to R&R | 2.4 | $1,072.80 |
| | **Totals** | **76.2** | **$34,061.40** |

**Total Payment Requested**:   $34,061.40

Respectfully submitted,

*/s/* Michael J. Borden
Michael J. Borden
Special Master

Page 2 of 2