AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Estate of Christopher Brook Fishbeck et al ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:18-cv-02248 |
| Islamic Republic of Iran et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs.

Date: 02/10/2024

*/s/ Alyson M. Petrick*
*Attorney's signature*

Alyson M. Petrick
*Printed name and bar number*

Levin Papantonio Rafferty Proctor Buchanan O'Brien Barr & Mougey P.A.
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502-5996
*Address*

apetrick@levinlaw.com
*E-mail address*

850-495-5011
*Telephone number*

850-495-5111
*FAX number*