## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF CHRISTOPHER BROOK FISHBECK, et al.,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| | ) **Civil Action No. 1:18-cv-02248-CRC** |
| **v.** | ) ) |
| **THE ISLAMIC REPUBLIC OF IRAN, et al.,** | ) ) |
| **Defendants** | ) ) ) |

### FEBURARY 20, 2024 STATUS REPORT

Pursuant to the Court's Minute Order entered on November 20, 2023, Plaintiffs, through undersigned counsel, hereby file this Status Report.

1. DOD is supposed to produce 500 pages every 60 days.

2. On November 6, 2023, DOD produced 280 pages of documents.

3. On December 7, 2023, DOD produced 481 pages of documents.

4. On January 8, 2024, DOD produced 375 pages of documents.

5. On February 12, 2024, DOD produced 264 pages of documents.

6. That puts DOD's total production at 2,818 pages of documents.

7. DOD should have produced 3500 pages by this date, so DOD is 682 pages behind schedule.

8. DOD's next production deadline is April 6, 2024.

9. Plaintiffs and DOD continue to meet and confer, and are working together in good faith, to prioritize documents for review and production, including cases involving extrajudicial killings.

Dated: February 20, 2024

Respectfully submitted,

By: */s/ Dustin B. Herman*
DUSTIN B. HERMAN (*Pro Hac Vice*)
Ohio Bar No. 0093163
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Ave., East, Suite 1700
Cleveland, Ohio 44114
Telephone: (216) 696-3232
Facsimile: (216) 696-3924
Email: dherman@spanglaw.com

*/s/ Howard L. Nations*
Howard L. Nations
DC Bar No. TX143
**THE NATIONS LAW FIRM**
9703 Richmond Avenue, Suite 200
Houston, TX 77042
Telephone: (713) 807-8400
Facsimile: (713) 807-8423
Email: howard@howardnations.com

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 20, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

*/s/Dustin B. Herman*
Dustin B. Herman