UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF CHRISTOPHER BROOK FISHBECK, et al.,** ) ) ) **Plaintiffs,** ) ) ) **v.** ) ) **THE ISLAMIC REPUBLIC OF IRAN, et al.,** ) ) **Defendants** ) ) | Civil Action No. 1:18-cv-02248-CRC |

**SPECIAL MASTER'S VOUCHER FOR TIME SPENT ON
JANUARY 16, 2024 REPORT AND RECOMMENDATION**

| Date | Task | Time Spent | Compensation |
|---|---|---|---|
| 11/15/23 | Prepare for and attend initial zoom conference with special masters (attended by plaintiffs' counsel) | 1.5 hours | $0 (write off) |
| 11/29/23 | Preliminary review of materials submitted regarding damages requests for bellwether attack #12 (Prazynski) and conduct preliminary assessment of claims/ identification of legal issues | 2.0 hours | $894.00 |
| 11/29/23 | Prepare for and attend zoom conference with special masters (attended by plaintiffs' counsel) regarding damages determinations for Bellwethers | 1.5 hours | $670.50 |
| 11/29/23 | Review of case law relating to non-biological parents, stepparents, and stepsiblings as relate to BW attack #12 | 0.5 hours | $223.50 |
| 1/8/24 | Review of solatium damages claims of biological relatives – Claudia Pierce (Mother) and John Prazynski (Father); begin drafting background section of R&R and damages award recommendation for Claudia Pierce and John Prazynski | 5.0 hours | $2,235.00 |

| | | | |
|---|---|---|---|
| 1/9/24 | Review of Global R&R with particular attention to statement of law on stepfamilies; review of solatium damages claims of stepfamily – Carol Prazynski (Stepmother) and Ryan Blomer (Stepbrother); begin drafting background section of R&R and damages award recommendation for Carol Prazynski and Ryan Blomer | 5.0 hours | $2,235.00 |
| 1/9/24 | Zoom conference with special masters (attended by plaintiffs' counsel) regarding Global R&R and other matters related to damages determinations for Bellwethers | 1.5 hours | $670.50 |
| 1/13/24 | Review additional case law support provided by plaintiffs' counsel; revise R&R based upon review of same | 2.0 hours | $894.00 |
| 1/14/24 | Review expert report for LCpl. Taylor Prazynski; draft pain and suffering and economic loss damages for LCpl. Prazynski; confer with plaintiffs' counsel regarding previous request for additional information | 4.0 hours | $1,788.00 |
| 1/15/24 | Revise and final edits for Prazynski BW #12; prepare excel damages chart; correspond with plaintiffs' counsel regarding formatting and filing of same | 4.0 hours | $1,788.00 |
| 1/16/24 | Revise and final proof of R&R for Prazynski BW #12 for filing; correspond with plaintiffs' counsel regarding logistics/timing of filing of same | 2.0 hours | $894.00 |

**Total Payment Requested:**  $12,292.50

Respectfully submitted,

*/s/  Jaime Dodge*
Jaime Dodge
Special Master