UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE ISLAMIC REPUBLIC OF IRAN, et al., )<br>)<br>Defendants )<br>_____ ) | Civil Action No. 1:18-cv-02248-CRC |

**<u>PLAINTIFFS' MOTION AND MEMORANDUM IN SUPPORT OF AUTHORIZATION AND COORDINATION OF PAYMENT TO SPECIAL MASTER RONALD SWANSON FOR TIME SPENT ON BELLWETHER ATTACK NO. 14 SUPPLEMENTAL REPORT AND RECOMMENDATIONS</u>**

Plaintiffs, through undersigned counsel, pursuant to 28 U.S.C. § 1605A(e), respectfully move for entry of an Order authorizing, and directing coordination of, payment to Special Master Ronald Swanson in the amount of $2,458.50.

Plaintiffs brought this case under 28 U.S.C. § 1605A's terrorism exception to the Foreign Sovereign Immunities Act ("FSIA"), which authorizes courts to "appoint special masters to hear damage claims brought under this section." 28 U.S.C. § 1605A(e)(1). Those special masters shall be paid "from funds available for the program under section 1404C of the Victims of Crime Act of 1984." 28 U.S.C. § 1605A(e)(2). This provision ensures that special masters who have worked on cases brought under § 1605A will be compensated for their assistance. *See In re Islamic Republic of Iran Terrorism Litig.*, 659 F. Supp. 2d 31, 61 (D.D.C. 2009). The FSIA directs that payment for special masters shall be transferred "to the Administrator of the United States district court" in which the particular case is pending. 28 U.S.C. § 1605A(e)(2).

This Court issued an Order authorizing the Hon. Ronald Swanson (Ret.) to serve as a Special Master in this case on September 28, 2023. (ECF No. 145). The Order provided that the

Special Master shall be paid "at a rate that is the equivalent of 50% of what their ordinary hourly rate would be under the Laffey Matrix." (Id., p. 3). Thus, Special Master Swanson shall be compensated at an hourly rate of $447.00 per hour. (Id.) The Order further directed the Special Master, within thirty (30) days after the Special Master files a damages report, to provide Plaintiffs' counsel with a statement itemizing the amount of time worked and the nature of the work done in relation to that report. (Id.) Within two weeks of receiving any such statement, Plaintiffs are to file a motion with the Court seeking an Order to direct the Clerk to coordinate payment with the Office for Victims of Crime. (Id.)

Special Master Swanson submitted his supplemental report and recommendation for Bellwether Attack No. 14 on February 23, 2024. (ECF No. 183). Special Master Swanson provided Plaintiffs with his statement on February 16, 2024, attesting to the time he expended reviewing documents and preparing the above supplemental report and recommendation. (*See* Exhibit A, Special Master Ronald Swanson Supplemental Bellwether Attack No. 14 Voucher). This voucher contains a detailed record of the time the Special Master devoted to the tasks described therein and no expenses were incurred. (*See id.*) The total due to Special Master Swanson is $2,458.50, as documented by the voucher.

WHEREFORE, Plaintiffs respectfully request that the Court grant this motion and enter the proposed Order authorizing payment of $2,458.50 to Special Master Ronald Swanson and directing the Clerk of the Court to coordinate payment with the U.S. Department of Justice Office for Victims of Crime.

Dated: March 1, 2024                                  Respectfully submitted,

                                                      */s/ Christopher G. Paulos*
                                                      Christopher G. Paulos
                                                      DC Bar No. 1615782
                                                      Florida Bar No. 0091579

        Alyson M. Petrick
        DC Bar No. 90015455
        Missouri Bar No. 68323
        **LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR, AND MOUGEY, P.A.**
        316 South Baylen Street, Suite 600
        Pensacola, Florida 32502
        Telephone: (850) 435-7067
        Facsimile: (850) 436-6067
        cpaulos@levinlaw.com
        apetrick@levinlaw.com