# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) | Civil Action No. 1:18-cv-02248-CRC |
| v. | ) |  |
|  | ) |  |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) |  |
|  | ) |  |
| Defendants |  |  |

**SPECIAL MASTER'S VOUCHER FOR TIME SPENT ON BELLWETHER ATTACK NO. 14 SUPPLEMENTAL REPORT AND RECOMMENDATION**

| Date | Task | Time Spent | Compensation |
|---|---|---|---|
| February 14, 2024 | Receipt initial review of economic loss report for LCol McCormick | 15 minutes | $111.75 |
| February 16, 2024 | Discuss report with Plaintiff Counsel | 15 minutes | $111.75 |
| February 16, 2024 | Careful review of economic report and original BW 14 R&R. Research case law. | 1.5 hours | $670.50 |
| February 16, 2024 | Draft supplemental R&R. Review and edit. | 3.5 hours | $1,564.50 |

**Total hours:** 5.5 hours

**Total Payment Requested:** $2,458.50

Respectfully submitted,

*/s/Ronald Swanson*
Hon. Ronald Swanson (Ret.)