UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF CHRISTOPHER BROOK FISHBECK, et al.,**            ) <br> ) <br> **Plaintiffs,**            ) <br> ) <br> v.            ) <br> ) <br> **THE ISLAMIC REPUBLIC OF IRAN, et al.,**            ) <br> ) <br> **Defendants**            ) <br> ) | Civil Action No. 1:18-cv-02248-CRC |

### ORDER

This matter comes before the Court on Plaintiffs' Motion and Memorandum in Support for Authorization and Coordination of Payment to Special Master Jaime Dodge, pursuant to 28 U.S.C. § 1605A(e), seeking compensation for time expended assessing and recommending damages for claims brought by Plaintiffs in the above matter.

Upon review of Plaintiffs' motion, the Court determines that Special Master Jaime Dodge is entitled to compensation for work done in this case pursuant to this Court's Order appointing her.

Accordingly, it is hereby

**ORDERED** that Plaintiffs' motion is hereby **GRANTED**. It is further

**ORDERED** that Special Master Jaime Dodge shall be authorized payment of $12,292.50 in fees from funds available under 1404C of the Victims of Crime Act of 1984, 34 U.S.C. § 20106. It is further

**ORDERED** that the Clerk of the Court shall promptly provide to the U.S. Department of Justice Office for Victims of Crime one copy of:

1. This Order;

2. Plaintiffs' Motion and Memorandum of Law in Support of Authorization and Coordination of Payment to Special Master Jaime Dodge and the voucher attached thereto as Exhibit A; and

3. The Order appointing Special Master Jaime Dodge as Special Master (ECF No. 145).

It is further

**ORDERED** that the Clerk of the Court shall coordinate any required follow-up with the Office for Victims of Crime and that, upon receipt of such funds, the Clerk shall promptly disburse them to Special Master Jaime Dodge at her provided address.

Dated: March 22, 2024

                                                                                              _____
                                                                                              Hon. Christopher R. Cooper
                                                                                              United States District Judge