**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **Civil Action No. 1:18-cv-02248-CRC** |
| v. ) | |
| ) | |
| THE ISLAMIC REPUBLIC OF IRAN, et al., ) | |
| ) | |
| **Defendants** ) | |
| ) | |

## ORDER

This matter comes before the Court on Plaintiffs' Motion and Memorandum in Support for Authorization and Coordination of Payment to Special Master Ronald Swanson, pursuant to 28 U.S.C. § 1605A(e), seeking compensation for time expended assessing and recommending damages for claims brought by Plaintiffs in the above matter.

Upon review of Plaintiffs' motion, the Court determines that Special Master Ronald Swanson is entitled to compensation for work done in this case pursuant to this Court's Order appointing him.

Accordingly, it is hereby

**ORDERED** that Plaintiffs' motion is hereby **GRANTED**. It is further

**ORDERED** that Special Master Ronald Swanson shall be authorized payment of $2,458.50 in fees from funds available under 1404C of the Victims of Crime Act of 1984, 34 U.S.C. § 20106. It is further

**ORDERED** that the Clerk of the Court shall promptly provide to the U.S. Department of Justice Office for Victims of Crime one copy of:

1.  This Order;

2.  Plaintiffs' Motion and Memorandum of Law in Support of Authorization and
    Coordination of Payment to Special Master Ronald Swanson and the voucher attached
    thereto as Exhibit A; and

3.  The Order appointing Special Master Ronald Swanson as Special Master (ECF No.
    145).

It is further

**ORDERED** that the Clerk of the Court shall coordinate any required follow-up with the
Office for Victims of Crime and that, upon receipt of such funds, the Clerk shall promptly disburse
them to Special Master Ronald Swanson at his provided address.

Dated: <u>March 25, 2024</u>

                                      _____

                                      Hon. Christopher R. Cooper
                                      United States District Judge