# EXHIBIT A

# Bolek Besser Glesius

**Timesheet**

**FOR:** Matthew D. Besser

| Description | Date | Hours | AMOUNT |
|---|---|---|---|
| Special masters meeting with Counsel. | 12/21/2023 | 1.10 | $ 408.10 |
| Review Court default judgment order, sample R&R, briefing on compensatory damages. | 12/26/2024 | 1.60 | $ 593.60 |
| Review damages packets. | 12/27/2024 | 0.40 | $ 148.40 |
| Continue review damages packets | 12/28/2024 | 1.50 | $ 556.50 |
| | | | $ - |
| Special masters meeting with Counsel. | 1/9/2024 | 1.30 | $ 482.30 |
| Review damages briefs. Create spreadsheet of claimants. | 1/10/2024 | 0.70 | $ 259.70 |
| Review evidence. Review universal R&R. Review departure cases. | 1/11/2024 | 3.90 | $ 1,446.90 |
| review Beltran, Bryant exhs. Outline R&R draft. Review solatium departure cases. Call with Counsel re Beltran-soto. Begin draft. Review Volesky decl. | 1/12/2024 | 7.70 | $ 2,856.70 |
| review case law re which framework and for comparables. review exhibits. corres with counsel re additional information needed. outline R&R. begin draft. | 1/13/2024 | 6.30 | $ 2,337.30 |
| Draft R&R. Take testimony from Plaintiff Bryant. | 1/14/2024 | 7.40 | $ 2,745.40 |
| Draft R&R | 1/15/2024 | 2.40 | $ 890.40 |
| Draft R&R | 1/17/2024 | 3.10 | $ 1,150.10 |
| Draft R&R. Review Plumly report re Ferris economic damages claim. | 1/23/2024 | 1.40 | $ 519.40 |
| Draft R&R | 1/25/2024 | 2.90 | $ 1,075.90 |
| Draft R&R. Review supplemental evidence from Foster. Call with Counsel re same. | 1/26/2024 | 5.70 | $ 2,114.70 |
| Prepare for testimony of Dr. Strouss re Foster. Take testimony. Draft R&R. | 2/8/2024 | 1.80 | $ 667.80 |
| Finish draft of report. | 2/21/2024 | 0.60 | $ 222.60 |
| Review and edit R&R | 2/23/2024 | 2.70 | $ 1,001.70 |
| Edit R&R | 2/25/2024 | 1.80 | $ 667.80 |
| Edit R&R | 2/26/2024 | 0.80 | $ 296.80 |

| | | | | |
|---|---|---|---|---|
| Edit R&R | 2/27/2024 | 1.00 | $ | 371.00 |
| Final edit and submit R&R on BW 1 | 2/28/2024 | 1.30 | $ | 482.30 |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | 57.40 | $ | 21,295.40 |