# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Estate of Christopher Brook Fishbeck, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:18-cv-02248-CRC |
| v. | ) ) | Judge Christopher R. Cooper |
| The Islamic Republic of Iran, *et al.*, | ) ) | Special Master Matthew D. Besser |
| Defendants. | ) ) ) | |

### Report and Recommendation
### Wave 2 Attack Number 58

In its August 30, 2023 Order, the Court assigned the Special Masters to review non-bellwether attacks and to make certain findings of fact and conclusions of law. ECF No. 140. For each attack, the Special Masters are to make or recommend findings of fact as to: (a) the terrorist group involved in the commission of the attack; (b) the personal injuries or deaths that occurred from the attack; and, (c) the relationship of the victims of the attack to the respective plaintiffs. *Id.* at 2. The Special Masters are to then make or recommend conclusions of law as to whether: (a) the attack involved a group that received material support from Defendants; (b) the attack involved an act listed in 28 U.S.C. § 1605A(a)(1); and, (c) Defendants' provision of material support was a proximate cause of the attack. *Id.* In accordance with this Court's order, the undersigned submits the following report and recommendation regarding wave 2 attack number 58.

## **Recommended Findings of Fact**

On August 18, 2006, an EFP attack killed U.S. civilian contractor Brenton Gray as he traveled in a five-vehicle convoy along a high-speed road in Baghdad's Kadhimiya District. PX10301, SigAct Report; *see* PX10315, Expert Report of Col. Mark Lee Walters, CW4 Ronald Evans, and CW3 David Sultzer at pgs. 2, 11. Plaintiff attributes the attack to one of several known Iranian-backed Shia militia groups operating in the area. *See* PX10315 at pg. 2

To determine whether a terrorist group receiving material support from Defendants was responsible for the attack, this Court's order on the bellwether attacks counsels consideration of several factors, including:

(1) whether the tactics, methods, or weapons used in the attack could be linked to the groups Iran supported;

(2) whether the attack occurred in an area operationally controlled by one of the subject terrorist groups Iran supported;

(3) whether an expert credibly opined that the attack was committed by an Iran-backed terrorist group; and

(3) any other indicia that one of the subject terrorist groups was responsible for the attack.

ECF No. 137 at pg. 7. The evidence shows it is more likely than not that an Iranian-backed Shia militia group was responsible for the attack. Both the location of the attack and the specific weapon used support this conclusion.

With respect to location, the Kadhimiya District "was a well-known area for Iranian-backed Shia Militia Groups" during the period of the attack. PX10315 at pg. 12. According to Plaintiff's experts, the neighborhood had a large Shia "extremist" population, and by February 2006 was pushing Al Qaeda out of the area. *Id.* at 9–10

2

(*citing* PX652, Institute for the Study of War Research Paper). To place the sophisticated EFP along a high-speed road in the middle of the city would likely have required the sort of permissive environment that a Shia militia group would have enjoyed in the heavily Shia neighborhood. PX10315 at pg. 11. To that end, the EFP attack that killed Gray was just one of six along the same route, suggesting a single group responsible for the spate of them. *Id.* at pg. 12.

More telling than the location of the attack is the weapon used: the EFP. This Court and others have already recognized the "well documented" connection between Iran and EFP attacks. *See Fishbeck v. The Islamic Republic of Iran*, at al., No. 18-cv-2248 (CRC), ECF No. 137, at 15–16 (D.D.C. August 18, 2023) (internal citations omitted). Several of the bellwether attacks involved EFP attacks that the Court held were attributable to Iranian-backed Shia militia groups. *See id.* The evidence presented with respect to this attack suggests the same. Plaintiff's expert has identified considerable evidence of Iran supplying EFPs to Shia militia groups in Iraq. *See, e.g.,* PX10315 at pgs. 6, 10. Thus, the use of an EFP in the attack that killed Brenton Gray points the finger of responsibility at one of the Shia militia groups operating in the area.

## Recommended Conclusions of Law

The Court has previously determined that Iran and its co-Defendants provided material support to Shia militia groups carrying out EFP attacks in Iraq during this time. The EFP attack falls squarely within the exceptions from immunity in 28 U.S.C. § 1605A(a)(1). The expert report submitted for this attack concludes that Iran's provision of material support was a proximate cause of the

3

attack. That conclusion appears well-founded.

## **Recommendation**

Based on the foregoing, I recommend that the hold Defendants liable for the EFP attack that killed Brenton Gray in August 2006.

Respectfully submitted,

*[signature]*

Matthew D. Besser,
Special Master

April 12, 2024

4