UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., | ) ) ) |
| Plaintiffs, | ) ) ) Civil Action No. 1:18-cv-02248-CRC |
| v. | ) ) |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) ) |
| Defendants | ) ) ) |

## APRIL 22, 2024 STATUS REPORT

Pursuant to the Court's Minute Order entered on November 20, 2023, Plaintiffs, through undersigned counsel, hereby file this Status Report.

1. DOD is supposed to produce 500 pages every 60 days.

2. On February 20, 2024, DOD produced 208 pages of documents.

3. That puts DOD's total production at 3,026 pages of documents.

4. DOD should have produced 4000 pages by this date, so DOD is 974 pages behind schedule.

5. DOD's last production deadline was April 6, 2024. DOD's next production deadline is June 5, 2024.

6. Plaintiffs and DOD continue to meet and confer, and are working together in good faith, to prioritize documents for review and production, including cases involving extrajudicial killings.

Dated: April 22, 2024

Respectfully submitted,

By: */s/ Dustin B. Herman*
DUSTIN B. HERMAN (*Pro Hac Vice*)
Ohio Bar No. 0093163
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Ave., East, Suite 1700
Cleveland, Ohio 44114

Telephone: (216) 696-3232
Facsimile: (216) 696-3924
Email: dherman@spanglaw.com

*/s/ Howard L. Nations*
Howard L. Nations
DC Bar No. TX143
**THE NATIONS LAW FIRM**
9703 Richmond Avenue, Suite 200
Houston, TX 77042
Telephone: (713) 807-8400
Facsimile: (713) 807-8423
Email: howard@howardnations.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 22, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

                                           */s/Dustin B. Herman*
                                           Dustin B. Herman