UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF CHRISTOPHER BROOK FISHBECK, et al.,**  )<br>)<br>)<br>**Plaintiffs,**  )<br>)<br>v.  )<br>)<br>**THE ISLAMIC REPUBLIC OF IRAN, et al.,**  )<br>)<br>**Defendants**  )<br>_____ ) | Civil Action No. 1:18-cv-2248-CRC |

## [PROPOSED] ORDER ADOPTING REPORTS AND RECOMMENDATIONS AND GRANTING FINAL JUDGMENT

Upon consideration of Plaintiffs' Motion to Adopt Reports and Recommendations and for Entry of Final Judgment (ECF No. ___), and the entire record herein, it is hereby

**ORDERED** that the Motion is **GRANTED** as to the plaintiffs listed on **Exhibit A** to this Order; it is further

**ORDERED** that plaintiffs are awarded damages in the amounts provided on **Exhibit A**; it is further

**ORDERED** that final judgment on liability and damages is directed under Federal Rule of Civil Procedure 54(b) as to all claims by Plaintiffs identified in **Exhibit A** against Defendants 1) the Islamic Republic of Iran, 2) Islamic Revolutionary Guard Corps, 3) Iranian Ministry of Intelligence & Security, 4) Bank Markazi, and 5) Bank Melli Iran in the dollar-denominated amounts listed on **Exhibit A** to this Order.

The Court concludes that there is no just reason for delay in entering a final judgment pursuant to Rule 54(b) because Defendants, who are all absent defendants, will not be prejudiced. And it is further

**ORDERED** that this Order is the final judgment for the claims of those plaintiffs listed on **Exhibit A** to be served on Defendants the Islamic Republic of Iran, Islamic Revolutionary Guard Corps, Iranian Ministry of Intelligence & Security, Bank Markazi, an Bank Melli Iran pursuant to 28 U.S.C. § 1608(e). The Clerk of Court is directed 1) to not issue individual judgments for these claims, as this Order shall constitute that judgment; and 2) to serve this judgment upon receipt of a translated version from plaintiffs pursuant to 28 U.S.C. §§ 1608(a)(3) and (b)(3)(B).

**SO ORDERED**.

Dated: _____

_____
CHRISTOPHER R. COOPER
United States District Judge

| Attack # | Plaintiff | Total Compensatory Damages | Recommended Punitive Award | Recommended Final Award | Liability ECF No. | Damages ECF No. |
|---|---|---|---|---|---|---|
| Bellwether: Attack 1 | Salvador Beltran-Soto | $ 6,000,000.00 | $ 12,000,000.00 | $ 18,000,000.00 | 137 | 196 |
| Bellwether: Attack 1 | Jose Beltran-Soto | $ 1,250,000.00 | $ 2,500,000.00 | $ 3,750,000.00 | 137 | 196 |
| Bellwether: Attack 1 | Alonso Beltran-Soto | $ 1,250,000.00 | $ 2,500,000.00 | $ 3,750,000.00 | 137 | 196 |
| Bellwether: Attack 1 | Franciso Beltran | $ 1,250,000.00 | $ 2,500,000.00 | $ 3,750,000.00 | 137 | 196 |
| Bellwether: Attack 1 | Valentin Beltran | $ 1,250,000.00 | $ 2,500,000.00 | $ 3,750,000.00 | 137 | 196 |
| Bellwether: Attack 1 | Beatriz Beltran | $ 1,250,000.00 | $ 2,500,000.00 | $ 3,750,000.00 | 137 | 196 |
| Bellwether: Attack 1 | Ramona Beltran | $ 3,000,000.00 | $ 6,000,000.00 | $ 9,000,000.00 | 137 | 196 |
| Bellwether: Attack 1 | James Beltran-Davis | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 137 | 196 |
| Bellwether: Attack 1 | Sidney Partida | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 137 | 196 |
| Bellwether: Attack 1 | Maria Beltran | $ 2,000,000.00 | $ 4,000,000.00 | $ 6,000,000.00 | 137 | 196 |
| Bellwether: Attack 1 | Franklyn Doss | $ 3,000,000.00 | $ 6,000,000.00 | $ 9,000,000.00 | 137 | 196 |
| Bellwether: Attack 1 | Juanita Doss | $ 2,400,000.00 | $ 4,800,000.00 | $ 7,200,000.00 | 137 | 196 |
| Bellwether: Attack 1 | Anthony Ferris | $ 10,833,806.81 | $ 21,667,613.62 | $ 32,501,420.43 | 137 | 196 |
| Bellwether: Attack 1 | Richard Foster | $ 3,000,000.00 | $ 6,000,000.00 | $ 9,000,000.00 | 137 | 196 |
| Bellwether: Attack 1 | Brandon Foster | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 137 | 196 |
| Bellwether: Attack 1 | Matthew Foster | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 137 | 196 |
| Bellwether: Attack 1 | Alexander Bryant | $ 4,750,000.00 | $ 9,500,000.00 | $ 14,250,000.00 | 137 | 196 |
| Bellwether: Attack 2 | Dale Burger | $ 3,461,434.92 | $ 6,922,869.84 | $ 10,384,304.76 | 137 | 169 |
| Bellwether: Attack 2 | Martina Burger | $ 5,000,000.00 | $ 10,000,000.00 | $ 15,000,000.00 | 137 | 169 |
| Bellwether: Attack 2 | Jennifer Burger | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 137 | 169 |
| Bellwether: Attack 2 | Rachel Burger | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 137 | 169 |
| Bellwether: Attack 2 | Shane Housmans | $ 7,000,000.00 | $ 14,000,000.00 | $ 21,000,000.00 | 137 | 169 |

