# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., ) ) ) Plaintiffs, ) ) v. ) ) THE ISLAMIC REPUBLIC OF IRAN, et al., ) ) Defendants ) | Civil Action No. 1:18-cv-2248-CRC |

**SPECIAL MASTER RONALD SWANSON VOUCHER FOR TIME SPENT ON WAVE 1 ATTACK 12 REPORT AND RECOMMENDATION**

| DATE | TASK | TIME SPENT | COMPENSATION |
|---|---|---|---|
| Feb 16, 2024 | Examine/review existing file and liability R&R | 1.0 hours | $447.00 |
| Feb 19, 2024 | Examine file and draft/email re file status and need for update | 1.0 hours | $447.00 |
| Feb 20, 2024 | Follow up email on file status. file review | 1.5 hours | $670.50 |
| Feb 25, 2024 | Follow up email on file status/file review | 1.0 hour | $447.00 |
| Feb 27, 2024 | File complete and continue file review all documents | 3.0 hours | $1341.00 |
| Feb 28, 2024 | Begin rough draft. | 3.5 hours | $1564.50 |
| Feb 28, 2024 | Draft outline for R&R | 0.5 hours | $238.50 |
| Feb 29, 2024 | Review relevant case law. Continue rough draft. | 2.0 hours | $894.00 |
| Feb 29, 2024 | Draft R&R | 2.0 hours | $894.00 |
| Feb 29, 2024 | Complete draft, edit to final form, submit | 1.0 hour | $447.00 |
| Mar 29, 2024 | Revisit draft: revisit recommended solatium award; edit/modify report. | 3.5 hours | $1564.50 |

**Total hours: 20.0**

**Total Compensation: $8,940.00**

Respectfully submitted,

*/s/ Ronald V. Swanson*_____
Special Master Ronald V. Swanson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | Civil Action No. 1:18-cv-02248-CRC ) ) |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) ) ) |
| Defendants | ) ) |

**SPECIAL MASTER RONALD SWANSON VOUCHER FOR TIME SPENT ON WAVE 1 ATTACK 13 REPORT AND RECOMMENDATION**

| Date | Task | Time Spent | Compensation |
|---|---|---|---|
| February 14, 2024 | Review file on Attack 13 as provided to include all documents, photos, and expert reports | 1.5 hours | $670.50 |
| February 14, 2024 | Review Juan Rubio claim, documents, and R&R from BW attack 3. e-mail exchange with plaintiff's counsel to clarify status of plaintiff's submissions. for attack 13. | 1.0 hour | $447.00 |
| February 14, 2024 | Review case law, compensatory damage claims. | 2.0 hour | $894.00 |
| February 15, 2024 | Draft outline for R&R | 0.5 hour | $223.50 |
| February 28, 2024 | Draft and send detailed email to plaintiff's counsel seeking input on issue of apportionment between two attacks. Begin Draft R&R. | 1.5 | $670.50 |
| February 28, 2024 | Receive and review Plaintiff's counsel | 2.0 hours | $894.00 |

|  | input on appropriate method for evaluating damage claim in Attack 13. |  |  |
|---|---|---|---|
| March 1, 2024 | Research apportionment and indivisible injury. Complete partial draft of R&R and submit to Plaintiff's counsel seeking position on apportionment/ indivisibility. | 2.0 hours | $894.00 |
| March 14, 2024 | Receive and review Plaintiff's counsel research submission on issues of apportionment and "indivisible injuries". | 1.0 hours. | $447.00 |
| March 15, 2024 | Research and read case law | 3.0 hours | $1341.00 |
| March 15, 2024 | Expand Draft report. | 5.0 hours. | $2235.00 |
| March 16, 2024 | Continue edit of report. Redraft a portion. | 2.5 hours | $1117.50 |
| March 17, 2024 | Complete edit of report. | 3.0 hours | $1341.00 |

**Total hours: 25.0**

**Total Compensation: $11,175.00**

Respectfully submitted,

*/s/ Ronald V. Swanson*_____
Special Master Ronald V. Swanson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., ) ) ) Plaintiffs, ) ) v. ) ) THE ISLAMIC REPUBLIC OF IRAN, et al., ) ) Defendants ) | Civil Action No. 1:18-cv-02248-CRC |

