# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) ) ) |
| Defendants | ) ) ) |

Civil Action No. 1:18-cv-02248-CRC

**SPECIAL MASTER'S VOUCHER FOR TIME SPENT ON 4/29/2024
WAVE 1 DAMAGES REPORT AND RECOMMENDATION(S)**

| Date | Task | Time Spent | Compensation |
|---|---|---|---|
| 3/18/24 | Began work on attacks 15 and 26. | 3.00 | $1,341.00 |
| 3/25, 3/26, 4/3, 4/8 | Reviewed all evidence, adding chart of damages -completed attacks 15 and 26. | 14.60 | $6,526.20 |
| 4/12, 4/17, 4/18, 4/22, 4/24, 4/25 | Reviewed evidence and completed attacks 17 and 30, including charts. | 14.70 | $6,570.90 |

**Total Payment Requested**:        $14,438.10

Respectfully submitted,

*Ellen L. Koblitz*

Ellen L. Koblitz