# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) Civil Action No. 1:18-cv-02248-CRC |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) ) ) |
| Defendants | ) ) ) |

**SPECIAL MASTER VOUCHER FOR TIME SPENT ON WAVE 1 ATTACK #16 REPORT AND RECOMMENDATION – DAMAGES**

| Date | Task | Time Spent | Compensation |
|---|---|---|---|
| 02/15/2024 | Initial review of Attack #16 File involving significant injuries to LCpl David on April 9, 2008 to include exhibits PX4600 – PX4612. | 2.0 | $894.00 |
| 02/16/2024 | Analytical review of LCpl David military record, training, duty stations, prior combat tours, history of assignments, military awards/decorations,DD214,casualty report, photographs. | 2.0 | $894.00 |
| 02/17/2024 | Review federal statutes and legal precedents on compensatory damages, future economic loss, pain and suffering, solatium claims, punitive, prejudgment interest, post judgment interest in FSIA terrorist cases. | 2.0 | $894.00 |
| 02/19/2024-03/25/2024 | Participate in group discussions with other Spcl Masters, and email submissions to Plaintiff's Counsel necessary to complete file. | 2.0 | $894.00 |
| 02/20/2024 | Review relevant law and draft punitive damages, prejudgment interest, post judgment sections of Report and Recommendation | 1.0 | $447.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 02/21/2024 | Analyze submission by expert witness report Dr Daveed Gartenstein-Ross regarding circumstances surrounding injury to LCpl David, as well as operations of AQI/AAS. | 1.0 | $447.00 |
| 02/22/2024 | Review global R + R jointly submitted to Court by all SMs regarding legal analysis background + framework. | 1.0 | $447.00 |
| 02/23/2024 | Prepare draft R + R report | 4.0 | $1788.00 |
| 02/26/2024-03/25/2024 | Review/refine/Edit/Enhance/check citations for Report and Recommendation, edit, file.  Additional legal research. Proof read and submit. | 2.5 | $1117.50 |

**Total Hours – 17.5**

**Total Claims - 1**

**Total Payment Requested:**      $7822.50


Respectfully submitted,

*/s/ J. Daniel McCarthy*
**J. Daniel McCarthy**
**Special Master**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) ) ) |
| Defendants | ) ) ) |

Civil Action No. 1:18-cv-02248-CRC

**SPECIAL MASTER VOUCHER FOR TIME SPENT ON WAVE 1 ATTACK #21 REPORT AND RECOMMENDATION – DAMAGES**

| Date | Task | Time Spent | Compensation |
|---|---|---|---|
| 02/15/2024-02/26/2024 | Initial review of Attack #21 File involving severe injuries to SSG Saurs on July 9, 2005 to include exhibits PX5201 – PX5251. | 2.5 | $1117.50 |
| 02/27/2024 | Analytical review of SSG Saurs military record, training, duty stations, prior combat tours, history of assignments, military awards/decorations, DD214, casualty report, autopsy, photographs. | 1.0 | $447.00 |
| 02/27/2024 | Review federal statutes and legal precedents on compensatory damages, future economic loss, pain and suffering, solatium claims, punitive, prejudgment interest, post judgment interest in FSIA terrorist cases. Review global R + R jointly prepared by all Special Masters. | 2.0 | $894.00 |
| 02/15/2024-03/24/2024 | Participate in group calls with other special masters, and email submissions to Plaintiffs' Counsel regarding info needed to complete file. | 2.0 | $894.00 |
| 02/28/2024 | Review relevant law and draft punitive damages, damages table, prejudgment interest, post judgment sections of Report and Recommendation | 2.0 | $894.00 |

| | | | |
|---|---|---|---|
| 02/29/2024 | Review SSG Saurs claim for future economic damages. Analyze submission by Ctr for Econ Studies (CFES) PX5251 which develops two damages models using lifetime/career longevity assumption coupled with computations for present day value. Draft economic damages award recommendation. | 3.0 | $1341.00 |
| 03/01/2024 | Review SSG Saurs pain and suffering claim and compare damages under *Schooley* and *Peterson* frameworks. | 2.5 | $1117.50 |
| 03/02/2024 | Prepare, complete and review Damages Table for insertion into R + R report | 1.0 | $447.00 |
| 02/24/2024-03/25/2024 | Prepare rough draft of Report and Recommendation, edit, file. Additional legal research. Proof read and submit. | 5.0 | $2235.00 |

