# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE ISLAMIC REPUBLIC OF IRAN, et al., )<br>)<br>Defendants )<br>_____ ) | Civil Action No. 1:18-cv-02248-CRC |

### SPECIAL MASTER'S VOUCHER FOR TIME SPENT ON DAMAGES R&R RE: W1 ATTACK NO. 4 (GOMEZ-PEREZ) (DOC. #214)

Fishbeck v. Iran, Case No. 18-cv-2248 (CRC)
Damages, W1 Attack #4 (Gomez-Perez)
Special Master Angela D. Gupta

| Date | Hours | Description | Compensation |
|---|---|---|---|
| 3/2/2024 | 4.5 | review brief and exhibits in support of damages sustained by Cpl. Gomez Perez; begin drafting facts report and recommendation | $ 2,011.50 |
| 3/20/2024 | 4.0 | continue drafting R&R re injuries suffered by Cpl. Gomez Perez; begin legal analysis re: recoverable damages | $ 1,788.00 |
| 4/3/2024 | 3.5 | draft R&R re: injuries suffered by Samantha Izaguirre-Gomez (wife) and J.C.I. (son) | $ 1,564.50 |
| 4/7/2024 | 2.0 | draft legal analysis re: damages to be awarded to Gomez Perez family | $ 894.00 |
| 4/10/2024 | 0.6 | final edits and revisions to R&R re: damages sustained by Gomez Perez family | $ 268.20 |
| **Total** | **14.6** | | $ 6,526.20 |

Respectfully submitted,

Dated: May 13, 2024

*/s/ Angela D. Gupta*
Angela D. Gupta
Special Master

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF CHRISTOPHER BROOK FISHBECK, et al.,**<br><br>           **Plaintiffs,**<br><br>    v.<br><br>**THE ISLAMIC REPUBLIC OF IRAN, et al.,**<br><br>           **Defendants** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:18-cv-02248-CRC |

### SPECIAL MASTER'S VOUCHER FOR TIME SPENT ON DAMAGES R&R RE: W1 ATTACK NO. 6 (AKHTAR) (DOC. #215)

**Fishbeck v. Iran, Case No. 18-cv-2248 (CRC)**
**Damages, W1 Attack 6 (Akhtar)**
**Special Master Angela D. Gupta**

| Date | Hours | Description | Compensation |
|---|---|---|---|
| 4/4/2024 | 2.0 | review of brief and exhibits re: damages for Wave 1 Attack 6 (.5); begin drafting R&R re: underlying facts of attack and injuries to Sgt. Mohamad Akhtar (1.5) | $ 894.00 |
| 4/10/2024 | 5.0 | continue drafting R&R re: facts and analysis re: damages for Sgt. Mohamad Akhtar, Pervez Akhtar, and Samira Fathy | $ 2,235.00 |
| 4/11/2024 | 4.0 | continue drafting R&R re: facts and analysis re: damages for Jennifer Akhtar and Taylor Akhtar | $ 1,788.00 |
| 4/12/2024 | 1.5 | final edits and revisions to R&R re: damages for Wave 1 Attack 6 (Akhtar family) | $ 670.50 |
| **Total** | **12.5** | | **$ 5,587.50** |

Respectfully submitted,

Dated: May 13, 2024

*/s/ Angela D. Gupta*
Angela D. Gupta
Special Master

Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>THE ISLAMIC REPUBLIC OF IRAN, et al.,  )<br>)<br>Defendants  )<br>_____ ) | Civil Action No. 1:18-cv-02248-CRC |

**SPECIAL MASTER'S VOUCHER FOR TIME SPENT ON
DAMAGES R&R RE: W1 ATTACK NO. 34 (SHIMA) (DOC. #216)**

Fishbeck v. Iran, Case No. 18-cv-2248 (CRC)
Damages, W1 Attack #34 (Shima)
Special Master Angela D. Gupta

| Date | Hours | Description | Compensation |
|---|---|---|---|
| 4/25/2024 | 4.0 | review documents and exhibits re: W1 Atack 34 damages re: SPC Christopher Shima and family; begin drafting R&R re facts of attack | $1,788.00 |
| 4/26/2021 | 3.2 | continue drafting R&R re: injuries sustained by SPC Shima | $1,430.40 |
| 4/28/2024 | 4.5 | continue drafting R&R re: injuries sustained by SPC Shima, Christina Shima, and Alexander Shima and recommended damages awards re same; finalize edits and revisions re: same | $2,011.50 |
| | | | |
| **Total** | **11.7** | | **$ 5,229.90** |

Respectfully submitted,

Dated:  May 13, 2024

*/s/ Angela D. Gupta*
Angela D. Gupta
Special Master