UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>          Defendants | )<br>)<br>)<br>)<br>)<br>)     Civil Action No. 1:18-cv-02248-CRC<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION AND MEMORANDUM IN SUPPORT OF AUTHORIZATION AND COORDINATION OF PAYMENT TO SPECIAL MASTER BORDEN FOR TIME SPENT ON WAVE 1 DAMAGES REPORT AND RECOMMENDATIONS**

Plaintiffs, through undersigned counsel, pursuant to 28 U.S.C. § 1605A(e), respectfully move for entry of an Order authorizing, and directing coordination of, payment to Special Master Michael Borden in the amount of $11,934.90.

Plaintiffs brought this case under 28 U.S.C. § 1605A's terrorism exception to the Foreign Sovereign Immunities Act ("FSIA"), which authorizes courts to "appoint special masters to hear damage claims brought under this section." 28 U.S.C. § 1605A(e)(1). Those special masters shall be paid "from funds available for the program under section 1404C of the Victims of Crime Act of 1984." 28 U.S.C. § 1605A(e)(2). This provision ensures that special masters who have worked on cases brought under § 1605A will be compensated for their assistance. *See In re Islamic Republic of Iran Terrorism Litig.*, 659 F. Supp. 2d 31, 61 (D.D.C. 2009). The FSIA directs that payment for special masters shall be transferred "to the Administrator of the United States district court" in which the particular case is pending. 28 U.S.C. § 1605A(e)(2).

This Court issued an Order authorizing Michael Borden to serve as a Special Master in this case on September 28, 2023. (ECF No. 145). The Order provided that the Special Master

shall be paid "at a rate that is the equivalent of 50% of what their ordinary hourly rate would be under the Laffey Matrix." (Id., p. 3). Thus, Special Master Borden shall be compensated at an hourly rate of $447.00 per hour. (Id.) The Order further directed the Special Master, within thirty (30) days after the Special Master files a damages report, to provide Plaintiffs' counsel with a statement itemizing the amount of time worked and the nature of the work done in relation to that report. (Id.) Within two weeks of receiving any such statement, Plaintiffs are to file a motion with the Court seeking an Order to direct the Clerk to coordinate payment with the Office for Victims of Crime. (Id.)

Special Master Borden submitted his damages reports and recommendations for Wave 1 Attack Nos. 11, 18, and 22 on May 6, 2024. (ECF Nos. 210, 212, and 213). Special Master Borden provided Plaintiffs with his statement on May 13, 2024, attesting to the time he expended reviewing documents and preparing the above reports and recommendations. (*See* Exhibit A, Special Master Borden Wave 1 – Damages Attack Nos. 11, 18, 22 Voucher). This voucher contains a detailed record of the time the Special Master devoted to the tasks described therein and no expenses were incurred. (*See id*.) The total due to Special Master Borden is $11,934.90, as documented by the voucher.

WHEREFORE, Plaintiffs respectfully request that the Court grant this motion and enter the proposed Order authorizing payment of $11,934.90 to Special Master Borden and directing the Clerk of the Court to coordinate payment with the U.S. Department of Justice Office for Victims of Crime.

Dated: May 22, 2024               Respectfully submitted,

                                  */s/ Christopher G. Paulos*
                                  Christopher G. Paulos
                                  DC Bar No. 1615782
                                  Florida Bar No. 0091579

        Alyson M. Petrick
        DC Bar No. 90015455
        Missouri Bar No. 68323
        **LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR, AND MOUGEY, P.A.**
        316 South Baylen Street, Suite 600
        Pensacola, Florida 32502
        Telephone: (850) 435-7067
        Facsimile: (850) 436-6067
        cpaulos@levinlaw.com
        apetrick@levinlaw.com