# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., ) ) ) Plaintiffs, ) ) v. ) ) THE ISLAMIC REPUBLIC OF IRAN, et al., ) ) Defendants ) ) | Civil Action No. 1:18-cv-02248-CRC |

**SPECIAL MASTER'S VOUCHER FOR TIME SPENT ON MAY 3, 2024
REPORT AND RECOMMENDATION REGARDING WAVE 1, ATTACK NO. 11
(DOC. NO. 212)**

| Date | Task | Time Spent | Compensation |
|---|---|---|---|
| 4/26/24 | First review/initial inventory Attack 11 damages evidentiary submission; drafted narrative section | 4.8 | $2,145.60 |
| 4/27/24 | Reviewed damages evidence, economic damages report; drafted Rapicault economic damages section | 4.2 | $1,877.40 |
| 4/28/24 | Drafted Rapicault solatium claimants' sections; revisions | 4.1 | $1,832.70 |
| | Totals | 13.1 | $5,855.70 |

**Total Payment Requested**:     $5,855.70

Dated May 14, 2024            Respectfully submitted,

              /s/ Michael J. Borden
              Michael J. Borden
              Special Master

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) Civil Action No. 1:18-cv-02248-CRC |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) ) ) |
| Defendants | ) ) ) |

**SPECIAL MASTER'S VOUCHER FOR TIME SPENT ON MAY 3, 2024
REPORT AND RECOMMENDATION REGARDING WAVE 1, ATTACK NO. 18
(DOC. NO. 210)**

| Date | Task | Time Spent | Compensation |
|---|---|---|---|
| 4/25/24 | First review/initial inventory Attack 18 damages evidentiary submission; drafted narrative section | 3.8 | $1,698.60 |
| 4/26/24 | Reviewed damages evidence; drafted Nelson damages section | 2.0 | $894.00 |
| 4/28/24 | Revisions; finalized R&R | 0.6 | $268.20 |
| | **Totals** | **6.4** | **$2,860.80** |

**Total Payment Requested:**       $2,860.00

Dated May 14, 2024          Respectfully submitted,

          */s/ Michael J. Borden*
          Michael J. Borden
          Special Master

Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) Civil Action No. 1:18-cv-02248-CRC |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) ) ) |
| Defendants | ) ) ) |

**SPECIAL MASTER'S VOUCHER FOR TIME SPENT ON MAY 3, 2024
REPORT AND RECOMMENDATION REGARDING WAVE 1, ATTACK NO. 22
(DOC. NO. 213)**

| Date | Task | Time Spent | Compensation |
|---|---|---|---|
| 4/24/24 | First review/initial inventory Wave 1 Attack #22 damages evidentiary submission; Drafted first draft of description of attack section | 4.1 | $1,832.70 |
| 4/25/24 | Completed first draft of description of attack; reviewed damages evidentiary submissions; drafted Foster damages section | 2.4 | $1,072.80 |
| 4/28/24 | Revisions; finalized R&R | 0.7 | $312.90 |
| | Totals | 7.2 | $3,218.40 |

**Total Payment Requested:**      $3,218.40

Dated May 14, 2024              Respectfully submitted,

                                /s/ Michael J. Borden
                                Michael J. Borden
                                Special Master