UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF CHRISTOPHER BROOK FISHBECK, et al.**,<br><br>Plaintiffs,<br><br>v.<br><br>**THE ISLAMIC REPUBLIC OF IRAN, et al.**,<br><br>Defendants. | Case No. 18-cv-2248 (CRC) |

**ORDER ADOPTING REPORTS AND RECOMMENDATIONS IN PART AND GRANTING FINAL JUDGMENT IN PART**

Upon consideration of [Dkt. No. 236] Plaintiffs' Motion to Adopt Reports and Recommendations and for Entry of Final Judgment, and the entire record herein, it is hereby

**ORDERED** that the Motion is **GRANTED IN PART** as to the plaintiffs listed on **Exhibit A** to this Order. It is further

**ORDERED** that plaintiffs are awarded damages in the amounts provided on **Exhibit A**. It is further

**ORDERED** that the claims of Paula Kohlhaas Miller are **DISMISSED**. It is further

**ORDERED** that final judgment on liability and damages is directed under Federal Rule of Civil Procedure 54(b) as to all claims by Plaintiffs identified in **Exhibit A** against Defendants (1) the Islamic Republic of Iran, (2) Islamic Revolutionary Guard Corps, (3) Iranian Ministry of Intelligence & Security, (4) Bank Markazi, and (5) Bank Melli Iran in the dollar-denominated amounts listed on **Exhibit A** to this Order.

The Court concludes that there is no just reason for delay in entering a final judgment pursuant to Rule 54(b) because Defendants, who are all absent defendants, will not be prejudiced.

It is further

**ORDERED** that this Order is the final judgment for the claims of those plaintiffs listed on **Exhibit A** to be served on Defendants the Islamic Republic of Iran, Islamic Revolutionary Guard Corps, Iranian Ministry of Intelligence & Security, Bank Markazi, and Bank Melli Iran pursuant to 28 U.S.C. § 1608(e). The Clerk of Court is directed (1) to not issue individual judgments for these claims, as this Order shall constitute that judgment; and (2) to serve this judgment upon receipt of a translated version from plaintiffs pursuant to 28 U.S.C. §§ 1608(a)(3) and (b)(3)(B). And it is further

**ORDERED** that plaintiffs shall submit a notice as to whether any portion of the accompanying memorandum opinion should remain sealed by June 20, 2024.

This is a final appealable order.

**SO ORDERED**.

CHRISTOPHER R. COOPER
United States District Judge

Date: June 5, 2024

**Exhibit A**

| Plaintiff Name | Pain & Suffering or Solatium | Economic Loss | Punitive Damages | Total Damages |
|---|---|---|---|---|
| Phillip Trimble | $2,750,000 | $0.00 | $5,500,000 | $8,250,000 |
| Andrew L. Trimble | $625,000 | $0.00 | $1,250,000 | $1,875,000 |
| Charlotte Rae | $625,000 | $0.00 | $1,250,000 | $1,875,000 |
| Janet Schoonover | $1,250,000 | $0.00 | $2,500,000 | $3,750,000 |
| John A. Trimble | $625,000 | $0.00 | $1,250,000 | $1,875,000 |
| Kayeleen Anne Luloff | $625,000 | $0.00 | $1,250,000 | $1,875,000 |
| Ladonna Renee Langstraat | $625,000 | $0.00 | $1,250,000 | $1,875,000 |
| Richard Oren Trimble | $625,000 | $0.00 | $1,250,000 | $1,875,000 |
| Estate of Anthony Capra | $0 | $2,915,489.00 | $5,830,978 | $8,746,467 |
| Angie Capra | $8,000,000 | $0.00 | $16,000,000 | $24,000,000 |
| Jared Capra | $5,000,000 | $0.00 | $10,000,000 | $15,000,000 |
| Mark Capra | $5,000,000 | $0.00 | $10,000,000 | $15,000,000 |
| Shawn Capra | $5,000,000 | $0.00 | $10,000,000 | $15,000,000 |
| Victoria Capra | $5,000,000 | $0.00 | $10,000,000 | $15,000,000 |
| A.C., a minor | $4,000,000 | $0.00 | $8,000,000 | $12,000,000 |
| Anthony Capra Sr. | $5,000,000 | $0.00 | $10,000,000 | $15,000,000 |
| Sharon Capra | $5,000,000 | $0.00 | $10,000,000 | $15,000,000 |
| Danielle Capra | $2,500,000 | $0.00 | $5,000,000 | $7,500,000 |
| Emily Capra | $2,500,000 | $0.00 | $5,000,000 | $7,500,000 |
| Jacob Capra | $2,500,000 | $0.00 | $5,000,000 | $7,500,000 |
| Joanna Capra | $2,500,000 | $0.00 | $5,000,000 | $7,500,000 |
| Joseph Capra | $2,500,000 | $0.00 | $5,000,000 | $7,500,000 |
| Julia-Anne Capra | $2,500,000 | $0.00 | $5,000,000 | $7,500,000 |
| Rachel Capra Lee | $2,500,000 | $0.00 | $5,000,000 | $7,500,000 |
| Sarah Capra Johnson | $2,500,000 | $0.00 | $5,000,000 | $7,500,000 |
| Estate of Dale Burger | $0 | $2,961,434.92 | $5,922,870 | $8,884,305 |
| Shane Housmans | $2,500,000 | $0.00 | $5,000,000 | $7,500,000 |
| Samuel Williams | $1,500,000 | $0.00 | $3,000,000 | $4,500,000 |
| Joe Sanchez Jr. | $2,500,000 | $0.00 | $5,000,000 | $7,500,000 |

