**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ESTATE OF CHRISTOPHER BROOK FISHBECK,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**ISLAMIC REPUBLIC OF IRAN,** *et al.*,<br><br>Defendants. | Case No. 18-cv-2248 (CRC)<br><br>**UNDER SEAL** |

**ORDER ADOPTING REPORTS AND RECOMMENDATIONS IN PART AND GRANTING FINAL DEFAULT JUDGMENT IN PART**

Upon consideration of Plaintiffs' [ECF No. 375] Motion to Adopt the Liability and Damages Reports and Recommendations for Wave 1 and Wave 2 Attacks and for Entry of Final Judgment, and the entire record herein, it is hereby

**ORDERED** that the Motion is **GRANTED IN PART** as to the plaintiffs listed on **Exhibit A** to this Order. It is further

**ORDERED** that plaintiffs are awarded damages in the amounts provided on **Exhibit A.**

It is further

**ORDERED** that the claims of Terry Steward, Darlene Steward, Sascha Grenner-Case, Karen Grenner-Case, Troy Grenner-Case, Myra Bardo, Octavio Sanchez, Vanette Sanchez, Jacob Sanchez, Octavio M. Sanchez, Jaslyn Sanchez, Terry McElwain, Julia McElwain, Svetlana McElwain, Reidar McElwain, Eleanor McElwain, Tracy Rosario, Angel Michelle Hughes, Travis McElwain, James McElwain, Garrett Marsh, Bradley Shadden, and Juan Martinez Rubio are **DISMISSED** without prejudice. It is further

**ORDERED** that the claims of Jayme Boyle, Carl West, Scott J. West, S.M.M. and Ayron L. Bennett are **DISMISSED**. It is further

**ORDERED** that final judgment on liability and damages is directed under Federal Rule of Civil Procedure 54(b) and as to all claims by Plaintiffs identified in **Exhibit A** against Defendants (1) the Islamic Republic of Iran, (2) Islamic Revolutionary Guard Corps, (3) Iranian Ministry of Intelligence & Security, (4) Bank Markazi Jomhouri Islami Iran ("Bank Markazi"), and (5) Bank Melli Iran ("Bank Melli") in the dollar-denominated amounts listed on **Exhibit A** to this Order.

The Court concludes that there is no just reason for delay in entering a final judgment pursuant to Rule 54(b) because Defendants, who are all absent defendants, will not be prejudiced. It is further

**ORDERED** that this Order is the final judgment for the claims of those plaintiffs listed on **Exhibit A** to be served on Defendants the Islamic Republic of Iran, Islamic Revolutionary Guard Corps, Iranian Ministry of Intelligence & Security, Bank Markazi, and Bank Melli pursuant to 28 U.S.C. § 1608(e). The Clerk of Court is directed (1) to not issue individual judgments for these claims, as this Order shall constitute that judgment; and (2) to serve this judgment upon receipt of a translated version from plaintiffs pursuant to 28 U.S.C. §§ 1608(a)(3) and (b)(3)(B). It is further

**ORDERED** that plaintiffs shall submit a notice as to whether any portion of the accompanying memorandum opinion should remain sealed by August 22, 2025.

This is a final appealable order.

