**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 1:18-cv-02248-CRC ) ) |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) ) |
| Defendants | ) ) ) |

**DECEMBER 22, 2025 STATUS REPORT**

Plaintiffs, through undersigned counsel, hereby file this Status Report.

1. DOD is supposed to produce 500 pages every 60 days.

2. DOD has not produced any documents since November 6, 2024.

3. DOD's total production in this litigation amounts to 4,096 pages of documents.

4. DOD's current position is that it has complied with Plaintiffs' *Touhy* requests and has closed the requests, and that if Plaintiffs seek additional documents, they should serve a new *Touhy* request.

5. Plaintiffs strongly disagree that production for the current *Touhy* requests is complete. Furthermore, serving a new *Touhy* request at this late date would put Plaintiffs at the back of the line and would delay this case for years.

6. Plaintiffs and DOD will meet and confer on this issue, and Plaintiffs will provide an update to the Court as soon as possible.

Dated: December 22, 2025          Respectfully submitted,

By: */s/ Dustin B. Herman*
DUSTIN B. HERMAN (*Pro Hac Vice*)
Ohio Bar No. 0093163
**SPANGENBERG SHIBLEY & LIBER LLP**

1001 Lakeside Ave., East, Suite 1700
Cleveland, Ohio 44114
Telephone: (216) 696-3232
Facsimile: (216) 696-3924
Email: dherman@spanglaw.com

*/s/ Howard L. Nations*
Howard L. Nations
DC Bar No. TX143
**THE NATIONS LAW FIRM**
9703 Richmond Avenue, Suite 200
Houston, TX 77042
Telephone: (713) 807-8400
Facsimile: (713) 807-8423
Email: howard@howardnations.com

*Counsel for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 22, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

*/s/Dustin B. Herman*
Dustin B. Herman