**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ESTATE OF CHRISTOPHER BROOK FISHBECK, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE ISLAMIC REPUBLIC OF IRAN, et al.,**<br><br>**Defendants** | ) | **Civil Action No. 1:18-cv-02248-CRC** |

# ORDER

This matter comes before the Court on Plaintiffs' Motion for Authorization and Coordination of Payment to Special Master Angela D. Gupta, pursuant to 28 U.S.C. § 1605A(e), seeking compensation for time expended assessing and recommending damages for claims brought by Plaintiffs in the above matter.

Upon review of Plaintiffs' motion, the Court determines that Special Master Gupta is entitled to compensation for work done in this case pursuant to this Court's Order appointing her.

Accordingly, it is hereby

**ORDERED** that Plaintiffs' motion is hereby **GRANTED**. It is further

**ORDERED** that Special Master Angela D. Gupta shall be authorized payment of $18,952.80 in fees from funds available under 1404C of the Victims of Crime Act of 1984, 34 U.S.C. § 20106. It is further

**ORDERED** that the Clerk of the Court shall promptly provide to the U.S. Department of Justice Office for Victims of Crime one copy of:

1. This Order;

2. Plaintiffs' Motion and Memorandum in Support of Authorization and Coordination of Payment to Special Master Angela D. Gupta and the vouchers attached thereto as Exhibits A-C; and
3. The Order appointing Special Master Angela D. Gupta as Special Master (ECF No. 145).

It is further

**ORDERED** that the Clerk of the Court shall coordinate any required follow-up with the Office for Victims of Crime and that, upon receipt of such funds, the Clerk shall promptly disburse them to Special Master Angela D. Gupta at her provided address.

Dated: September 4, 2026

Hon. Christopher R. Cooper
United States District Judge