| Attack # | Plaintiff | Total Compensatory Damages | Recommended Punitive Award | Recommended Final Award | Liability ECF No. | Damages ECF No. |
|---|---|---|---|---|---|---|
| Bellwether: Attack 2 | Nicole Housmans | $ 4,500,000.00 | $ 9,000,000.00 | $ 13,500,000.00 | 137 | 169 |
| Bellwether: Attack 2 | Cadence Housmans | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 137 | 169 |
| Bellwether: Attack 2 | Curtis Mighaccio | $ 6,000,000.00 | $ 12,000,000.00 | $ 18,000,000.00 | 137 | 169 |
| Bellwether: Attack 2 | Martin David Mighaccio | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 137 | 169 |
| Bellwether: Attack 2 | Gunhild Mighaccio | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 137 | 169 |
| Bellwether: Attack 2 | Joe Sanchez | $ 5,600,000.00 | $ 11,200,000.00 | $ 16,800,000.00 | 137 | 169 |
| Bellwether: Attack 2 | Cindy Jo Baldwin | $ 1,250,000.00 | $ 2,500,000.00 | $ 3,750,000.00 | 137 | 169 |
| Bellwether: Attack 2 | Sandy Jo Molina | $ 1,250,000.00 | $ 2,500,000.00 | $ 3,750,000.00 | 137 | 169 |
| Bellwether: Attack 2 | Samuel Williams | $ 6,000,000.00 | $ 12,000,000.00 | $ 18,000,000.00 | 137 | 169 |
| Bellwether: Attack 3 | Jonathan Bowling | $ 3,057,913.10 | $ 6,115,826.20 | $ 9,173,739.30 | 137 | 159 |
| Bellwether: Attack 3 | Darrell Bowling | $ 5,000,000.00 | $ 10,000,000.00 | $ 15,000,000.00 | 137 | 159 |
| Bellwether: Attack 3 | Robin Feron | $ 5,000,000.00 | $ 10,000,000.00 | $ 15,000,000.00 | 137 | 159 |
| Bellwether: Attack 3 | Ashley Nogueira | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 137 | 159 |
| Bellwether: Attack 3 | Brooke Wexler | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 137 | 159 |
| Bellwether: Attack 3 | Andrew Rothman | $ 7,000,000.00 | $ 14,000,000.00 | $ 21,000,000.00 | 137 | 159 |
| Bellwether: Attack 3 | Juan Rubio | $ 10,914,799.72 | $ 21,829,599.44 | $ 32,744,399.16 | 137 | 159 |
| Bellwether: Attack 4 | Estate of Robert William Briggs | $ 13,958,398.00 | $ 27,916,796.00 | $ 41,875,194.00 | 137 | 158 |
| Bellwether: Attack 4 | Michelle Briggs | $ 10,000,000.00 | $ 20,000,000.00 | $ 30,000,000.00 | 137 | 158 |
| Bellwether: Attack 4 | Ashlea Briggs Tadlock | $ 6,250,000.00 | $ 12,500,000.00 | $ 18,750,000.00 | 137 | 158 |
| Bellwether: Attack 4 | Cody Briggs | $ 5,000,000.00 | $ 10,000,000.00 | $ 15,000,000.00 | 137 | 158 |
| Bellwether: Attack 4 | Jose Jauregui Jr. | $ 36,266,057.10 | $ 72,532,114.20 | $ 108,798,171.30 | 137 | 158 |
| Bellwether: Attack 4 | Jose Jauregui Sr. | $ 3,125,000.00 | $ 6,250,000.00 | $ 9,375,000.00 | 137 | 158 |