**SPECIAL MASTER RONALD SWANSON VOUCHER FOR TIME SPENT ON WAVE 1 ATTACK 14 REPORT AND RECOMMENDATION**

| DATE | TASK | TIME SPENT | COMPENSATION |
|---|---|---|---|
| Feb 15, 2024 | review file on attack 14 to include all documents/ photos. | 2.0 hours | $894.00 |
| Feb 16, 2024 | Continue and complete file review | 5.0 hours | $2235.00 |
| Feb 17, 2024 | Case law review | 1.5 hours | $670.50 |
| Feb 17, 2024 | Draft R&R outline | 0.5 hour | $223.50 |
| Feb 18, 2024 | Reexamine all documents | 1.0 hours | $447.00 |
| Feb 18, 2024 | Begin draft R&R | 4.0 hours | $1788.00 |
| Feb 20, 2024 | Complete Draft, edit | 3.0 hours | $1341.00 |

**Total hours: 17.0**

**Total Compensation: $7,599.00**

Respectfully submitted,

*/s/ Ronald V. Swanson*
Special Master Ronald V. Swanson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE ISLAMIC REPUBLIC OF IRAN, et al., )<br>)<br>Defendants )<br>) | Civil Action No. 1:18-cv-02248-CRC<br><br>Special Master Ronald V. Swanson |

**SPECIAL MASTER RONALD SWANSON VOUCHER FOR TIME SPENT ON WAVE 1 ATTACK 20 REPORT AND RECOMMENDATION**

| Date | Task | Time Spent | Compensation |
|---|---|---|---|
| April 29, 2024 | Receive assignment for Attack 20. Commence file review and draft. | 7.0 hours | $3129.00 |
| April 30, 2024 | Email exchange; file review. | 5.0 hours | $2235.00 |
| May 1, 2024 | Rough draft of R&R | 6.5 hours | $2905.50 |
| May 2, 2024 | Complete work on R&R | 2.5 hours | $1117.50 |

**Total hours: 21.0**

**Total Compensation: $9,387.00**

Respectfully submitted,

*/s/ Ronald V. Swanson*
Special Master Ronald V. Swanson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., | ) ) ) | |
|---|---|---|
| Plaintiffs, | ) ) ) | Civil Action No. 1:18-cv-02248-CRC |
| v. | ) ) | |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) ) | Special Master Ronald V. Swanson |
| Defendants | ) | |

**SPECIAL MASTER RONALD SWANSON VOUCHER FOR TIME SPENT ON WAVE 1 ATTACK 23 REPORT AND RECOMMENDATION**

| Date | Task | Time Spent | Compensation |
|---|---|---|---|
| April 29, 2024 | Receive assignment for Attack 23. Commence file review and draft. | 3.0 hours | $1341.00 |
| April 30, 2024 | Email exchange; file review. | 0.5 hour | $223.50 |
| April 30, 2024 | File review/draft. | 3.5 hours | $1,564.50 |
| May 1, 2024 | File review, draft/edit R&R. | 1.0 hours | $447.00 |
| May 2, 2024 | Complete all. | 7.0 hours | $3129.00 |

**Total hours: 15.0**

**Total Compensation: $6,705.00**

Respectfully submitted,

*/s/ Ronald V. Swanson*
Special Master Ronald V. Swanson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., | ) ) ) | |
|---|---|---|
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 1:18-cv-02248-CRC |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) ) | |
| Defendants | ) ) ) | Special Master Ronald V. Swanson |

**SPECIAL MASTER RONALD SWANSON VOUCHER FOR TIME SPENT ON WAVE 1 ATTACK 25 REPORT AND RECOMMENDATION**

| Date | Task | Time Spent | Compensation |
|---|---|---|---|
| April 29, 2024 | Receive assignment for Attack 25. Commence file review. | 1.5 hours | $670.50 |
| April 30, 2024 | Email exchange; file review. | 1.5 hour | $670.50 |
| April 30, 2024 | File review/ begin draft R&R. | 1.0 hours | $447.00 |
| May 1, 2024 | draft R&R. edit. | 9.0 hours | $4023.00 |
| May 3, 2024 | Complete all. | 3.0 hours | $1341.00 |

**Total hours: 16.0**

**Total Compensation: $7,152.00**

Respectfully submitted,

*/s/ Ronald V. Swanson*
Special Master Ronald V. Swanson

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 1:18-cv-02248-CRC ) ) |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) ) |
| Defendants | ) |