**Total Hours – 21.0**

**Total Claims - 2**

**Total Payment Requested:**      **$9,387.00**


                              Respectfully submitted,

                              */s/ J. Daniel McCarthy*
                              **J. Daniel McCarthy**
                              **Special Master**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., )
)
)
      Plaintiffs, )
)
v. )  Civil Action No. 1:18-cv-02248-CRC
)
THE ISLAMIC REPUBLIC OF IRAN, et al., )
)
      Defendants )
)

**SPECIAL MASTER VOUCHER FOR TIME SPENT ON WAVE 1 ATTACK #24 REPORT AND RECOMMENDATION – DAMAGES**

| Date | Task | Time Spent | Compensation |
|---|---|---|---|
| 02/15/2024 | Initial review of Attack #24 File involving death of SGT Egan, and severe injuries to SSG Murtha and SPC Swartz on September 19, 2005 to include exhibits PX5700-5714 (SGT Egan); PX5500-5712 (SSG Murtha); PX5600-PX5616 (SGT Swartz | 4.0 | $1,788.00 |
| 02/22/2024 | Analytical review of military record, training, duty stations, prior combat tours, history of assignments, military awards/decorations, DD214, casualty report, VA Disability Rating, autopsy, photographs. | 2.5 | $1117.50 |
| 03/04/2024 | Review federal statutes and legal precedents on compensatory damages, future economic loss, pain and suffering, solatium claims, punitive, prejudgment interest, post judgment interest in FSIA terrorist cases. | 2.0 | $894.00 |
| 03/05/2024 | Review PX5712 Expert Report Regarding circumstances of multiple attacks committed by AQI on September 19, 2005 in Al Anbar Province. Review PX241, | 2.5 | $1117.50 |

Page 1 of 3

| | | | |
|---|---|---|---|
| | PX370, PX375, PX376, PX648, PX932, PX5710. | | |
| 03/19/2024-03/25/2024 | Review SGT Egan Estate claim for future economic damages. Analyze submission by Dr. Wayne Plumly, Jr Ctr for Econ Studies (CFES) which develops two damages models using lifetime/career longevity assumption coupled with computations for present day value. Draft damages award recommendation. | 3.0 | $1341.00 |
| 03/05/2024-03/25/2024 | Review PX5713 Declaration of Maria Egan supporting solatium claim of Maria Egan, widow of SGT Egan. Draft solatium upward departure recommendation per *Volare* and *Lee*. award recommendation. | 2.0 | $894.00 |
| 03/05/2024-03/25/2024 | Review PX5714 Declaration of Samantha Egan supporting solatium claim of Samantha Egan, daughter of SGT Egan. Draft Damages award recommendation | 2.0 | $894.00 |
| 02/23/2024 | Review pain and suffering claim of SSG Murtha. Draft Damages award recommendation. | 2.0 | $894.00 |
| 02/28/2024-03/06/2024 | Review pain and suffering claim of SGT Swartz. Draft Damages award recommendation. | 2.0 | $894.00 |
| 03/19/2024-03/22/2024 | Review SGT Swartz claim for future economic damages PX5617. Analyze submission by Ctr for Econ Studies (CFES) which develops two damages models using lifetime/career longevity assumption coupled with computations for present day value. Draft damages award recommendation. | 3.0 | $1341.00 |
| 03/15/2024 | Review PX 5611 Declaration of Brittany Swartz for solatium claim of Brittany Swartz, daughter of SPC Swartz. Draft Damages award recommendation. | 2.5 | $1117.50 |
| 03/16/2024 | Review PX 5612 Declaration of Victoria Swartz for solatium claim of Victoria Swartz, daughter of SPC Swartz. Draft Damages award recommendation. | 2.5 | $1117.50 |
| 03/16/2024 | Review PX 5615 Declaration of Leatha Swartz for solatium claim of Leatha | 2.5 | $1117.50 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| | Swartz, mother of SPC Swartz. Draft Damages award recommendation. | | |
| 03/18/2024 | Review PX 5616 Declaration of Ralph Swartz for solatium claim of Ralph Swartz, father of SPC Swartz. Draft Damages award recommendation. | 2.5 | $1117.50 |
| 03/18/2024 | Review PX 5613 Declaration of Robert Swartz for solatium claim of Robert Swartz, brother of SPC Swartz. Draft Damages award recommendation. | 2.5 | $1117.50 |
| 03/19/2024 | Review PX 5614 Declaration of Lydia (Swartz) Yaegar for solatium claim of Lydia (Swartz) Yaegar, sister of SPC Swartz. Draft Damages award recommendation. | 2.5 | $1117.50 |
| 02/19/2024-03/25/2024 | Participate in group calls with other special masters, and email submissions with Plaintiffs' Counsel necessary to complete files and conclude review. | 3.0 | $1564.50 |
| 03/05/2024 | Review relevant law and draft punitive damages, prejudgment interest, post judgment sections of Report and Recommendation | 1.0 | $447.00 |
| 03/06/2024 | Merge all claims write-ups into Draft R + R. 40+ page document. | 3.0 | $1788.00 |
| 03/20/2024 | Prepare, complete and review Damages Table for insertion into R + R report | 1.0 | $447.00 |
| 03/11/2024-03/25/2024 | Prepare rough draft of Report and Recommendation, edit, file. Additional legal research. Proof read and submit. | 6.0 | $2682.00 |