**Exhibit A**

| | | | | |
|---|---|---|---|---|
| Curtis Mighaccio | $3,000,000 | $0.00 | $6,000,000 | $9,000,000 |
| Martina Burger | $5,000,000 | $0.00 | $10,000,000 | $15,000,000 |
| Jennifer Burger | $2,500,000 | $0.00 | $5,000,000 | $7,500,000 |
| Rachel Burger | $2,500,000 | $0.00 | $5,000,000 | $7,500,000 |
| Nicole Housmans | $2,000,000 | $0.00 | $4,000,000 | $6,000,000 |
| Cadence Housmans | $1,250,000 | $0.00 | $2,500,000 | $3,750,000 |
| Martin Mighaccio | $1,500,000 | $0.00 | $3,000,000 | $4,500,000 |
| Gunhild Mighaccio | $1,500,000 | $0.00 | $3,000,000 | $4,500,000 |
| Cindy Jo Sanchez | $625,000 | $0.00 | $1,250,000 | $1,875,000 |
| Sandy Jo Molina | $625,000 | $0.00 | $1,250,000 | $1,875,000 |
| Estate of Jonathan Bowling | $1,000,000 | $2,057,913.10 | $6,115,826 | $9,173,739 |
| Darrell Bowling | $5,000,000 | $0.00 | $10,000,000 | $15,000,000 |
| Robin Feron | $5,000,000 | $0.00 | $10,000,000 | $15,000,000 |
| Ashley Nogueira | $2,500,000 | $0.00 | $5,000,000 | $7,500,000 |
| Brooke Wexler | $2,500,000 | $0.00 | $5,000,000 | $7,500,000 |
| Juan Rubio | $2,500,000 | $3,914,799.72 | $12,829,599 | $19,244,399 |
| Andrew Rothman | $3,000,000 | $0.00 | $6,000,000 | $9,000,000 |
| Franklyn Lee Doss | $2,000,000 | $0.00 | $4,000,000 | $6,000,000 |
| Juanita Doss | $1,600,000 | $0.00 | $3,200,000 | $4,800,000 |
| Alexander Bryant | $1,500,000 | $0.00 | $3,000,000 | $4,500,000 |
| Anthony Ferris | $3,300,000 | $3,638,050.84 | $13,876,102 | $20,814,153 |
| Salvador Beltran-Soto | $3,000,000 | $0.00 | $6,000,000 | $9,000,000 |
| Jose Beltran-Soto | $750,000 | $0.00 | $1,500,000 | $2,250,000 |
| Alonso Beltran-Soto | $750,000 | $0.00 | $1,500,000 | $2,250,000 |
| Francisco Beltran | $750,000 | $0.00 | $1,500,000 | $2,250,000 |
| Valentin Beltran | $750,000 | $0.00 | $1,500,000 | $2,250,000 |
| Beatriz Beltran | $750,000 | $0.00 | $1,500,000 | $2,250,000 |
| Ramona Beltran | $1,800,000 | $0.00 | $3,600,000 | $5,400,000 |
| James Beltran-Davis | $1,500,000 | $0.00 | $3,000,000 | $4,500,000 |
| Sydney Partida | $1,500,000 | $0.00 | $3,000,000 | $4,500,000 |
| Maria Beltran | $1,200,000 | $0.00 | $2,400,000 | $3,600,000 |