**SO ORDERED.**

CHRISTOPHER R. COOPER
United States District Judge

Date: August 8, 2025

**Exhibit A**

| Plaintiff Name | Pain & Suffering or Solatium | Economic Losses | Total Damages |
|---|---|---|---|
| **Estate of Aubrey Dale Bell** | $0 | $1,498,767 | $1,498,767 |
| **La'Darius Bernard Ezell** | $5,000,000 | $0 | $5,000,000 |
| **Tiffany Nicole Ezell** | $5,000,000 | $0 | $5,000,000 |
| **Kyser Ezell** | $5,000,000 | $0 | $5,000,000 |
| **D'Zundria Ezell** | $5,000,000 | $0 | $5,000,000 |
| **Philandria Ezell** | $8,000,000 | $0 | $8,000,000 |
| **Roxie Bell** | $5,000,000 | $0 | $5,000,000 |
| **Troy James Tuschel** | $5,000,000 | $0 | $5,000,000 |
| **Blair Ellis Dell** | $2,500,000 | $0 | $2,500,000 |
| **Candus Angel Dell** | $2,000,000 | $0 | $2,000,000 |
| **Valerie Jade Dell** | $1,250,000 | $0 | $1,250,000 |
| **Daniel James Griego** | $1,500,000 | $0 | $1,500,000 |
| **Amy Beth Griego** | $1,440,000 | $0 | $1,440,000 |
| **Fred Griego** | $375,000 | $0 | $375,000 |
| **Cynthia Leonard** | $375,000 | $0 | $375,000 |
| **Priscilla Danielle Griego Stevens** | $750,000 | $0 | $750,000 |
| **Noah James Griego** | $750,000 | $0 | $750,000 |
| **Michael Anthony Mendoza** | $2,500,000 | $0 | $2,500,000 |
| **Kelly Mendoza** | $2,000,000 | $0 | $2,000,000 |
| **Anthony Lee Miele** | $3,000,000 | $0 | $3,000,000 |
| **Tyler David Neumeister** | $1,500,000 | $4,031,270 | $5,531,270 |
| **Elyse Fink** | $750,000 | $0 | $750,000 |
| **Shoshone Nadene Boudreau** | $375,000 | $0 | $375,000 |
| **Kimberlee Morgan Hinkley** | $375,000 | $0 | $375,000 |
| **Carlos Gomez Perez** | $5,000,000 | $0 | $5,000,000 |
| **Samantha Izaguirre-Gomez** | $4,000,000 | $0 | $4,000,000 |
| **Jose Carlos Izaguirre-Gomez** | $2,500,000 | $0 | $2,500,000 |
| **Estate of Matthew Henderson** | $0 | $2,494,569 | $2,494,569 |
| **Jaimie K. Egge** | $8,000,000 | $0 | $8,000,000 |
| **Owen L. Henderson** | $5,000,000 | $0 | $5,000,000 |
| **Mohamad Kamal Akhtar** | $2,500,000 | $0 | $2,500,000 |
| **Pervez Akhtar** | $1,250,000 | $0 | $1,250,000 |
| **Estate of Samira Fathy** | $1,250,000 | $0 | $1,250,000 |
| **Jennifer Lee Akhtar** | $2,000,000 | $0 | $2,000,000 |
| **Taylor Lee Akhtar** | $1,250,000 | $0 | $1,250,000 |
| **James Thomas Olson** | $5,000,000 | $3,390,561 | $8,390,561 |
| **Phillip Christopher Bailey** | $5,000,000 | $2,280,286 | $7,280,286 |
| **Timothy Bruce Bailey** | $2,500,000 | $0 | $2,500,000 |
| **Charles Jason Minter** | $1,250,000 | $0 | $1,250,000 |
| **James Alan Bell** | $2,500,000 | $0 | $2,500,000 |
| **Linda S. Bell** | $1,250,000 | $0 | $1,250,000 |
| **Gary David Craig** | $625,000 | $0 | $625,000 |
| **Estate of Patrick Marc Rapicault** | $0 | $4,498,634 | $4,498,634 |