| Attack # | Plaintiff | Total Compensatory Damages | Recommended Punitive Award | Recommended Final Award | Liability ECF No. | Damages ECF No. |
|---|---|---|---|---|---|---|
| Bellwether: Attack 4 | Griselda Jauregui | $ 3,125,000.00 | $ 6,250,000.00 | $ 9,375,000.00 | 137 | 158 |
| Bellwether: Attack 4 | Josefina Jauregui | $ 1,562,500.00 | $ 3,125,000.00 | $ 4,687,500.00 | 137 | 158 |
| Bellwether: Attack 4 | Alfredo Jauregui | $ 1,250,000.00 | $ 2,500,000.00 | $ 3,750,000.00 | 137 | 158 |
| Bellwether: Attack 4 | Lucio Jauregui | $ 1,562,500.00 | $ 3,125,000.00 | $ 4,687,500.00 | 137 | 158 |
| Bellwether: Attack 4 | Estate of Randy Lee Stevens | $ 1,401,392.00 | $ 2,802,784.00 | $ 4,204,176.00 | 137 | 158 |
| Bellwether: Attack 4 | David Stevens | $ 5,000,000.00 | $ 10,000,000.00 | $ 15,000,000.00 | 137 | 158 |
| Bellwether: Attack 4 | Jacob Maxwell | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 137 | 158 |
| Bellwether: Attack 4 | Connie West | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 137 | 158 |
| Bellwether: Attack 4 | Gina Stevens | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 137 | 158 |
| Bellwether: Attack 4 | Estate of Tromaine Toy Sr. | $ 2,556,581.00 | $ 5,113,162.00 | $ 7,669,743.00 | 137 | 158 |
| Bellwether: Attack 4 | Tyrell Toy | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 137 | 158 |
| Bellwether: Attack 5 | Estate of Anthony Capra Jr. | $ 2,915,489.00 | $ 5,830,978.00 | $ 8,746,467.00 | 137 | 151 |
| Bellwether: Attack 5 | Angie Capra | $ 8,000,000.00 | $ 16,000,000.00 | $ 24,000,000.00 | 137 | 151 |
| Bellwether: Attack 5 | Jared Capra | $ 6,250,000.00 | $ 12,500,000.00 | $ 18,750,000.00 | 137 | 151 |
| Bellwether: Attack 5 | Mark Capra | $ 5,000,000.00 | $ 10,000,000.00 | $ 15,000,000.00 | 137 | 151 |
| Bellwether: Attack 5 | Shawn Capra | $ 5,000,000.00 | $ 10,000,000.00 | $ 15,000,000.00 | 137 | 151 |
| Bellwether: Attack 5 | Victoria Capra | $ 5,500,000.00 | $ 11,000,000.00 | $ 16,500,000.00 | 137 | 151 |
| Bellwether: Attack 5 | Adrianna Capra | $ 5,000,000.00 | $ 10,000,000.00 | $ 15,000,000.00 | 137 | 151 |
| Bellwether: Attack 5 | Anthony Capra Sr. | $ 6,000,000.00 | $ 12,000,000.00 | $ 18,000,000.00 | 137 | 151 |
| Bellwether: Attack 5 | Sharon Capra | $ 6,000,000.00 | $ 12,000,000.00 | $ 18,000,000.00 | 137 | 151 |
| Bellwether: Attack 5 | Danielle Capra | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 137 | 151 |
| Bellwether: Attack 5 | Emily Capra | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 137 | 151 |

| Attack # | Plaintiff | Total Compensatory Damages | Recommended Punitive Award | Recommended Final Award | Liability ECF No. | Damages ECF No. |
|---|---|---|---|---|---|---|
| Bellwether: Attack 5 | Jacob Capra | $ 2,750,000.00 | $ 5,500,000.00 | $ 8,250,000.00 | 137 | 151 |
| Bellwether: Attack 5 | Joanna Capra | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 137 | 151 |
| Bellwether: Attack 5 | Joseph Capra | $ 2,750,000.00 | $ 5,500,000.00 | $ 8,250,000.00 | 137 | 151 |
| Bellwether: Attack 5 | Julia-Anne Capra | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 137 | 151 |
| Bellwether: Attack 5 | Rachel Capra Lee | $ 2,750,000.00 | $ 5,500,000.00 | $ 8,250,000.00 | 137 | 151 |
| Bellwether: Attack 5 | Sarah Capra Johnson | $ 2,750,000.00 | $ 5,500,000.00 | $ 8,250,000.00 | 137 | 151 |
| Bellwether: Attack 6 | Joshua Coy | $ 11,089,252.95 | $ 22,178,505.90 | $ 33,267,758.85 | 137 | 161 |
| Bellwether: Attack 6 | Estate of Adam Michael Malson | $ 3,964,377.00 | $ 7,928,754.00 | $ 11,893,131.00 | 137 | 161 |
| Bellwether: Attack 6 | Ben Malson | $ 5,000,000.00 | $ 10,000,000.00 | $ 15,000,000.00 | 137 | 161 |
| Bellwether: Attack 6 | Debra Malson | $ 5,750,000.00 | $ 11,500,000.00 | $ 17,250,000.00 | 137 | 161 |
| Bellwether: Attack 6 | Amy Malson Fly | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 137 | 161 |
| Bellwether: Attack 6 | David Malson | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 137 | 161 |
| Bellwether: Attack 7 | Endi Herrera | $ 7,000,000.00 | $ 14,000,000.00 | $ 21,000,000.00 | 137 | 152 |
| Bellwether: Attack 8 | Estate of Joshua Hager | $ 2,757,668.00 | $ 5,515,336.00 | $ 8,273,004.00 | 137 | 153 |
| Bellwether: Attack 8 | Kris Hager | $ 5,000,000.00 | $ 10,000,000.00 | $ 15,000,000.00 | 137 | 153 |
| Bellwether: Attack 8 | Raleigh Heekin, III | $ 7,000,000.00 | $ 14,000,000.00 | $ 21,000,000.00 | 137 | 153 |
| Bellwether: Attack 8 | Misty Heekin | $ 4,000,000.00 | $ 8,000,000.00 | $ 12,000,000.00 | 137 | 153 |
| Bellwether: Attack 8 | Tanner Heekin | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 137 | 153 |
| Bellwether: Attack 8 | Skylin Heekin | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 137 | 153 |
| Bellwether: Attack 8 | Lynn Heekin | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 137 | 153 |
| Bellwether: Attack 8 | Patrick Heekin | $ 1,250,000.00 | $ 2,500,000.00 | $ 3,750,000.00 | 137 | 153 |
| Bellwether: Attack 9 | Philip Ryan Trimble | $ 7,000,000.00 | $ 14,000,000.00 | $ 21,000,000.00 | 137 | 150 |