**SPECIAL MASTER RONALD SWANSON VOUCHER FOR TIME SPENT ON ATTACK 27 REPORT AND RECOMMENDATION**

| DATE | TASK | TIME SPENT | COMPENSATION |
|---|---|---|---|
| 2/14/2024 | Review file of attack 27 to include all documents photos, and expert reports, solatium affidavits. Draft/send email inquiry status of econ report. | 2.0 hours | $894.00 |
| 2/15/2024 | Continue and complete file review | 0.5 hours | $223.50 |
| 2/15/2024 | Draft R&R outline | 0.5 hours | $223.50 |
| 2/17/2024 | Reexamine all documents | 1.0 hours | $447.00 |
| 2/17/2024 | Review case law related to economic loss reports | 0.5 hours | $223.50 |
| 2/17/2024 | Review case law related to solatium claims | 0.5 hours | $223.50 |
| 2/17/2024 | Continue Review case law related to solatium damages | 0.5 hours | $223.50 |
| 2/21/2024 | Begin drafting R&R, introduction, attack description, process. Overview. Economic report not yet | 2.0 hours | $894.00 |

|  | received/ request economic report. |  |  |
|---|---|---|---|
| 2/23/2024 | Receive Economic Report and review the report. | 1.0 hours | $447.00 |
| 2/23/2024 | Re-draft R&R outline to include expert economic report | 0.5 hours | $223.50 |
| 2/23/2024 | Draft economic report section of Attack 27 R&R | 3.5 hours | $1564.50 |
| 2/25/2024 | Draft solatium claim R&R section related to **Malia Michelle Fry** | 2.5 hours | $1,117.50 |
| 2/24/2024 | Draft solatium claim R&R section related to **CL Fry** | 1.0 hour | $447.00 |
| 2/24/2024 | Draft solatium claim R&R section related to **Kathryn Michelle Fry** | 1.0 hour | $447.00 |
| 2/24/2024 | Draft solatium claim R&R section related to **Gideon David Fry** | 1.0 hour | $447.00 |
| 2/24/2024 | Draft solatium claim R&R section related to **Charles Wilburn Fry** | 1.0 hour | $447.00 |
| 2/26/2024 | Draft solatium claim R&R section related to **Melissa Inman** | 1.0 hour | $447.00 |
| 2/26/2024 | Draft solatium claim R&R section related to **Laura Beth Pricer** | 1.0 hour | $447.00 |
| 2/26/2024 | Begin draft damages section of R&R | 2.0 hours | $894.00 |
| 2/26/2024 | Complete first draft attack 27 R&R | 4.0 hours | $1788.00 |
| 2/27/2024 | Initial Final Review all documents, case law and edit. | 4.0 hours | $1788.00 |
| 3/5/2024 | Review supplemental material provided by plaintiff's counsel. Begin revised R&R. | 3.0 hours | $1341.00 |

| | | | |
|---|---|---|---|
| 3/6/2024 | Revision of R&R to incorporate supplemental material and final edit. | 5.5 hours | $2458.50 |

**Total hours: 39.5**

**Total Compensation: $17,656.50**

    Respectfully submitted,

    */s/ Ronald V. Swanson*_____
    Special Master Ronald V. Swanson

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., | ) |   |
|---|---|---|
|  | ) |   |
|  | ) |   |
| Plaintiffs, | ) |   |
|  | ) | Civil Action No. 1:18-cv-02248-CRC |
| v. | ) |   |
|  | ) |   |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) |   |
|  | ) |   |
| Defendants | ) |   |

### SPECIAL MASTER RONALD SWANSON VOUCHER FOR TIME SPENT ON ATTACK 31 REPORT AND RECOMMENDATION

| DATE | TASK | TIME SPENT | COMPENSATION |
|---|---|---|---|
| February 22, 2024 | Review file/ examine liability R&R | 1.0 hour | $447.00 |
| February 22, 2024 | Examine file. | 1.0 hour | $447.00 |
| February 22, 2024 | Begin review all documents re. Badia portion only. | 2.0 hours | $894.00 |
| March 2, 2024 | Continue review of Badia medical records/all file. | 4.0 hours | $1788.00 |
| March 3, 2024 | Draft R&R Badia damage portion | 5.0 hours | $2235.00 |
| March 4, 2024 | review share file/email query status of solatium claim | 0.5 hour | $223.50 |
| March 4, 2024 | review share file/follow up email re. status of solatium claim | 0.5 hour | $223.50 |
| March 4, 2024 | Receive and review solatium documents | 1.0 hours | $447.00 |
| March 4, 2024 | Research on solatium claims for minors | 0.5 hour | $223.50 |
| March 4, 2024 | Draft solatium portion of R&R. Begin edit of final report. | 1.5 hours | $670.50 |

| March 5, 2024 | Final edit and submission. | 3.0 hours | $1341.00 |

**Total hours: 20.0**

**Total Compensation: $8,940.00**

                                            Respectfully submitted,

                                            */s/ Ronald V. Swanson*_____
                                            Special Master Ronald V. Swanson