**Total Hours - 54**

**Total Claims - 11**

**Total Payment Requested:**     $24,138.00

                                        **Respectfully submitted,**

                                        */s/ J. Daniel McCarthy*
                                        **J. Daniel McCarthy**
                                        **Special Master**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) Civil Action No. 1:18-cv-02248-CRC |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) ) ) |
| Defendants | ) ) ) |

**SPECIAL MASTER VOUCHER FOR TIME SPENT ON WAVE 1 ATTACK #35 REPORT AND RECOMMENDATION – DAMAGES**

| Date | Task | Time Spent | Compensation |
|---|---|---|---|
| 02/15/2024- 02/17/2024 | Initial review of Attack #35 File involving death of SPC Fishbeck, and severe injuries to SPC Boyle, SPC Germany, SPC Rodriguez, SPC Thomas, and SPC Coleman on June 6, 2011 to include exhibits PX6801-PX7315 | 4.0 | $1788.00 |
| 02/18/2024 | Analytical review of SPC Fishbeck, SPC Boyle, SPC Germany, SPC Thomas, SPC Coleman and SPC Rodriguez military record, training, duty stations, prior combat tours, history of assignments, military awards/decorations, DD214, casualty report, autopsy, VA Disability Rating, photographs. | 5.0 | $2235.00 |
| 03/10/2024 | Review federal statutes and legal precedents on compensatory damages, future economic loss, solatium claims, punitive damages, prejudgment interest, post judgment interest in FSIA terrorist cases. | 1.0 | $447.00 |