**Exhibit A**

| | | | | |
|---|---|---|---|---|
| Richard Foster | $1,500,000 | $0.00 | $3,000,000 | $4,500,000 |
| Brandon Foster | $750,000 | $0.00 | $1,500,000 | $2,250,000 |
| Matthew Foster | $750,000 | $0.00 | $1,500,000 | $2,250,000 |
| Raleigh Heekin III | $5,000,000 | $0.00 | $10,000,000 | $15,000,000 |
| Misty Heekin | $4,000,000 | $0.00 | $8,000,000 | $12,000,000 |
| Tanner Heekin | $2,500,000 | $0.00 | $5,000,000 | $7,500,000 |
| Skylin Heekin | $2,500,000 | $0.00 | $5,000,000 | $7,500,000 |
| Lynn Heekin | $2,500,000 | $0.00 | $5,000,000 | $7,500,000 |
| Patrick Heekin | $1,250,000 | $0.00 | $2,500,000 | $3,750,000 |
| Estate of Joshua Ryan Hager | $0 | $2,757,668.00 | $5,515,336 | $8,273,004 |
| Kris Lyle Silas Hager | $5,000,000 | $0.00 | $10,000,000 | $15,000,000 |
| Estate of Robert W. Briggs | $6,000,000 | $0.00 | $12,000,000 | $18,000,000 |
| Michelle Briggs | $7,000,000 | $0.00 | $14,000,000 | $21,000,000 |
| Ashlea Tadlock | $4,500,000 | $0.00 | $9,000,000 | $13,500,000 |
| Cody Briggs | $3,750,000 | $0.00 | $7,500,000 | $11,250,000 |
| Jose Jauregui, Jr. | $12,000,000 | $0.00 | $24,000,000 | $36,000,000 |
| Jose Jauregui, Sr. | $3,125,000 | $0.00 | $6,250,000 | $9,375,000 |
| Griselda Jauregui | $3,125,000 | $0.00 | $6,250,000 | $9,375,000 |
| Josefina Jauregui | $1,562,000 | $0.00 | $3,124,000 | $4,686,000 |
| Alfredo Jauregui | $1,250,000 | $0.00 | $2,500,000 | $3,750,000 |
| Lucio Jauregui | $1,562,000 | $0.00 | $3,124,000 | $4,686,000 |
| Estate of Randy Stevens | $500,000 | $901,392.00 | $2,802,784 | $4,204,176 |
| David Stevens | $5,000,000 | $0.00 | $10,000,000 | $15,000,000 |
| Jacob Maxwell | $2,500,000 | $0.00 | $5,000,000 | $7,500,000 |
| Connie West | $2,500,000 | $0.00 | $5,000,000 | $7,500,000 |
| Gina Stevens | $2,500,000 | $0.00 | $5,000,000 | $7,500,000 |
| Tyrell Toy | $2,500,000 | $0.00 | $5,000,000 | $7,500,000 |
| Ben Malson | $5,000,000 | $0.00 | $10,000,000 | $15,000,000 |
| Debra Malson | $5,000,000 | $0.00 | $10,000,000 | $15,000,000 |
| Amy Malson | $2,500,000 | $0.00 | $5,000,000 | $7,500,000 |
| David Malson | $2,500,000 | $0.00 | $5,000,000 | $7,500,000 |

**Exhibit A**

| | | | | |
|---|---|---|---|---|
| Joshua Coy | $5,000,000 | $3,089,252.95 | $16,178,506 | $24,267,759 |
| Endi Herrera | $5,000,000 | $0.00 | $10,000,000 | $15,000,000 |
| Henry Kohlhaas | $5,500,000 | $0.00 | $11,000,000 | $16,500,000 |
| Estate of Taylor Prazynski | $1,000,000 | $2,324,856.13 | $6,649,712 | $9,974,568 |
| Claudia Pierce | $5,000,000 | $0.00 | $10,000,000 | $15,000,000 |
| John Prazynski | $5,000,000 | $0.00 | $10,000,000 | $15,000,000 |
| Carol Prazynski | $5,000,000 | $0.00 | $10,000,000 | $15,000,000 |
| Ryan Blomer | $2,500,000 | $0.00 | $5,000,000 | $7,500,000 |
| Larry Cabral | $5,000,000 | $0.00 | $10,000,000 | $15,000,000 |
| Robert Lee McCormick | $1,500,000 | $0.00 | $3,000,000 | $4,500,000 |
| Timothy McCormick Sr. | $750,000 | $0.00 | $1,500,000 | $2,250,000 |
| Sheila McCormick | $750,000 | $0.00 | $1,500,000 | $2,250,000 |
| Brittney McCormick | $750,000 | $0.00 | $1,500,000 | $2,250,000 |
| Mackenzie McCormick | $750,000 | $0.00 | $1,500,000 | $2,250,000 |
| Justin McCormick | $750,000 | $0.00 | $1,500,000 | $2,250,000 |
| Thomas A. McCormick | $450,000 | $0.00 | $900,000 | $1,350,000 |
| Timothy W. McCormick Jr. | $375,000 | $0.00 | $750,000 | $1,125,000 |