**Exhibit A**

| **Plaintiff Name** | **Pain & Suffering or Solatium** | **Economic Losses** | **Total Damages** |
|---|---|---|---|
| **Vera Rapicault** | $8,000,000 | $0 | $8,000,000 |
| **Nicole Rapicault Mario-Mantian** | $5,000,000 | $0 | $5,000,000 |
| **Jonathan Cuney** | $5,000,000 | $0 | $5,000,000 |
| **George L. Cuney** | $2,500,000 | $0 | $2,500,000 |
| **Amanda Cuney Lopez** | $1,250,000 | $0 | $1,250,000 |
| **Jason Peter Schauble** | $5,000,000 | $0 | $5,000,000 |
| **Estate of Merlin German** | $7,500,000 | $661,998 | $8,161,998 |
| **Lourdes German** | $4,125,000 | $0 | $4,125,000 |
| **Ariel German** | $1,875,000 | $0 | $1,875,000 |
| **Jacob P. David** | $5,000,000 | $0 | $5,000,000 |
| **Collen Matthew West** | $3,000,000 | $0 | $3,000,000 |
| **Tim West** | $1,500,000 | $0 | $1,500,000 |
| **Carla West** | $1,500,000 | $0 | $1,500,000 |
| **Allison West** | $750,000 | $0 | $750,000 |
| **Brenden West** | $750,000 | $0 | $750,000 |
| **Donnell Drail Nelson, II** | $3,000,000 | $0 | $3,000,000 |
| **Estate of Thomas Oliver Keeling** | $0 | $2,342,166 | $2,342,166 |
| **Sharon Therese Berry** | $5,000,000 | $0 | $5,000,000 |
| **Robert James Berry** | $5,000,000 | $0 | $5,000,000 |
| **Erin Lynn Keeling Kurincic** | $2,500,000 | $0 | $2,500,000 |
| **Kristen Ann Keeling Surovy** | $3,000,000 | $0 | $3,000,000 |
| **Donna Marie Squires** | $5,000,000 | $0 | $5,000,000 |
| **Jodie Marie Dennison** | $2,500,000 | $0 | $2,500,000 |
| **Chad Francis Squires** | $2,875,000 | $0 | $2,875,000 |
| **Ryan Christopher Saurs** | $3,000,000 | $0 | $3,000,000 |
| **Daniel Joel Foster** | $2,000,000 | $0 | $2,000,000 |
| **Daniel Dennis Ibach** | $7,000,000 | $0 | $7,000,000 |
| **Dennis Burnell Ibach** | $2,500,000 | $0 | $2,500,000 |
| **Estate of Michael Egan** | $0 | $1,472,100 | $1,472,100 |
| **Maria Egan** | $8,000,000 | $0 | $8,000,000 |
| **Samantha D. Egan** | $5,000,000 | $0 | $5,000,000 |
| **Jeffery Alan Murtha** | $2,750,000 | $0 | $2,750,000 |
| **Ralph Edward Swartz II** | $2,500,000 | $3,085,614 | $5,585,614 |
| **Brittany M. Swartz** | $1,250,000 | $0 | $1,250,000 |
| **Victoria M. Swartz** | $1,250,000 | $0 | $1,250,000 |
| **Leatha M. Swartz** | $1,250,000 | $0 | $1,250,000 |
| **Ralph E. Swartz** | $1,250,000 | $0 | $1,250,000 |
| **Lydia Yeager** | $625,000 | $0 | $625,000 |
| **Robert A. Swartz** | $625,000 | $0 | $625,000 |
| **Estate of Jason A. Benford** | $0 | $2,543,877 | $2,543,877 |
| **Kimberly Ann Benford** | $9,000,000 | $0 | $9,000,000 |
| **Jacob Alan Benford** | $5,000,000 | $0 | $5,000,000 |
| **Lane Alan Benford** | $5,500,000 | $0 | $5,500,000 |