| Attack # | Plaintiff | Total Compensatory Damages | Recommended Punitive Award | Recommended Final Award | Liability ECF No. | Damages ECF No. |
|---|---|---|---|---|---|---|
| Bellwether: Attack 9 | Andrew L. Trimble | $ 1,250,000.00 | $ 2,500,000.00 | $ 3,750,000.00 | 137 | 150 |
| Bellwether: Attack 9 | Charlotte Rae Teetsel | $ 1,250,000.00 | $ 2,500,000.00 | $ 3,750,000.00 | 137 | 150 |
| Bellwether: Attack 9 | Janet M. Schoonover | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 137 | 150 |
| Bellwether: Attack 9 | John A. Trimble | $ 1,250,000.00 | $ 2,500,000.00 | $ 3,750,000.00 | 137 | 150 |
| Bellwether: Attack 9 | Kayeleen Anne Luloff | $ 1,250,000.00 | $ 2,500,000.00 | $ 3,750,000.00 | 137 | 150 |
| Bellwether: Attack 9 | Ladonna Renee Langstraat | $ 1,250,000.00 | $ 2,500,000.00 | $ 3,750,000.00 | 137 | 150 |
| Bellwether: Attack 9 | Richard Oren Trimble | $ 1,250,000.00 | $ 2,500,000.00 | $ 3,750,000.00 | 137 | 150 |
| Bellwether: Attack 10 | Estate of Adam J. Kohlhaas | $ 3,212,723.84 | $ 6,425,447.68 | $ 9,638,171.52 | 137 | 154 |
| Bellwether: Attack 10 | Henry Kohlhaas | $ 6,250,000.00 | $ 12,500,000.00 | $ 18,750,000.00 | 137 | 154 |
| Bellwether: Attack 12 | Taylor Prazynski | $ 3,324,856.13 | $ 6,649,712.26 | $ 9,974,568.39 | 137 | 155 |
| Bellwether: Attack 12 | John Francis Prazynski | $ 5,000,000.00 | $ 10,000,000.00 | $ 15,000,000.00 | 137 | 155 |
| Bellwether: Attack 12 | Claudia Catherine Pierce | $ 5,000,000.00 | $ 10,000,000.00 | $ 15,000,000.00 | 137 | 155 |
| Bellwether: Attack 12 | Carol Rose Prazynski | $ 5,000,000.00 | $ 10,000,000.00 | $ 15,000,000.00 | 137 | 155 |
| Bellwether: Attack 12 | Ryan Andrew Blomer | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 137 | 155 |
| Bellwether: Attack 14 | Larry Cabral | $ 7,000,000.00 | $ 14,000,000.00 | $ 21,000,000.00 | 137 | 156 |
| Bellwether: Attack 14 | Robert McCormick | $ 5,702,483.00 | $ 11,404,966.00 | $ 17,107,449.00 | 137 | 183 |
| Bellwether: Attack 14 | Justin McCormick | $ 750,000.00 | $ 1,500,000.00 | $ 2,250,000.00 | 137 | 183 |
| Bellwether: Attack 14 | Brittney McCormick | $ 750,000.00 | $ 1,500,000.00 | $ 2,250,000.00 | 137 | 183 |
| Bellwether: Attack 14 | Mackenzie McCormick | $ 750,000.00 | $ 1,500,000.00 | $ 2,250,000.00 | 137 | 183 |
| Bellwether: Attack 14 | Timothy A. McCormick, Sr. | $ 850,000.00 | $ 1,700,000.00 | $ 2,550,000.00 | 137 | 183 |
| Bellwether: Attack 14 | Sheila McCormick | $ 850,000.00 | $ 1,700,000.00 | $ 2,550,000.00 | 137 | 183 |
| Bellwether: Attack 14 | Thomas A. McCormick | $ 850,000.00 | $ 1,700,000.00 | $ 2,550,000.00 | 137 | 183 |