| | | | |
|---|---|---|---|
| 03/02/2024 | Review PFC Fishbeck Estate claim for future economic damages-PX6851. Analyze submission by Ctr for Econ Studies (CFES) which develops two damages models using lifetime/career longevity assumption coupled with computations for present day value. Draft damages award recommendation. | 2.5 | $1117.50 |
| 03/17/2024 | Review solatium claim of Toni Kat Attanasio, mother of SPC Fishbeck. Draft award recommendation. | 2.5 | $1117.50 |
| 03/18/2024 | Review solatium claim of Gary Fishbeck, father of SPC Fishbeck. Draft award recommendation. | 2.0 | $894.00 |
| 03/19/2024 | Review solatium claim of Ana Gomez, common law spouse and step-mother of SPC Fishbeck. Draft award recommendation. Analyze standing of step-mother under solatium law. | 2.5 | $1117.50 |
| 03/19/2024 | Review solatium claim of Randi Martz, sister of SPC Fishbeck. Draft award recommendation. | 2.5 | $1117.50 |
| 03/20/2024 | Review solatium claim of Rene Gutel, step-sibling of SPC Fishbeck. Draft award recommendation. Analyze standing of step-siblings under solatium law. | 2.0 | $894.00 |
| 03/20/2024 | Review pain and suffering claim of PFC Boyle. Review upward departure under *Peterson*. Draft award recommendation. | 2.5 | $1117.50 |
| 03/21/2024 | Review solatium claim of Kathey Kidd, mother of PFC Boyle. Draft damages recommendation to include upward departure justification. | 2.5 | $1117.50 |
| 03/11/2024-03/13/2024 | Review solatium claim of Jayme Boyle, uncle of PFC Boyle. Review solatium law involving "function equivalent of parent" status. | 2.5 | $1117.50 |
| 03/18/2024 | Review pain and suffering claim of SPC Germany under *Schooley* and *Peterson* | 2.0 | $894.00 |

Page 2 of 4

| | | | |
|---|---|---|---|
| | Framework. Draft damages award recommendation. | | |
| 02/28/2024-03/20/2024 | Review pain and suffering claim of SPC Rodriguez under *Schooley* and *Peterson* Framework. Draft damages award recommendation. | 2.5 | $1117.50 |
| 03/01/2024-03/22/2024 | Review SPC Rodriguez claim for future economic damages-PX6925. Analyze submission by Ctr for Econ Studies (CFES) which develops two damages models using lifetime/career longevity assumption coupled with computations for present day value. Draft damages award recommendation. Request further documentation of college degrees cuted in CFES Report, as well as legitimacy of sports management offers relied on in CFES Report. Draft damages award recommendation. | 3.0 | $1341.00 |
| 03/12/2024 | Review solatium claim of C.D.R. (minor child), son of SPC Rodriguez. Obtain additional documentation regarding issues related to claim. Draft damages award recommendation. | 2.5 | $1341.00 |
| 03/10/2024-03/13/2024 | Review pain and suffering claim of PFC Thomas under *Schooley* and *Peterson* Framework. Draft damages award recommendation. | 2.0 | $894.00 |
| 03/18/2024-03/22/2024 | Review pain and suffering claim of SPC Coleman under *Schooley* and *Peterson* Framework. Draft damages award recommendation. | 2.5 | $1117.50 |
| 03/19/2024-03/20/2024 | Review solatium claim of Astra Coleman, spouse of PFC Coleman Draft damages recommendation. | 2.5 | $1117.50 |
| 03/29/2024-03/20/2024 | Review solatium claim of T.L.C. (minor child), son of SPC Coleman. Draft damages award recommendation. | 2.5 | $1117.50 |
| 03/06/2024-03/07/2024 | Review relevant law and draft punitive damages, prejudgment interest, post judgment sections of Report and Recommendation | 3.0 | $1341.00 |
| 03/15/2024-03/25/2024 | Analyze additional issues related to *Peterson* upward departure options. Research and review inflation data for *Peterson* awards. | 4.0 | $1788.00 |

| 03/19/2024-03/25/2024 | Draft additional recommendation to Court regarding damages contingencies for pain and suffering claims from PFC Boyle, SPC Germany, SPC Rodriguez, SPC Thomas, SPC Coleman. | 2.0 | $894.00 |
|---|---|---|---|
| 02/28/2024 | Review global R + R jointly submitted to Court by all SMs regarding legal analysis background + framework. | 0.5 | $223.50 |
| 03/21/2024 | Prepare, complete and review 2 Damages Tables with damage award contingencies for insertion into R + R report | 3.0 | $1341.00 |
| 03/11/2024-03/25/2024 | Prepare rough draft of Report and Recommendation, edit, file. Additional legal research. Proof read and submit. | 6.0 | $2844.00 |

**Total Hours – 69.5**

**Total Claims – 17**

**Total Payment Requested:        $31,066.50**

                                  **Respectfully submitted,**

                                  */s/ J. Daniel McCarthy*
                                  **J. Daniel McCarthy**
                                  **Special Master**