**Exhibit A**

| Plaintiff Name | Pain & Suffering or Solatium | Economic Losses | Total Damages |
|---|---|---|---|
| **Bruce Leonard Morrow Sr.** | $3,000,000 | $0 | $3,000,000 |
| **Bruce Leonard Morrow Jr.** | $1,500,000 | $0 | $1,500,000 |
| **Gemini Nichole Wardzinski-Morrow** | $1,500,000 | $0 | $1,500,000 |
| **Robert Thomas Wardzinski-Morrow** | $1,500,000 | $0 | $1,500,000 |
| **Malia Michelle Fry** | $8,000,000 | $0 | $8,000,000 |
| **C. L. Fry** | $5,750,000 | $0 | $5,750,000 |
| **Kathryn Michelle Fry** | $5,000,000 | $0 | $5,000,000 |
| **Gideon David Fry** | $5,000,000 | $0 | $5,000,000 |
| **Charles Wilburn Fry** | $5,000,000 | $0 | $5,000,000 |
| **Melissa Inman** | $2,500,000 | $0 | $2,500,000 |
| **Laura Pricer** | $2,500,000 | $0 | $2,500,000 |
| **Succession of Derrick Joshua Cothran** | $0 | $2,524,581 | $2,524,581 |
| **Elena Martinez Cothran** | $5,000,000 | $0 | $5,000,000 |
| **Theodore Michael Cothran, Sr.** | $5,000,000 | $0 | $5,000,000 |
| **Antoinette Cothran Hebert** | $2,500,000 | $0 | $2,500,000 |
| **Theodore Michael Cothran, Jr.** | $2,500,000 | $0 | $2,500,000 |
| **Estate of Bryan Luckey** | $0 | $3,296,595 | $3,296,595 |
| **Catherine Makimay Luckey** | $8,000,000 | $0 | $8,000,000 |
| **Patrick Bryan Luckey** | $5,000,000 | $0 | $5,000,000 |
| **Paula Hutton Luckey** | $5,000,000 | $0 | $5,000,000 |
| **Matthew Luckey** | $2,500,000 | $0 | $2,500,000 |
| **Joshua C. Luckey** | $2,500,000 | $0 | $2,500,000 |
| **Jace Aldric Badia** | $12,000,000 | $0 | $12,000,000 |
| **Kylee Ray Badia** | $2,500,000 | $0 | $2,500,000 |
| **Ronny Porta** | $12,000,000 | $3,116,716 | $15,116,716 |
| **Felix A. Porta** | $3,125,000 | $0 | $3,125,000 |
| **Rene Eva Porta** | $3,125,000 | $0 | $3,125,000 |
| **Natali Porta** | $1,562,500 | $0 | $1,562,500 |
| **Robert Steven Baughn** | $5,000,000 | $0 | $5,000,000 |
| **Karly Ann Baughn** | $4,400,000 | $0 | $4,400,000 |
| **Christopher John Shima** | $3,000,000 | $3,638,558 | $6,638,558 |
| **Christina Louise Shima** | $2,400,000 | $0 | $2,400,000 |
| **Alexander George Shima** | $1,500,000 | $0 | $1,500,000 |
| **Estate of Christopher Brook Fishbeck** | $0 | $2,402,982 | $2,402,982 |
| **Toni Kay Attanasio** | $5,000,000 | $0 | $5,000,000 |
| **Gary Douglas Fishbeck** | $5,000,000 | $0 | $5,000,000 |
| **Randi Jean Martz** | $2,500,000 | $0 | $2,500,000 |
| **Ana M. Gomez** | $5,000,000 | $0 | $5,000,000 |
| **Rene Gutel** | $2,500,000 | $0 | $2,500,000 |
| **David Cristofer Boyle** | $2,500,000 | $0 | $2,500,000 |
| **Kathey Comeletta Kidd** | $1,250,000 | $0 | $1,250,000 |

**Exhibit A**

| Plaintiff Name | Pain & Suffering or Solatium | Economic Losses | Total Damages |
|---|---|---|---|
| **Hilton Jerome Germany** | $2,500,000 | $0 | $2,500,000 |
| **Christian Phillips Rodriguez** | $1,500,000 | $4,042,507 | $5,542,507 |
| **C.D.R.** | $750,000 | $0 | $750,000 |
| **Walter L. Thomas** | $1,500,000 | $0 | $1,500,000 |
| **Tymon L. Coleman** | $1,500,000 | $0 | $1,500,000 |
| **Astra Carlisa Coleman** | $1,200,000 | $0 | $1,200,000 |
| **T.L.C.** | $750,000 | $0 | $750,000 |
| **Estate of James David Blankenbecler** | $500,000 | $1,476,469 | $1,976,469 |
| **Linnie Alma Blankenbecler** | $8,000,000 | $0 | $8,000,000 |
| **Amanda Marie Villalobos** | $5,000,000 | $0 | $5,000,000 |
| **Joseph Alexander Morales** | $5,000,000 | $0 | $5,000,000 |
| **Jessica Marie Scaduto** | $5,500,000 | $0 | $5,500,000 |
| **Carl W. Oliver** | $3,000,000 | $1,904,263 | $4,904,263 |
| **Jade Loren Oliver** | $1,500,000 | $0 | $1,500,000 |
| **Ronald Allen Eaton** | $5,000,000 | $3,417,483 | $8,417,483 |
| **Ernesto Sierra** | $2,500,000 | $2,083,623 | $4,583,623 |
| **Maria Criselda Sierra** | $2,000,000 | $0 | $2,000,000 |
| **Kristina Lee Sierra** | $1,250,000 | $0 | $1,250,000 |
| **Cassandra Sierra** | $1,250,000 | $0 | $1,250,000 |
| **Estate of Jeremy James Fischer** | $0 | $2,617,223 | $2,617,223 |
| **Sarah A. Wattier** | $8,000,000 | $0 | $8,000,000 |
| **Jared Ray White** | $2,000,000 | $1,605,938 | $3,605,938 |
| **Clinton R. White** | $1,000,000 | $0 | $1,000,000 |
| **Tina Scates** | $1,000,000 | $0 | $1,000,000 |
| **Brenna Crosley** | $500,000 | $0 | $500,000 |
| **Danny Tram** | $2,500,000 | $0 | $2,500,000 |
| **The Estate of Abraham Simpson** | $0 | $2,448,564 | $2,448,564 |
| **Maria Luz Simpson** | $5,000,000 | $0 | $5,000,000 |
| **James T. Simpson** | $5,000,000 | $0 | $5,000,000 |
| **David Simpson** | $2,500,000 | $0 | $2,500,000 |
| **Paul Simpson** | $2,500,000 | $0 | $2,500,000 |
| **Richard Alan Crawford** | $2,500,000 | $3,528,866 | $6,028,866 |
| **Matthew Paul Schaffer** | $3,000,000 | $0 | $3,000,000 |
| **Lucia A. Schaffer** | $1,500,000 | $0 | $1,500,000 |
| **Amy Jo Finnegan** | $750,000 | $0 | $750,000 |
| **Brian Lee Rudolph** | $2,500,000 | $0 | $2,500,000 |
| **Estate of Bruce Terrance Durr** | $0 | $473,426 | $473,426 |
| **Laura Nanitra Weathersby** | $2,500,000 | $0 | $2,500,000 |
| **Peggie Anne Jones** | $2,500,000 | $0 | $2,500,000 |
| **Dawn Monesica Traxler** | $2,500,000 | $0 | $2,500,000 |
| **Walter Ray Smith, Jr.** | $2,750,000 | $0 | $2,750,000 |
| **Estate of Walter Ray Smith, Sr.** | $5,000,000 | $0 | $5,000,000 |