| Attack # | Plaintiff | Total Compensatory Damages | Recommended Punitive Award | Recommended Final Award | Liability ECF No. | Damages ECF No. |
|---|---|---|---|---|---|---|
| Bellwether: Attack 14 | Timothy A. McCormick, Jr. | $ 500,000.00 | $ 1,000,000.00 | $ 1,500,000.00 | 137 | 183 |
| Wave 1: Attack 1 | Estate of Aubrey Bell | $ 2,248,767.00 | $ 4,497,534.00 | $ 6,746,301.00 | 177 | 217 |
| Wave 1: Attack 1 | Roxie Bell | $ 5,000,000.00 | $ 10,000,000.00 | $ 15,000,000.00 | 177 | 217 |
| Wave 1: Attack 1 | Philandria Ezell | $ 8,000,000.00 | $ 16,000,000.00 | $ 24,000,000.00 | 177 | 217 |
| Wave 1: Attack 1 | Kyser Ezell | $ 5,000,000.00 | $ 10,000,000.00 | $ 15,000,000.00 | 177 | 217 |
| Wave 1: Attack 1 | La'Darius Ezell | $ 5,000,000.00 | $ 10,000,000.00 | $ 15,000,000.00 | 177 | 217 |
| Wave 1: Attack 1 | D'Zundria Ezell | $ 5,000,000.00 | $ 10,000,000.00 | $ 15,000,000.00 | 177 | 217 |
| Wave 1: Attack 1 | Tiffany Ezell | $ 5,000,000.00 | $ 10,000,000.00 | $ 15,000,000.00 | 177 | 217 |
| Wave 1: Attack 1 | Troy Tuschel | $ 7,000,000.00 | $ 14,000,000.00 | $ 21,000,000.00 | 177 | 217 |
| Wave 1: Attack 4 | CPL Carlos Gomez Perez | $ 7,000,000.00 | $ 14,000,000.00 | $ 21,000,000.00 | 179 | 214 |
| Wave 1: Attack 4 | Samantha Izaguirre-Gomez | $ 4,000,000.00 | $ 8,000,000.00 | $ 12,000,000.00 | 179 | 214 |
| Wave 1: Attack 4 | J.C.I., a Minor Child | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 179 | 214 |
| Wave 1: Attack 5 | Estate of Matthew Henderson | $ 2,494,569.00 | $ 4,989,138.00 | $ 7,483,707.00 | 177 | 223 |
| Wave 1: Attack 5 | Jaimie Kathryn Egge | $ 10,000,000.00 | $ 20,000,000.00 | $ 30,000,000.00 | 177 | 223 |
| Wave 1: Attack 5 | Owen Henderson | $ 5,000,000.00 | $ 10,000,000.00 | $ 15,000,000.00 | 177 | 223 |
| Wave 1: Attack 6 | SGT Mohamad Akhtar | $ 7,000,000.00 | $ 14,000,000.00 | $ 21,000,000.00 | 179 | 215 |
| Wave 1: Attack 6 | Pervez Akhtar | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 179 | 215 |
| Wave 1: Attack 6 | Samira Fathy | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 179 | 215 |
| Wave 1: Attack 6 | Jennifer Akhtar | $ 4,000,000.00 | $ 8,000,000.00 | $ 12,000,000.00 | 179 | 215 |
| Wave 1: Attack 6 | Taylor Akhtar | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 179 | 215 |
| Wave 1: Attack 7 | James Olson | $ 7,000,000.00 | $ 14,000,000.00 | $ 21,000,000.00 | 177 | 226 |
| Wave 1: Attack 8 | Phillip Christopher Bailey | $ 7,000,000.00 | $ 14,000,000.00 | $ 21,000,000.00 | 184 | 232 |