**Exhibit A**

| Plaintiff Name | Pain & Suffering or Solatium | Economic Losses | Total Damages |
|---|---|---|---|
| **Estate of Justin Lee Vasquez** | $0 | $2,858,931 | $2,858,931 |
| **Riley Nicole Vasquez** | $8,000,000 | $0 | $8,000,000 |
| **Jennifer Lynn Arebalo** | $2,500,000 | $0 | $2,500,000 |
| **Janneke Leann Eikenberg** | $2,500,000 | $0 | $2,500,000 |
| **Christopher Lee Olsen** | $5,000,000 | $0 | $5,000,000 |
| **Stacie Olsen** | $4,000,000 | $0 | $4,000,000 |
| **Joss Wade Purdon** | $5,000,000 | $0 | $5,000,000 |
| **Shawna Purdon** | $4,400,000 | $0 | $4,400,000 |
| **Austin Purdon** | $2,500,000 | $0 | $2,500,000 |
| **Jacob Purdon** | $3,125,000 | $0 | $3,125,000 |
| **Bernabe Carrell Montejano** | $3,000,000 | $2,674,363 | $5,674,363 |
| **Faith Montejano** | $1,375,000 | $0 | $1,375,000 |
| **Sarah M. Humphrey** | $750,000 | $0 | $750,000 |
| **Jacob Andrew Miller** | $5,000,000 | $0 | $5,000,000 |
| **Rachel Amber Miller** | $4,000,000 | $0 | $4,000,000 |
| **LaFonda Miller** | $2,500,000 | $0 | $2,500,000 |
| **Lyle Miller** | $2,500,000 | $0 | $2,500,000 |
| **Zachary Miller** | $1,250,000 | $0 | $1,250,000 |
| **Edward B. Johnson, Jr.** | $5,000,000 | $0 | $5,000,000 |
| **Estate of Larry Stilwell** | $0 | $251,169 | $251,169 |
| **Rachel L. Vera** | $5,000,000 | $0 | $5,000,000 |
| **Ryan C. Stilwell** | $5,000,000 | $0 | $5,000,000 |
| **Jimmy Stilwell** | $2,500,000 | $0 | $2,500,000 |
| **Estate of Timothy James Seamans** | $0 | $1,624,076 | $1,624,076 |
| **David Robert Seamans** | $5,000,000 | $0 | $5,000,000 |
| **Monica Seamans** | $5,000,000 | $0 | $5,000,000 |
| **Ashley Marie Knapp** | $2,500,000 | $0 | $2,500,000 |
| **Benjamin Robert Jensen** | $2,500,000 | $0 | $2,500,000 |
| **Ryan Patrick Vallery** | $1,575,000 | $0 | $1,575,000 |
| **Sandra Vallery** | $750,000 | $0 | $750,000 |
| **Patrick Vallery** | $750,000 | $0 | $750,000 |
| **Michelle Lynn Renowden** | $375,000 | $0 | $375,000 |
| **Wallace Casey Nelson III** | $1,975,000 | $2,681,366 | $4,656,366 |
| **Hannah Rose Nelson** | $750,000 | $0 | $750,000 |
| **David Jon Nelson** | $750,000 | $0 | $750,000 |
| **Raymond Henry James** | $375,000 | $0 | $375,000 |
| **Estate of Brandon Scott Schuck** | $0 | $2,665,458 | $2,665,458 |
| **Megan Beth Cash** | $8,000,000 | $0 | $8,000,000 |
| **Gavin Scott Schuck** | $4,000,000 | $0 | $4,000,000 |
| **Estate of Jeremy S Jones** | $0 | $2,464,781 | $2,464,781 |
| **Laura Jennifer Jones** | $10,000,000 | $0 | $10,000,000 |
| **Anthony John Jones** | $5,000,000 | $0 | $5,000,000 |
| **Mackenzie Ann Jones** | $5,000,000 | $0 | $5,000,000 |