| Attack # | Plaintiff | Total Compensatory Damages | Recommended Punitive Award | Recommended Final Award | Liability ECF No. | Damages ECF No. |
|---|---|---|---|---|---|---|
| Wave 1: Attack 8 | Timothy Bailey | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 184 | 232 |
| Wave 1: Attack 8 | Charles Jason Minter | $ 1,250,000.00 | $ 2,500,000.00 | $ 3,750,000.00 | 184 | 232 |
| Wave 1: Attack 11 | Estate of Patrick Marc Rapicault | $ 5,248,634.00 | $ 10,497,268.00 | $ 15,745,902.00 | 209 | 212 |
| Wave 1: Attack 11 | Vera Rapicault | $ 8,000,000.00 | $ 16,000,000.00 | $ 24,000,000.00 | 209 | 212 |
| Wave 1: Attack 11 | Nicole Rapicault | $ 5,000,000.00 | $ 10,000,000.00 | $ 15,000,000.00 | 209 | 212 |
| Wave 1: Attack 12 | Jonathan Cuney | $ 7,000,000.00 | $ 14,000,000.00 | $ 21,000,000.00 | 178 | 218 |
| Wave 1: Attack 12 | George Cuney | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 178 | 218 |
| Wave 1: Attack 12 | Amanda Lopez | $ 1,562,500.00 | $ 3,125,000.00 | $ 4,687,500.00 | 178 | 218 |
| Wave 1: Attack 13 | Juan Rubio | $ 3,000,000.00 | $ 6,000,000.00 | $ 9,000,000.00 | 178 | 219 |
| Wave 1: Attack 14 | Jason Peter Schauble | $ 8,000,000.00 | $ 16,000,000.00 | $ 24,000,000.00 | 178 | 220 |
| Wave 1: Attack 15 | Estate of Merlin German | $ 12,661,998.00 | $ 25,323,996.00 | $ 37,985,994.00 | 185 | 211 |
| Wave 1: Attack 15 | Lourdes German | $ 6,250,000.00 | $ 12,500,000.00 | $ 18,750,000.00 | 185 | 211 |
| Wave 1: Attack 15 | Ariel German | $ 3,125,000.00 | $ 6,250,000.00 | $ 9,375,000.00 | 185 | 211 |
| Wave 1: Attack 16 | Jacob P. David | $ 8,000,000.00 | $ 16,000,000.00 | $ 24,000,000.00 | 182 | 227 |
| Wave 1: Attack 17 | Collen West | $ 7,000,000.00 | $ 14,000,000.00 | $ 21,000,000.00 | 185 | 211 |
| Wave 1: Attack 17 | Timothy West | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 185 | 211 |
| Wave 1: Attack 17 | Carla West | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 185 | 211 |
| Wave 1: Attack 17 | Allison West | $ 1,250,000.00 | $ 2,500,000.00 | $ 3,750,000.00 | 185 | 211 |
| Wave 1: Attack 17 | Brenden West | $ 1,250,000.00 | $ 2,500,000.00 | $ 3,750,000.00 | 185 | 211 |
| Wave 1: Attack 18 | Donnell Drail Nelson, II | $ 7,000,000.00 | $ 14,000,000.00 | $ 21,000,000.00 | 209 | 210 |
| Wave 1: Attack 19 | Thomas Oliver Keeling | $ 2,342,166.22 | $ 4,684,332.44 | $ 7,026,498.66 | 184 | 232 |
| Wave 1: Attack 19 | Sharon Berry | $ 5,000,000.00 | $ 10,000,000.00 | $ 15,000,000.00 | 184 | 232 |

| Attack # | Plaintiff | Total Compensatory Damages | Recommended Punitive Award | Recommended Final Award | Liability ECF No. | Damages ECF No. |
|---|---|---|---|---|---|---|
| Wave 1: Attack 19 | Robert James Berry | $ 5,000,000.00 | $ 10,000,000.00 | $ 15,000,000.00 | 184 | 232 |
| Wave 1: Attack 19 | Erin Lynn Keeling Kurincic | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 184 | 232 |
| Wave 1: Attack 19 | Kristen Ann Keeling Surovy | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 184 | 232 |
| Wave 1: Attack 19 | Donna Marie Squires | $ 6,250,000.00 | $ 12,500,000.00 | $ 18,750,000.00 | 184 | 232 |
| Wave 1: Attack 19 | Jodie Marie Dennison | $ 3,125,000.00 | $ 6,250,000.00 | $ 9,375,000.00 | 184 | 232 |
| Wave 1: Attack 19 | Chad Squires | $ 3,125,000.00 | $ 6,250,000.00 | $ 9,375,000.00 | 184 | 232 |
| Wave 1: Attack 20 | Octavio Sanchez Sr. | $ 15,491,888.00 | $ 30,983,776.00 | $ 46,475,664.00 | 174 | 231 |
| Wave 1: Attack 20 | Vanette Sanchez | $ 5,000,000.00 | $ 10,000,000.00 | $ 15,000,000.00 | 174 | 231 |
| Wave 1: Attack 20 | Jacob Sanchez | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 174 | 231 |
| Wave 1: Attack 20 | Jaslyn Sanchez | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 174 | 231 |
| Wave 1: Attack 20 | Octavio Sanchez Jr | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 174 | 231 |
| Wave 1: Attack 21 | Ryan Christopher Saurs | $ 10,107,942.00 | $ 20,215,884.00 | $ 30,323,826.00 | 182 | 234 |
| Wave 1: Attack 22 | Daniel Foster | $ 7,000,000.00 | $ 14,000,000.00 | $ 21,000,000.00 | 209 | 213 |
| Wave 1: Attack 23 | Daniel Dennis Ibach | $ 9,000,000.00 | $ 18,000,000.00 | $ 27,000,000.00 | 175 | 230 |
| Wave 1: Attack 23 | Dennis Burnell Ibach | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 175 | 230 |
| Wave 1: Attack 24 | Estate of Michael Egan | $ 1,472,100.00 | $ 2,944,200.00 | $ 4,416,300.00 | 182 | 229 |
| Wave 1: Attack 24 | Maria K. Egan | $ 10,000,000.00 | $ 20,000,000.00 | $ 30,000,000.00 | 182 | 229 |
| Wave 1: Attack 24 | Samantha Egan | $ 6,250,000.00 | $ 12,500,000.00 | $ 18,750,000.00 | 182 | 229 |
| Wave 1: Attack 24 | Jeffrey Allan Murtha | $ 8,000,000.00 | $ 16,000,000.00 | $ 24,000,000.00 | 182 | 229 |
| Wave 1: Attack 24 | Ralph Edward Swartz II | $ 11,085,614.00 | $ 22,171,228.00 | $ 33,256,842.00 | 182 | 229 |
| Wave 1: Attack 24 | Brittany M. Swartz | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 182 | 229 |
| Wave 1: Attack 24 | Victoria M. Swartz | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 182 | 229 |