**Exhibit A**

| Plaintiff Name | Pain & Suffering or Solatium | Economic Losses | Total Damages |
|---|---|---|---|
| **Estate of Joseph Scott Jones** | $5,000,000 | $0 | $5,000,000 |
| **Diane Kathleen Jones** | $5,000,000 | $0 | $5,000,000 |
| **Abbi Miranda Carreto** | $2,500,000 | $0 | $2,500,000 |
| **Estate of Brenton Thomas Gray** | $0 | $2,697,229 | $2,697,229 |
| **Courtnay Scott Gray** | $8,000,000 | $0 | $8,000,000 |
| **Cayden S. Gray** | $3,125,000 | $0 | $3,125,000 |
| **Alba Ryan Tanner** | $7,000,000 | $3,594,895 | $10,594,895 |
| **Barbara Ann West** | $3,125,000 | $0 | $3,125,000 |
| **Tiffany Tanner Pines** | $1,562,500 | $0 | $1,562,500 |
| **Estate of Gwilym J Newman** | $0 | $3,813,793 | $3,813,793 |
| **Samantha L. N. Tjaden** | $8,000,000 | $0 | $8,000,000 |
| **Gwilym A. Newman** | $4,000,000 | $0 | $4,000,000 |
| **Christine Ann Curtis** | $5,000,000 | $0 | $5,000,000 |
| **Brittany Marie Greene** | $2,500,000 | $0 | $2,500,000 |
| **Patrick D. Newman** | $2,500,000 | $0 | $2,500,000 |
| **Daniel Euzeb Cowart** | $10,000,000 | $3,818,534 | $13,818,534 |
| **Sarah Earls-Cowart** | $5,000,000 | $0 | $5,000,000 |
| **Alyssa Rose Cowart** | $3,125,000 | $0 | $3,125,000 |
| **August Sylvia Cowart** | $3,125,000 | $0 | $3,125,000 |
| **Theresa L. Cowart** | $3,000,000 | $0 | $3,000,000 |
| **Clifford Cowart** | $3,000,000 | $0 | $3,000,000 |
| **Terry Lamont Fleming** | $12,000,000 | $3,867,191 | $15,867,191 |
| **Estate of Cody Clark Grater** | $1,000,000 | $1,204,541 | $2,204,541 |
| **Anita Diane Lewis** | $5,000,000 | $0 | $5,000,000 |
| **Kevin Daniel Snow** | $2,500,000 | $0 | $2,500,000 |
| **Adrienne Snow** | $2,000,000 | $0 | $2,000,000 |
| **Jasmyne H. Arquiett** | $1,250,000 | $0 | $1,250,000 |
| **Nicholas Allen Paul Snow** | $1,250,000 | $0 | $1,250,000 |
| **Gregory Leonard Anthony Snow** | $1,250,000 | $0 | $1,250,000 |
| **Shawn Michael Durnen** | $1,500,000 | $0 | $1,500,000 |
| **Total Awards** | $751,265,000 | $101,093,963 | $852,358,963 |