| Attack # | Plaintiff | Total Compensatory Damages | Recommended Punitive Award | Recommended Final Award | Liability ECF No. | Damages ECF No. |
|---|---|---|---|---|---|---|
| Wave 1: Attack 24 | Leatha M. Swartz | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 182 | 229 |
| Wave 1: Attack 24 | Ralph E. Swartz, Sr. | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 182 | 229 |
| Wave 1: Attack 24 | Lydia Hill | $ 1,250,000.00 | $ 2,500,000.00 | $ 3,750,000.00 | 182 | 229 |
| Wave 1: Attack 24 | Robert A. Swartz | $ 1,250,000.00 | $ 2,500,000.00 | $ 3,750,000.00 | 182 | 229 |
| Wave 1: Attack 25 | Estate of Jason Alan Benford | $ 2,543,877.00 | $ 5,087,754.00 | $ 7,631,631.00 | 176 | 233 |
| Wave 1: Attack 25 | Kimberly Ann Benford | $ 10,000,000.00 | $ 20,000,000.00 | $ 30,000,000.00 | 176 | 233 |
| Wave 1: Attack 25 | Jacob Alan Benford | $ 5,000,000.00 | $ 10,000,000.00 | $ 15,000,000.00 | 176 | 233 |
| Wave 1: Attack 25 | Lane Alan Benford | $ 5,000,000.00 | $ 10,000,000.00 | $ 15,000,000.00 | 176 | 233 |
| Wave 1: Attack 26 | Bruce Leonard Morrow Sr. | $ 7,000,000.00 | $ 14,000,000.00 | $ 21,000,000.00 | 185 | 211 |
| Wave 1: Attack 26 | Bruce Leonard Morrow Jr. | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 185 | 211 |
| Wave 1: Attack 26 | Gemini Wardzinksi-Morrow | $ 3,125,000.00 | $ 6,250,000.00 | $ 9,375,000.00 | 185 | 211 |
| Wave 1: Attack 26 | Robert Wardzinksi-Morrow | $ 3,125,000.00 | $ 6,250,000.00 | $ 9,375,000.00 | 185 | 211 |
| Wave 1: Attack 27 | The Estate of John David Fry | $ 4,269,988.00 | $ 8,539,976.00 | $ 12,809,964.00 | 178 | 221 |
| Wave 1: Attack 27 | Malia Michelle Fry | $ 10,000,000.00 | $ 20,000,000.00 | $ 30,000,000.00 | 178 | 221 |
| Wave 1: Attack 27 | C. L. Fry | $ 6,250,000.00 | $ 12,500,000.00 | $ 18,750,000.00 | 178 | 221 |
| Wave 1: Attack 27 | Kathryn Michelle Fry | $ 5,750,000.00 | $ 11,500,000.00 | $ 17,250,000.00 | 178 | 221 |
| Wave 1: Attack 27 | Gideon David Fry | $ 5,750,000.00 | $ 11,500,000.00 | $ 17,250,000.00 | 178 | 221 |
| Wave 1: Attack 27 | Charles Wilburn Fry | $ 5,000,000.00 | $ 10,000,000.00 | $ 15,000,000.00 | 178 | 221 |
| Wave 1: Attack 27 | Melissa Inman | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 178 | 221 |
| Wave 1: Attack 27 | Laura Beth Pricer | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 178 | 221 |
| Wave 1: Attack 28 | Derrick Joshua Cothran | $ 4,560,199.63 | $ 9,120,399.26 | $ 13,680,598.89 | 184 | 232 |
| Wave 1: Attack 28 | Elena Martinez Cothran | $ 5,000,000.00 | $ 10,000,000.00 | $ 15,000,000.00 | 184 | 232 |

| Attack # | Plaintiff | Total Compensatory Damages | Recommended Punitive Award | Recommended Final Award | Liability ECF No. | Damages ECF No. |
|---|---|---|---|---|---|---|
| Wave 1: Attack 28 | Theodore Cothran Sr | $ 5,000,000.00 | $ 10,000,000.00 | $ 15,000,000.00 | 184 | 232 |
| Wave 1: Attack 28 | Antoinette Cothran Hebert | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 184 | 232 |
| Wave 1: Attack 28 | Theodore Cothran, Jr. | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 184 | 232 |
| Wave 1: Attack 30 | Estate of Bryan Luckey | $ 3,296,595.00 | $ 6,593,190.00 | $ 9,889,785.00 | 185 | 211 |
| Wave 1: Attack 30 | Catherine Luckey | $ 12,000,000.00 | $ 24,000,000.00 | $ 36,000,000.00 | 185 | 211 |
| Wave 1: Attack 30 | Patrick Luckey | $ 5,000,000.00 | $ 10,000,000.00 | $ 15,000,000.00 | 185 | 211 |
| Wave 1: Attack 30 | Paula Luckey | $ 5,000,000.00 | $ 10,000,000.00 | $ 15,000,000.00 | 185 | 211 |
| Wave 1: Attack 30 | Matthew Luckey | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 185 | 211 |
| Wave 1: Attack 30 | Joshua Luckey | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 185 | 211 |
| Wave 1: Attack 31 | Jace Alric Badia | $ 12,000,000.00 | $ 24,000,000.00 | $ 36,000,000.00 | 178 | 222 |
| Wave 1: Attack 31 | K.R.B., a minor child | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 178 | 222 |
| Wave 1: Attack 32 | Ronny Porta | $ 15,116,716.00 | $ 30,233,432.00 | $ 45,350,148.00 | 177 | 224 |
| Wave 1: Attack 32 | Felix Porta | $ 3,125,000.00 | $ 6,250,000.00 | $ 9,375,000.00 | 177 | 224 |
| Wave 1: Attack 32 | Rene Porta | $ 3,125,000.00 | $ 6,250,000.00 | $ 9,375,000.00 | 177 | 224 |
| Wave 1: Attack 32 | Natali Porta | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 177 | 224 |
| Wave 1: Attack 33 | Steven Baughn | $ 7,000,000.00 | $ 14,000,000.00 | $ 21,000,000.00 | 184 | 232 |
| Wave 1: Attack 33 | Karly Ann Baughn | $ 5,000,000.00 | $ 10,000,000.00 | $ 15,000,000.00 | 184 | 232 |
| Wave 1: Attack 34 | SPC Christopher Shima | $ 7,000,000.00 | $ 14,000,000.00 | $ 21,000,000.00 | 179 | 216 |
| Wave 1: Attack 34 | Christina Shima | $ 4,000,000.00 | $ 8,000,000.00 | $ 12,000,000.00 | 179 | 216 |
| Wave 1: Attack 34 | Alexander Shima | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 179 | 216 |
| Wave 1: Attack 35 | Estate of Christopher Brook Fishbeck | $ 2,402,982.00 | $ 4,805,964.00 | $ 7,208,946.00 | 182 | 235 |
| Wave 1: Attack 35 | Toni Atanassio | $ 5,000,000.00 | $ 10,000,000.00 | $ 15,000,000.00 | 182 | 235 |

| Attack # | Plaintiff | Total Compensatory Damages | Recommended Punitive Award | Recommended Final Award | Liability ECF No. | Damages ECF No. |
|---|---|---|---|---|---|---|
| Wave 1: Attack 35 | Gary Fishbeck | $ 5,000,000.00 | $ 10,000,000.00 | $ 15,000,000.00 | 182 | 235 |
| Wave 1: Attack 35 | Anna Gomez | $ 5,000,000.00 | $ 10,000,000.00 | $ 15,000,000.00 | 182 | 235 |
| Wave 1: Attack 35 | Rene Gutel | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 182 | 235 |
| Wave 1: Attack 35 | Randi Martz | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 182 | 235 |
| Wave 1: Attack 35 | David C. Boyle | $ 8,000,000.00 | $ 16,000,000.00 | $ 24,000,000.00 | 182 | 235 |
| Wave 1: Attack 35 | Kathey Kidd | $ 3,125,000.00 | $ 6,250,000.00 | $ 9,375,000.00 | 182 | 235 |
| Wave 1: Attack 35 | Jayme Boyle | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 182 | 235 |
| Wave 1: Attack 35 | Hilton Germany | $ 8,000,000.00 | $ 16,000,000.00 | $ 24,000,000.00 | 182 | 235 |
| Wave 1: Attack 35 | Christian P. Rodriguez | $ 12,384,837.00 | $ 24,769,674.00 | $ 37,154,511.00 | 182 | 235 |
| Wave 1: Attack 35 | C.D.R., a minor child | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 182 | 235 |
| Wave 1: Attack 35 | Walter L. Thomas | $ 8,000,000.00 | $ 16,000,000.00 | $ 24,000,000.00 | 182 | 235 |
| Wave 1: Attack 35 | Tymon Coleman | $ 8,000,000.00 | $ 16,000,000.00 | $ 24,000,000.00 | 182 | 235 |
| Wave 1: Attack 35 | Astra Coleman | $ 4,000,000.00 | $ 8,000,000.00 | $ 12,000,000.00 | 182 | 235 |
| Wave 1: Attack 35 | T.L.C., a minor child | $ 2,500,000.00 | $ 5,000,000.00 | $ 7,500,000.00 | 182 | 235 |